

GEORGE B FREEHILL
WILLIAM L JUSKA, JR
JAMES L ROSS*
ERIC E LENCK
JOHN J WALSH*
PATRICK J BONNER*
PETER J GUTOWSKI
MARK F MULLER
WAYNE D MEEHAN*
DON P MURNANE, JR.
THOMAS M RUSSO
THOMAS M CANEVARI
MICHAEL FERNANDEZ
JOHN F KARPOUSIS*
MICHAEL E UNGER*
WILLIAM J PALLAS*
GINA M. VENEZIA
BARBARA G CARNEVALE
DOLORES N O LEARY*
MANUEL A MOLINA
LAWRENCE J KAHN*
JUSTIN T NASTRO*
PAMELA L. SCHULTZ*
DANIEL J. FITZGERALD*
JILL A TAFT
KERRY A DINNEEN
MICHAEL C ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
  ALSO ADMITTED IN WASHINGTON D C
' ALSO ADMITTED IN LOUISIANA
◊ ALSO ADMITTED IN MASSACHUSETTS

LAW OFFICES OF
**FREEHILL HOGAN & MAHAR LLP**
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, NJ 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-22-06

MEMO ENDORSED

September 1, 2006

OUR REF: 503-99/EEL/PJG

By Hand
The Hon. Richard C. Casey
United States District Judge
Southern District of New York
Daniel P. Moynihan US Courthouse
500 Pearl Street, Room 1350
New York, NY 10007

RECEIVED
SEP 0 2006
RICHARD C. ... CASEY

Re: Maersk, Inc., et al. v. Neewra Inc., et al.
05 CIV 4356 (RCC)

Dear Judge Casey:

We represent the Maersk plaintiffs and write to request additional time to serve the Kuwaiti defendants (other than Mohinder Singh Sahni, who has been served via counsel). We have learned from Kuwaiti counsel that the only means of serving defendants in Kuwait is to first obtain a court-approved translation of the documents into Arabic (it is irrelevant that the parties to be served are fluent in English), and to next effect personal service by hand via a court-appointed process server. This process takes considerable time, and although we have done what we could to initiate the procedure in Kuwait within the time limits set by the Court, we anticipate that effectuating that service will take some time.

Accordingly, we request an extension of time to serve the Kuwaiti defendants and we respectfully propose that we advise the Court as to the status of service of process on the Kuwaiti defendants within the next 120 days. This is our first request for this relief.

NYDOCS1/268064.1

The Hon. Richard C. Casey
September 1, 2006
Page 2

    We thank the Court for its consideration of our request.

        Respectfully submitted,

        FREEHILL HOGAN & MAHAR LLP

        *[signature]*
        Lawrence J. Kahn

cc: Donald Kennedy, Esq. / Joseph Asaro, Esq.
    Carter Ledyard & Milburn, LLP
    2 Wall Street
    New York, NY 10005
        By fax: 212-732-3232

*Application granted. So ordered.*

*[signature]* Richard Casey
September 22, 2006

NYDOCS1/268064.1

FREEHILL, HOGAN & MAHAR LLP