GEORGE B FREEHILL
WILLIAM L JUSKA, JR.
JAMES L ROSS*
ERIC E LENCK
JOHN J WALSH*
PATRICK J BONNER*
PETER J GUTOWSKI
MARK F. MULLER
WAYNE D MEEHAN*
DON P MURNANE, JR.▵
THOMAS M. RUSSO
THOMAS M CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▵
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M VENEZIA*▵
BARBARA G CARNEVALE*
MANUEL A MOLINA
LAWRENCE J KAHN*
JUSTIN T NASTRO*
PAMELA L SCHULTZ*◊
DANIEL J FITZGERALD*†▵
JILL A TAFT
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
◊ ALSO ADMITTED IN WASHINGTON, D.C.
▵ ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL reception@freehill.com
www.freehill.com

JAN 29 2007

NEW JERSEY OFFICE
550 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 356-8377

January 30, 2007

OUR REF: 503-99/EEL/LJK

By Mail and Facsimile: (212) 805-6181
The Hon. Douglas F. Eaton
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1360
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/07

Re: Maersk Inc. v. Neewra Inc.
SDNY: 05 CIV 4356 (RCC)(DFE)

Dear Judge Eaton:

We represent the Plaintiffs in this action, which was submitted to Your Honor for a damages inquest. Following our initial inquest submission, the Court, in a communication by phone on or about December 13, 2006 sought clarification of certain items of damages, including attorneys fees and damages incurred in India. The Court requested that we provide clarification on or before January 31, 2007, or, in the alternative, to advise the Court on how much additional time would be required in order to provide the requested clarification.

We have obtained a substantial part of the supports that the Court has requested, but due to issues related to obtaining translated narratives of invoices from Kuwaiti counsel and in obtaining certain other documents related to damages incurred in India, we request that the Court grant us a further 30 days (until Friday, March 2, 2007) to provide the requested clarification.

We thank the Court for its consideration of this request.

1/31/07 - I grant this request. Douglas F. Eaton

Respectfully submitted,

FREEHILL HOGAN & MAHAR LLP

Lawrence J. Kahn

NYDOCS1/277055.1

**MEMO ENDORSED**