503-99/EEL/LJK
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
Maersk, Inc. and A.P. Moller-Maersk A/S
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Eric E. Lenck (EL 4547)
Lawrence J. Kahn (LK 5215)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MAERSK, INC., and A.P. MOLLER-MAERSK A/S,

                    Plaintiffs,

     -against-

NEEWRA, INC., REDNIHOM, INC., AREF
HASSAN ABUL INC., ARWEEN SINGH
SAHNI a/k/a ARWEEN SAHNI SINGH a/k/a
ARWEEN SAHNI a/k/a ARWEEN SINGH a/k/a
ABUL SABAH a/k/a AREF HASSAN ABUL,
MOHINDER SINGH SAHNI a/k/a MOHINDER
SAHNI SINGH a/k/a MOHINDER SAHNI a/k/a
MOHINDER SINGH, JOGINDER SINGH SAHNI
a/k/a JOGINGER SINGH SAHNI a/k/a JOGINDER
SAHNI SINGH a/k/a JOGINGER SAHNI SINGH
a/k/a JOGINDER SINGH a/k/a JOGINDER SAHNI
a/k/a JOGINGER SINGH a/k/a JOGINGER SAHNI,
SABHARWAL CHANDRA KUMAR a/k/a
SABHARWAL K. CHANDRA, HELP LINE
COLLECTION CO. W.L.L., PARKER DAWOOD
TAJUDDIN TAJUDIS ISMAIL PARKER, SARDAR
TRADERS EST., SARDAR INTERNATIONAL
TRADING CO., AL TAMASOK AL ARABI EST.,
JOHN DOE 1-100 (fictitious) and JOHN DOE INC.
1-100 (fictitious)
------------------------------------------------------------------x

05 CIV 4356 (RCC)

**DECLARATION OF
AHMED ZAKARIA**

      AHMED ZAKARIA, pursuant to 28 U.S.C. §1746 of the United States Code,

hereby declares and says the following under penalty of perjury:

\P\3618993.4
                  1

1.      I am an attorney with the law firm of Al-Sarraf & Al-Ruwayeh, Salhiya Complex, Gate 1, 3rd Floor, PO Box 1448, Safat – 13015, Kuwait since 1998.

I make this declaration on behalf of Plaintiffs MAERSK, INC., and A.P. MOLLER-MAERSK A/S (collectively, "MAERSK") pursuant to the Default Judgment of 26 May 2006 to establish the costs which the Plaintiff has paid our firm in association with this case.

2.      Al Sarraf & Al Ruwayeh were retained to act as the local counsel in Kuwait for A P Moller – Maersk A/S to deal with the arrest of the M/V ALVA MAERSK and the defense of the fraudulent claims of NEEWRA and related companies.

3.      Insofar as the contents of this declaration are within my own knowledge, they are true.  Insofar as the contents of this declaration are not within my own direct knowledge, they are true to the best of my information and belief.

### Billing Procedure

4.      I can confirm that we have delivered the bills set out below to the Plaintiff and they have paid them. Al Sarraf & Al Ruwayeh have a policy of destroying bill narratives over 3 years old and consequently a brief description of the work carried out has been set out below for any dates over that period. In relation to more recent bills, the narratives have been attached hereto. I also attach hereto a breakdown of the Exchange Rates utilized in relation to each invoice.

VP1\3618993.4

4.1    Bill No. 6/4382/02 dated 22 May 2002 for KD264 (US$865.84):

Meetings with client, review of documents, drafting documents and legal

search.

4.2    Bill No. 6/4640/02 dated 27 October 2002 for KD600 (US$1,982.16):

Meetings with client and review of documents.

4.3    Bill No. 6/5244/03 dated 11 September 2003 for KD375 (US$1,243.16):

Meetings with client and review of documents.

4.4    Bill No. 6/4862/03 dated 22 February 2003 for KD1593 (US$5,337.19):

Meetings with client and review of documents.

4.5    Bill No. 6/4979/03 dated 27 April 2003 for KD383 (US$1,276.88):

Narrative attached.

4.6    Bill No. 6/5519/04 dated 18 January 2004 for KD310 (US$1,042.65):

Narrative attached.

4.7    Bill No. 6/5880/04 dated 28 June 2004 for KD2,638 (US$8,994.00):

Narrative attached.

4.8    Bill No. 2/6275/04 dated 27 December 2004 for KD2,167 (US$7,358.27):

Narrative attached.

4.9    Bill No. 6/6627/05 dated 20 April 2005 for KD5513 (US$18,885.88):

Narrative attached.

4.10   Bill No. 6/6971/05 dated 27 August 2005 for KD5700 (US$19,520.79):

Narrative attached.

4.11   Bill No. 6/7408/06 dated 7 January 2006 for KD1,683 (US$5,784.30):

\P1\3618593.4

Narrative attached.

4.12    Bill No. 6/7778/06 dated 25 April 2006 for KD1,104 (US$3,798.86):
Narrative attached.

5.      I have edited some of the work descriptions in our original invoices to
delete references to specific legal strategies, legal opinions, investigative results, or other
entries which would be protected from disclosure by the attorney –client or work product
privileges, If required by the Court, Maersk is prepared to produce the original invoices
in camera or in some other manner which would avoid disclosure to other parties.

6.      The invoices are addressed to Maersk Kuwait Co WLL, the local
subsidiary of A P Moller – Maersk A/S in Kuwait and I can confirm that the services
performed and the expenses incurred were on behalf of A P Moller – Maersk A/S.

7.      The total legal fees and expenses billed amount to KD22,330
(US$76,089.99) from the beginning of the case until the day of the Default Judgment on
26 May 2006. I can confirm that this amount has been paid by the Plaintiff.

I declare under penalty of perjury of the laws of the United States of America that
the foregoing is true and correct.

Dated: Safat, Kuwait

February 19 2007

By:    _____
                    Ahmed Zakaria

\P1\3618593.4                                 4

### US$ Breakdown of Al Sarraf's Bills

| Date | KD | Exchange Rate | US$ |
|---|---|---|---|
| 22/05/2002 | 264.00 | 3.2797 | 865.84 |
| 27/10/2002 | 600.00 | 3.3036 | $1,982.16 |
| 22/02/2003 | 1,593.00 | 3.3504 | $5,337.19 |
| 27/04/2003 | 383.00 | 3.3339 | $1,276.88 |
| 11/09/2003 | 375.00 | 3.3151 | $1,243.16 |
| 18/01/2004 | 310.00 | 3.3634 | $1,042.65 |
| 28/06/2004 | 2,638.00 | 3.4094 | $8,994.00 |
| 27/12/2004 | 2,167.00 | 3.3956 | $7,358.27 |
| 20/04/2005 | 5,513.00 | 3.4257 | $18,885.88 |
| 27/08/2005 | 5,700.00 | 3.4247 | $19,520.79 |
| 07/01/2006 | 1,683.00 | 3.4369 | $5,784.30 |
| 25/04/2006 | 1,104.00 | 3.441 | $3,798.86 |
| **Total** | **KD22,330** | | **$76,089.99** |

الصـــــراف والـــــرويــــح
مـحـامـون ومـسـتـشـارون قـانـونـيـون

## Al Sarraf & Al Ruwayeh

**ATTORNEYS & LEGAL CONSULTANTS**
*Salhiya Complex, Gate 1 - 3rd Floor*
*P.O. Box 1448 - Safat 13015 - Kuwait*
*Telephone : 2400061/2/3 - Fax : 2400064*

In Association With **sh** STEPHENSON HARWOOD          بالتـعـاون مـع **sh** سـتـيـفـنـسـون هـارووود

Maersk Kuwait Co WLL
P.O.Box 29376, Safat
13154, Kuwait.

**Private & Confidential**

| | |
|---|---|
| Our Ref. | KM 2410 |
| Date | May 22, 2002 |
| Bill No. | 6/4382/02 |

Attn : Mr. Soren S. Hansen

---

**Matter : Case filed by Mr. Parker Dawood Tajuldin Ismail ( Nwira Inc)**

| | | |
|---|---|---|
| For professional legal services rendered on your behalf between 26 March 2002 and 17 April 2002 regarding the above matter. | KD | 263 |
| To include all disbursements other than specifically shown below. | | |
| Copying charges | KD | 1 |
| | KD | 264 |

---

Kindly arrange for payment by cheque  payable to Al Sarraf & Al Ruwayeh  or by  telex transfer to KD a/c. 06179906 . The Gulf Bank. Mubarak  Al  Kabir Branch P O.Box 3200 Safat 13032, Kuwait.

الــــــــــــراف والـــــــــــروبـــــــــــح
مـحـامـون ومـسـتـشـارون قـانـونـيـون

## Al Sarraf & Al Ruwayeh

**ATTORNEYS & LEGAL CONSULTANTS**
*Salhiya Complex, Gate 1 - 3rd Floor*
*P.O. Box 1448 - Safat 13015 - Kuwait*
*Telephone : 2400061/2/3 - Fax : 2400064*

*In Association With* **sh** STEPHENSON HARWOOD          بالتــــعــــاون مــع **sh** ستــيــفنســون هـــارووود

Maersk Kuwait Co WLL.
P.O. Box 29376,
Safat 13154
Kuwait.

|                                     |                  |
|-------------------------------------|------------------|
|                                     | **Private & Confidential** |
|                                     | Our Ref.   KJ 9297 |
|                                     | Date   October 27, 2002 |
| **Attn : Mr. Hans Peter Glipman**   | Bill No.   6/4640/02 |

---

**Matter : Warba Insurance Co Case 4282/2001 - Claim for KD 3514.905 &
Case 4284/2001 - Claim for KD 2003.765**

| | | |
|---|---|---|
| For professional legal services rendered on your behalf between 15 September and 23 October 2002 regarding the above matter. | KD | 600 |
| To include all disbursements other than specifically shown below. | | |

|  | KD | 600 |
|---|---|---|

---

Kindly arrange for payment by cheque  payable to Al Sarraf & Al Ruwayeh  or by  telex transfer to KD a/c. 06179906 , The Gulf Bank, Mubarak  Al  Kabir Branch P.O.Box 3200 Safat 13032, Kuwait.

الـصـــــراف والـــــــرويـــــــخ
محامـون ومستشارون قانـونيون

## Al Sarraf & Al Ruwayeh

**ATTORNEYS & LEGAL CONSULTANTS**
*Salhiya Complex, Gate 1 - 3rd Floor*
*P.O. Box 1448 - Safat 13015 - Kuwait*
*Telephone : 2400061/2/3 - Fax : 2400064*

*In Association With* 𝐒𝐡 **STEPHENSON HARWOOD**     بالتــــعــــاون مـــع 𝐒𝐡 ســـتــيـفنـسـون هــارووه

Maersk Kuwait Co WLL
P.O.Box 29376, Safat
13154, Kuwait.

|  | **Private & Confidential** |  |
|---|---|---|
| Our Ref. | KM 2410/ KJ 9131 |  |
| Date | September 11, 2003 |  |

**Attn : Mr. Hans Peter Glipman**    Bill No.    6/5244/03

---

<u>Matter : Case filed by Mr. Parker Dawood Tajuldin Ismail ( Nwira Inc)</u>

| | | |
|---|---|---|
| For professional legal services rendered on your behalf between 16 April and 10 May 2003 regarding the above matter. | KD | 374 |
| To include all disbursements other than specifically shown below. | — | |
| Copying charges | KD | 1 |
| | KD | 375 |

---

Kindly arrange for payment by cheque payable to Al Sarraf & Al Ruwayeh or by telex transfer to KD a/c. 06179906 , The Gulf Bank, Mubarak Al Kabir Branch P.O.Box 3200 Safat 13032, Kuwait.

الصـــــراف والــــــــروبـــــــح
محامون ومستشارون قـانونيون

## Al Sarraf & Al Ruwayeh

**ATTORNEYS & LEGAL CONSULTANTS**
*Sathiya Complex, Gate 1 - 3rd Floor*
*P.O. Box 1448 - Safat 13015 - Kuwait*
*Telephone : 2400061/2/3 - Fax : 2400064*

*In Association With* **STEPHENSON HARWOOD**     بالتــــعــــاون مــــع  ستـــيـــفنـــســـون هـــــاروود

Maersk Kuwait Co WLL
P.O.Box 29376, Safat
13154, Kuwait,

| | **Private & Confidential** | |
|---|---|---|
| Our Ref. | KM 2410/ KJ 9131 | |
| Date | February 22, 2003 | |

Attn :. **Mr. Hans Peter Glipman**     Bill No.     6/4862/03

---

### Matter : Case filed by Mr. Parker Dawood Tajuldin Ismail ( Nwira Inc)

| | | |
|---|---|---|
| For professional legal services rendered on your behalf between 30 June 2002 and 19 February 2003 regarding the above matter. | KD | 1455 |
| To include all disbursements other than specifically shown below. | | |

| | | |
|---|---|---|
| Court fee | KD | 125 |
| Translation charges | KD | 12 |
| Copying charges | KD | 1 |
| | KD | 1593 |

---

Kindly arrange for payment by cheque  payable to Al Sarraf & Al Ruwayeh  or by  telex transfer to KD a/c. 06179906 , The Gulf Bank, Mubarak Al  Kabir Branch P.O.Box 3200 Safat 13032, Kuwait.

الـــصــــراف والـــــــرويـــــــخ
مـحـامـون ومـسـتـشـارون قـانـونـيـون
## Al Sarraf & Al Ruwayeh
**ATTORNEYS & LEGAL CONSULTANTS**
*Salhiya Complex, Gate 1 - 3rd Floor*
*P.O. Box 1448 - Safat 13015 - Kuwait*
*Telephone : 2400061/2/3 - Fax : 2400064*

*In Association With* 🆂🅷 STEPHENSON HARWOOD        بالتـعـاون مــع 🆂🅷 سـتـيـفـنـسـون هـاروود

Maersk Kuwait Co WLL
P.O.Box 29376, Safat
13154, Kuwait.

|  |  |
|---|---|
| | **Private & Confidential** |
| Our Ref. | KM 2410/ KJ 9131 |
| Date | April 27, 2003 |
| Attn : Mr. Hans Peter Glipman | Bill No.    6/4979/03 |

---

### Matter : Case filed by Mr. Parker Dawood Tajuldin Ismail ( Nwira Inc)

| | | | |
|---|---|---|---|
| For professional legal services rendered on your behalf between 20 February and 19 March 2003 regarding the above matter. | | KD | 366 |
| To include all disbursements other than specifically shown below. | | | |
| Translation charges | | KD | 12 |
| Certificate address | | KD | 5 |
| | | KD | 383 |

Kindly arrange for payment by cheque  payable to Al Sarraf & Al Ruwayeh  or  by  telex transfer to KD a/c. 06179906 , The Gulf Bank, Mubarak  Al  Kabir Branch P.O.Box 3200 Safat 13032, Kuwait.

**Al Sarraf & Al Ruwayeh**
**Fees Statement**

**Client  :  Maersk Kuwait**

**Matter  :  Nuwira Incorporation - Parker Dawood**

**Lawyers :  *Mr. Sam Habbas     - Partner*            *"SH"***
**            *Mr. Ahmed Zakaria  - Senior Associate*  *"AZ"***
**            *Mr. Hudhairam Rasheedi- Litigator*      *"HR"***

| Date | Description | Initials | Time | Hourly Rate | Value KD |
|------|-------------|----------|------|-------------|----------|
| 20/02/03 | Tele.conversation with client ; | AZ | 0:15 | 90 | 23 |
| 19/03/03 | Review file ; | AZ | 1:15 | 90 | 113 |
| 19/03/03 | Attended Court hearing ; | HR | 2:30 | 75 | 188 |
| 19/03/03 | Discuss matter; | SH | 0:20 | 125 | 42 |

|  |  |  | **4:20:00** |  | **366** |

Disbursement:
            Translation charges                                      12
            Certificate address                                       5

                                                                   ────
                                                                    383
                                                                   ════

Invoice 6/4979/03 dated  April 27, 2003

الصــــراف والـــــرويـــــح
محامون ومستشارون قانونيون

# Al Sarraf & Al Ruwayeh

**ATTORNEYS & LEGAL CONSULTANTS**
*Salhiya Complex, Gate 1 - 3rd Floor*
*P.O. Box 1448 - Safat 13015 - Kuwait*
*Telephone : 2400X61/2/3 - Fax : 2400064*

*In Association With* 🅂🄷 **STEPHENSON HARWOOD**          بالتـــعــاون مـــع 🅂🄷 ستـــيـــفنســـون هــاروود

Maersk Kuwait Co WLL
P.O.Box 29376, Safat
13154, Kuwait.

|  |  |
|---|---|
| | Private & Confidential |
| Our Ref. | KM 2410/ KJ 9131 |
| Date | January 18, 2004 |
| **Attn : Mr. Hans Peter Glipman** | |
| Bill No. | 6/5519/04 |

---

<u>**Matter : Case filed by Mr. Parker Dawood Tajuldin Ismail ( Nwira Inc)**</u>

| | | |
|---|---|---|
| For professional legal services rendered on your behalf between 25 October and 28 December 2003 regarding the above matter. | KD | 310 |

To include all disbursements other than specifically shown below.

| | | |
|---|---|---|
| | KD | 310 |

---

Kindly arrange for payment by cheque  payable to Al Sarraf & Al Ruwayeh   or  by  telex transfer to KD a/c. 06179906 , The Gulf Bank, Mubarak  Al  Kabir Branch P.O.Box 3200 Safat 13032, Kuwait.

### Al Sarraf & Al Ruwayeh
### Fees Statement

**Client :   Maersk Kuwait**

**Matter :   Nuwira Incorporation - Parker Dawood**

**Lawyers : *Mr. Ahmed Al Ruwayeh - Partner*      *"AR"***
**             *Mr. Sam Habbas     - Partner*        *"SH"***
**             *Mr. Ahmed Zakaria  - Senior Associate*   *"AZ"***

| Date | Description | Initials | Time | Hourly Rate | Value KD |
|------|-------------|----------|------|-------------|----------|
| 25/10/03 | Review file ; Attended Court hearing ; | AZ | 1:00 | 90 | 90 |
| 25/10/03 | Attended at Court ; | AR | 0:45 | 130 | 98 |
| 29/11/03 | Attended at Court ; | AZ | 1:00 | 90 | 90 |
| 28/12/03 | Discuss matter; | SH | 0:15 | 125 | 32 |

                                                    **3:00:00**              **310**

Disbursement:

                                                                            _310_

Invoice 6/5519/04 dated  January 18, 2004

الصــــــراف والـــــــرويــــــــح
محامون ومستشارون قانونيون

# Al Sarraf & Al Ruwayeh

**ATTORNEYS & LEGAL CONSULTANTS**
Salhiya Complex, Gate 1 - 3rd Floor
P.O. Box 1448 - Safat 13015 - Kuwait
Telephone : 2400061/2/3 - Fax : 2400064

In Association With 🔲 STEPHENSON HARWOOD          وبالتـــعـــاون مـع 🔲 ستـيـفنسـون هــاروود

Maersk Kuwait Co WLL
P.O.Box 29376, Safat
13154, Kuwait.

| | |
|---|---|
| Our Ref. | KJ 9131 |
| Date | June 28, 2004 |

Attn : Mr. Bimal Kanal          Bill No.    6/5880/04

---

Matter : Case filed by Mr. Parker Dawood Tajuldin Ismail ( Nwira Inc)

| | | |
|---|---|---|
| For professional legal services rendered on your behalf between 24 April and 6 June 2004 regarding the above matter. | KD | 2618 |
| To include all disbursements other than specifically shown below. | | |
| Fees | KD | 20 |
| | KD | 2638 |

Kindly arrange for payment by cheque  payable to Al Sarraf & Al Ruwayeh  or by telex transfer to KD a/c. 06179906 , The Gulf Bank, Mubarak  Al  Kabir Branch P.O.Box 3200 Safat 13032, Kuwait.

**Al Sarraf & Al Ruwayeh**
**Fees Statement**

Client :   **Maersk Kuwait**

Matter :   **Nuwira Incorporation - Parker Dawood**

Lawyers : *Mr. Ahmed Al Ruwayeh - Partner*      *"AR"*
         *Mr. Sam Habbas    - Partner*      *"SH"*
         *Mr. Ahmed Zakaria - Senior Associate*      *"AZ"*

| Date | Description | Initials | Time | Hourly Rate | Value KD |
|------|-------------|----------|------|-------------|----------|
| 24/04/04 | Review documents ; | AZ | 1:00 | 90 | 90 |
| 28/04/04 | Attended Court hearing | AR | 3:00 | 130 | 390 |
| 02/05/04 | Preparing file for Court attendance; Meeting ; | AZ | 2:00 | 90 | 180 |
| 02/05/04 | Meeting ; | AR | 0:40 | 130 | 87 |
| 03/05/04 | Attended Court hearing | AR | 2:30 | 130 | 325 |
| 03/05/04 | Attending at Court ; Tele.conversation with Client; | AZ | 2:00 | 90 | 180 |
| 04/05/04 | Meeting ; Preparing file for Court attendance ; | AZ | 4:00 | 90 | 360 |
| 04/05/04 | Meeting ; | AR | 1:15 | 130 | 163 |
| 24/05/04 | Attended Court hearing | AR | 3:00 | 130 | 390 |
| 05/06/06 | Attended Court hearing ; Discus matter; | AR | 3:00 | 130 | 390 |
| 06/06/06 | Discuss matter ; | SH | 0:30 | 125 | 63 |

                                                     **22:55:00**          **2618**

Disbursement:
    Fees                                                                       **20**

Disbursement:

                                                                        **2638**

Invoice 6/5880/04 dated  June 28, 2004

الصـــراف والـــــرويـــــــح
محامون ومستشارون قانونيون

## Al Sarraf & Al Ruwayeh
ATTORNEYS & LEGAL CONSULTANTS
Salhiya Complex, Gate 1 - 3rd Floor
P.O. Box 1448 - Safat 13015 - Kuwait
Telephone : 2400061/2/3 - Fax : 2400064

In Association With **sh** STEPHENSON HARWOOD        بالتــعــاون مــع **sh** صــتــيـفنــــــون هـــاروود

Maersk Kuwait Co WLL
P.O.Box 29376, Safat
13154. Kuwait.

|  |  |
|---|---|
| Our Ref. | KJ 9131 |
| Date | December 27, 2004 |

Attn :  Mr. Bimal Kanal         Bill No.    6/6275/04

---

### Matter : Case filed by Mr. Parker Dawood Tajuldin Ismail ( Nwira Inc)

For professional legal services rendered on your         KD      2167
behalf between 3 July and 16 December 2004
regarding the above matter.

To include all disbursements other than specifically
shown below.

KD    2167

---

Kindly arrange for payment by cheque  payable to Al Sarraf & Al Ruwayeh  or by  telex
transfer to KD a/c. 06179906 , The Gulf Bank, Mubarak  Al  Kabir Branch P.O.Box 3200
Safat 13032, Kuwait.

**Al Sarraf & Al Ruwayeh**
**Fees Statement**

Client :   **Maersk Kuwait**

Matter :   **Nuwira Incorporation - Parker Dawood**

Lawyers : *Mr. Ahmed Al Ruwayeh - Partner*      **"AR"**
          *Mr. Sam Habbas     - Partner*        **"SH"**
          *Mr. Ahmed Zakaria - Senior Associate* **"AZ"**

| Date | Description | Initials | Time | Hourly Rate | Value KD |
|------|-------------|----------|------|-------------|----------|
| 03/07/04 | Attended Court hearing ; | AZ | 3:00 | 90 | 270 |
| 08/08/04 | Attended at the Court ; | AZ | 2:00 | 90 | 180 |
| 22/08/04 | Attended at the Court ; | AZ | 2:00 | 90 | 180 |
| 29/08/04 | Attended Court hearing ; Discussed matter; | AZ | 2:30 | 90 | 225 |
| 29/08/04 | Discussed matter; | SH | 0:20 | 125 | 42 |
| 15/09/04 | Review and preparing legal opinion ; | AZ | 3:00 | 90 | 270 |
| 16/09/04 | Reviewing and amending opinion; | AZ | 2:45 | 90 | 248 |
| 26/09/04 | Drafting letter and follow up for client; | AZ | 1:00 | 90 | 90 |
| 28/09/04 | Review and drafting correspondence to client; | AZ | 1:00 | 90 | 90 |
| 11/12/04 | Attended Court hearing ; | AZ | 2:30 | 90 | 225 |
| 11/12/04 | Attended Court hearing ; | AR | 2:30 | 130 | 325 |
| 16/12/04 | Discuss matter ; | AZ | 0:15 | 90 | 23 |
| | | | **22:50:00** | | **2167** |

Disbursement:

**2167**

Invoice 6/6275/04 dated December 27, 2004

الصــــراف والــــــرويـــــح
محـامـون ومستشارون قانونيــون

## Al Sarraf & Al Ruwayeh
**ATTORNEYS & LEGAL CONSULTANTS**
*Salhiya Complex, Gate 1 - 3rd Floor*
*P.O. Box 1448 - Safat 13015 - Kuwait*
*Telephone : 2400061/2/3 - Fax: 2400064*
*E-mail: asar@asarlegal.com*

*In Association With* **SH** STEPHENSON HARWOOD   والـ مـاون مـع **SH** سـتـيـفـنـسـون هـارووه

Maersk Kuwait Co WLL
P.O.Box 29376, Safat
13154, Kuwait.

| | |
|---|---|
| Our Ref. | KJ 9131 |
| Date | April 20, 2005 |
| Bill No. | 6/6627/05 |

Attn : Mr. Bimal Kanal

---

### Matter : Case filed by Mr. Parker Dawood Tajuldin Ismail ( Nwira Inc)

| | | |
|---|---|---|
| For professional legal services rendered on your behalf between 6 January and 9 April 2005 regarding the above matter. | KD | 5358 |
| To include all disbursements other than specifically shown below. | | |
| | | |
| Fees | KD | 51 |
| Deposit | KD | 30 |
| Further Fees | KD | 50 |
| Translation charges | KD | 24 |
| | KD | 5513 |

---

Kindly arrange for payment by cheque  payable to Al Sarraf & Al Ruwayeh or by telex transfer to KD a/c. 06179906 , The Gulf Bank, Mubarak  Al  Kabir Branch P.O.Box 3200 Safat 13032, Kuwait.

**Al Sarraf & Al Ruwayeh**
**Fees Statement**

**Client :   Maersk Kuwait**

**Matter :   Nuwira Incorporation - Parker Dawood**

**Lawyers :** *Mr. Ahmed Al Ruwayeh - Partner*          *"AR"*
            *Mr. Sam Habbas    - Partner*              *"SH"*
            *Mr. Ahmed Zakaria  - Senior Associate*     *"AZ"*

| Date | Description | Initials | Time | Hourly Rate | Value KD |
|---|---|---|---|---|---|
| 07/01/05 | Review documents ; | AZ | 4:00 | 90 | 360 |
| 08/01/05 | Review documents from client; Drafting; | AZ | 9:00 | 90 | 810 |
| 09/01/05 | Review and amended documents | AZ | 2:00 | 90 | 180 |
| 10/01/05 | Reviewing case ; Internal discussion ; | AZ | 4:00 | 90 | 360 |
| 10/01/05 | Discussion ; | AR | 2:30 | 130 | 325 |
| 11/01/05 | Attended hearing ;Various meetings with client; | AZ | 3:00 | 90 | 270 |
| 11/01/05 | Attended hearing ;Meeting ; | AR | 2:30 | 130 | 325 |
| 16/01/05 | Legal search ; Drafting a notification ; | AZ | 4:30 | 90 | 405 |
| 17/01/05 | Drafting and amending claim; Tele.conversation ; | AZ | 4:00 | 90 | 360 |
| 24/01/05 | Amending case; Review correspondence; | AZ | 1:00 | 90 | 90 |
| 25/01/05 | Reviewing and amending case; Review documents ; | AZ | 1:30 | 90 | 135 |
| 25/01/05 | Discussed matter; | SH | 0:20 | 125 | 42 |
| 29/01/05 | Reviewing documents; | AZ | 1:00 | 90 | 90 |
| 02/02/05 | Reviewing documents ; | AZ | 1:00 | 90 | 90 |
| 15/02/05 | Attended  at the Court ; | AR | 2:30 | 130 | 325 |
| 21/02/05 | Attended  hearing ; | AR | 2:00 | 130 | 260 |
| 01/03/05 | Drafting document ; | AZ | 2:15 | 90 | 203 |
| 03/03/05 | Drafting Portfolio of documents ; | AZ | 2:00 | 90 | 180 |
| 05/03/05 | Attended  hearing; | AR | 2:00 | 130 | 260 |
| 05/03/05 | Discussed matter ; | SH | 0:15 | 125 | 31 |
| 09/04/05 | Attended hearing ;Meeting  ; | AR | 2:00 | 130 | 260 |
| | | | | | |
| | | | **53:20:00** | | **5358** |

**Disbursement:**

| | | |
|---|---|---|
| Fees | | 51 |
| Deposit | | 30 |
| Further Fees | | 50 |
| Translation charges | | 24 |

**5513**

Invoice 6/6627/05 dated April 20, 2007

الـــصـــراف والـــــرويـــــــح
مـحـامـون و مـسـتـشـارون قـانـونـيـون

## Al Sarraf & Al Ruwayeh

**ATTORNEYS & LEGAL CONSULTANTS**
Salhiya Complex, Gate 1 - 3rd Floor
P.O. Box 1448 · Safat 13015 - Kuwait
Telephone : 2400061/2/3 · Fax: 2400064
E-mail: asar@asarlegal.com

In Association With **SH** STEPHENSON HARWOOD          ستيفنسون هاروود عـ مـاون فـي

Maersk Kuwait Co WLL
P.O.Box 29376, Safat
13154, Kuwait.

| | | |
|---|---|---|
| Our Ref. | KJ 9131 | |
| Date | August 27, 2005 | |
| Attn : Mr. Bimal Kanal | Bill No. | 6/6971/05 |

---

Matter : Case filed by Mr. Parker Dawood Tajuldin Ismail ( Nwlra Inc)

| | | |
|---|---|---|
| For professional legal services rendered on your behalf between 16 April and 28 July 2005 regarding the above matter. | KD | 5625 |
| To include all disbursements other than specifically shown below. | | |
| Fees | KD | 10 |
| Copying | KD | 35 |
| Translation charges | KD | 30 |
| | KD | 5700 |

---

Kindly arrange for payment by cheque  payable to Al Sarraf & Al Ruwayeh or by telex transfer to KD a/c. 06179906 , The Gulf Bank, Mubarak  Al  Kabir Branch P.O.Box 3200 Safat 13032, Kuwait.

**Al Sarraf & Al Ruwayeh**
**Fees Statement**

**Client :**   **Maersk Kuwait Co WLL**

**Matter :**  **Case filed by Mr. Parker Dawood Tajuldin Ismail ( Nwira Inc)**

**Lawyers :** *Mr. Ahmed Al Ruwayeh - Partner*          *"AR"*
*Mr. Sam Habbas    - Partner*          *"SH"*
*Mr. Ahmed Zakaria - Senior Associate*          *"AZ"*
*Mr. Mohammed Khodeir-Associate*          *"MK"*

| Date | Description | Initials | Time | Hourly Rate | Value KD |
|------|-------------|----------|------|-------------|----------|
| 16/04/05 | Drafted correspondence ; Reviewed documents; | AZ | 2:15 | 90 | 202.5 |
| 04/05/05 | Attended Court hearing ; | AZ | 3:00 | 90 | 270.0 |
| 04/05/05 | Attended Court hearing ; | AR | 3:00 | 130 | 390.0 |
| 16/05/05 | Drafted writtern brief ; | AZ | 6:00 | 90 | 540.0 |
| 17/05/05 | Review file and drafted brief; | AZ | 5:00 | 90 | 450.0 |
| 18/05/05 | Attended court and submitted documents; | AZ | 4:00 | 90 | 360.0 |
| 06/06/05 | Drafted written Briefs; | AZ | 2:00 | 90 | 180.0 |
| 07/06/05 | Drafted written Briefs; | AZ | 3:00 | 90 | 270.0 |
| 08/06/05 | Reviewed file; Coordinating Attendance at the Court; | AZ | 1:30 | 90 | 135.0 |
| 21/06/05 | Reviewed file; | AZ | 1:00 | 90 | 90.0 |
| 22/06/05 | Reviewed documents ; Attended court hearing ; | AZ | 3:00 | 90 | 270.0 |
| 22/06/05 | Attend Court hearing ; | AR | 2:30 | 130 | 325.0 |
| 06/07/05 | Review email; Meeting; | SH | 0:20 | 125 | 41.7 |
| 28/07/05 | Draft advice; Research; | MK | 2:00 | 75 | 150.0 |
| 28/07/05 | Research and draft document; | MK | 2:30 | 75 | 187.5 |
| 23/06/05 | Met with Client; Reviewed documents; | AZ | 1:00 | 90 | 90.0 |
| 23/06/05 | Meetings; Review emails; | SH | 0:10 | 125 | 20.8 |
| 27/06/05 | Reviewed documents; Drafted written Briefs; | AZ | 2:00 | 90 | 180.0 |
| 28/06/05 | Met with Client; | AZ | 2:25 | 90 | 217.5 |
| 29/06/05 | meeting; | AZ | 4:00 | 90 | 360.0 |
| 06/07/05 | Review documents ; Attended Court hearing ; | AZ | 3:15 | 90 | 292.5 |
| 06/07/05 | Attended Court hearing ; | AR | 2:15 | 130 | 292.5 |
| 13/07/05 | Internal discussion ; | AZ | 1:00 | 90 | 90.0 |
| 13/07/05 | Discussion ; | AR | 1:00 | 130 | 130.0 |
| 20/07/05 | Reviewed documents; | AZ | 1:00 | 90 | 90.0 |

5625:0

Disbursement:

Fees          10

Copying          35

Translation charges          30

Invoice 6/6971/05 dated August 27, 2005          **KD**   **5700**

الـصـــراف والـــــرويــــــــــة
مـحـامـون و مستشـارون قـانونيـون
## Al Sarraf & Al Ruwayeh
ATTORNEYS & LEGAL CONSULTANTS
Salhiya Complex, Gate 1 · 3rd Floor
P.O. Box 1448 · Safat 13015 · Kuwait
Telephone : 2400061/2/3 - Fax: 2400064
E-mail: asar@asarlegal.com

In Association With **sh** STEPHENSON HARWOOD          بالتـعـاون مـع **sh** سـتـيـفـنـسـون هـاروود

Maersk Kuwait Co WLL
P.O.Box 29376, Safat
13154, Kuwait.

| | |
|---|---|
| Our Ref. | KJ 9131 |
| Date | January 7, 2006 |

Attn : Mr. Bimal Kanal          Bill No.          6/7408/06

---

Matter :   Case filed by Mr. Parker Dawood Tajuldin Ismail ( Nwira Inc)

| | | |
|---|---|---|
| For professional legal services rendered on your behalf between 11 September and 27 December 2005 regarding the above matter. | KD | 1611 |
| To include all disbursements other than specifically shown below. | | |
| Translation charges | KD | 72 |
| | KD | 1683 |

---

Kindly arrange for payment by cheque payable to Al Sarraf & Al Ruwayeh or by telex transfer to KD a/c. 06179906 , The Gulf Bank, Mubarak  Al  Kabir Branch P.O.Box 3200 Safat 13032, Kuwait.

### Al Sarraf & Al Ruwayeh
### Fees Statement

**Client  :   Maersk Kuwait Co WLL**

**Matter  :   Case filed by Mr. Parker Dawood Tajuldin Ismail ( Nwira Inc)**

**Lawyers :** *Mr. Sam Habbas    - Partner*                 *"SH"*
            *Mr. Ahmed Zakaria - Senior Associate*      *"AZ"*
            *Mr. Hisham Quraan   -Associate*             *"HQ"*

| Date | Description | Initials | Time | Hourly Rate | Value KD |
|------|-------------|----------|------|------|----------|
| 11/09/05 | Drafted documents; | AZ | 1:00 | 90 | 90.0 |
| 12/09/05 | Meeting ; | AZ | 2:00 | 90 | 180.0 |
| 25/09/05 | Attendance at the Court; | AZ | 2:00 | 90 | 180.0 |
| 25/09/05 | Discuss matter ; Reviewed file ; | SH | 0:50 | 125 | 104.2 |
| 27/10/05 | Drafted written Briefs; | AZ | 2:00 | 90 | 180.0 |
| 02/11/05 | Drafted correspondence ; | AZ | 1:30 | 90 | 135.0 |
| 03/12/05 | Reviewed file; Reviewed documents; Telephone conversation ; | AZ | 1:30 | 90 | 135.0 |
| 06/12/05 | Meeting ; | AZ | 2:00 | 90 | 180.0 |
| 06/12/05 | Discuss matter; Reviewed file ; | SH | 0:40 | 125 | 83.3 |
| 24/12/05 | Internal discussion ; | HQ | 0:15 | 75 | 18.8 |
| 26/12/05 | Reviewed documents ; Drafting documents portfolio; | HQ | 2:40 | 75 | 200.0 |
| 27/12/05 | amending  documents portfolio; Reviewed documents; Internal discussion | HQ | 1:40 | 75 | 125.0 |

1611

Disbursement:
   Translation charges                                            72

Invoice 6/7408/06 dated January 7, 2006                    KD    1683

الصــــــراف والـــــــرويــــــــــخ
محـامـون ومستشـارون قـانـونيـون

## Al Sarraf & Al Ruwayeh
ATTORNEYS & LEGAL CONSULTANTS
Salhiya Complex, Gate 1 · 3rd Floor
P.O. Box 1448 · Safat 13015 · Kuwait
Telephone : 2400061/2/3 · Fax: 2400064
E-mail: asar@asarlegal.com

In Association With **SH** STEPHENSON HARWOOD          بالتـعـاون مـع **SH** ستـيـفـنـسـون هـاروود

Maersk Kuwait Co WLL
P.O.Box 29376, Safat
13154, Kuwait.

| | |
|---|---|
| Our Ref. | KJ 9131 |
| Date | April 25, 2006 |

Attn : Mr. Bimal Kanal          Bill No.   ,   6/7778/06

---

**Matter :   Case filed by Mr. Parker Dawood Tajuldin Ismail ( Nwira Inc)**

| | | |
|---|---|---|
| For professional legal services rendered on your behalf between 2 February and 9 April 2006 regarding the above matter. | KD | 1054 |
| To include all disbursements other than specifically shown below. | | |
| Legal Notice | KD | 35 |
| Fees | KD | 15 |
| | KD | 1104 |

Kindly arrange for payment by cheque  payable to Al Sarraf & Al Ruwayeh or by telex transfer to KD a/c. 06179906 , The Gulf Bank, Mubarak  Al  Kabir Branch P.O.Box 3200 Safat 13032, Kuwait.

**Al Sarraf & Al Ruwayeh**
**Fees Statement**

Client  :  **Maersk Kuwait Co WLL**

Matter  :  **Case filed by Mr. Parker Dawood Tajuldin Ismail ( Nwira Inc)**

Lawyers : *Mr. Sam Habbas   - Partner*            *"SH"*
          *Mr. Ahmed Zakaria - Senior Associate*   *"AZ"*
          *Mr. Mohammed Abul Wafa  - Associate*    *"MA"*

| Date | Description | Initials | Time | Hourly Rate | Value KD |
|---|---|---|---|---|---|
| 02/02/06 | Internal dicussion ;Reviewed documents ; | AZ | 1:30 | 90 | 135.0 |
| 02/02/06 | Internal discussion ; | MA | 0:50 | 75 | 62.5 |
| 05/02/06 | Reviewed documents; Drafted documents; Internal discussion ; | AZ | 1:30 | 90 | 135.0 |
| 05/02/06 | Reviewed file; Reviewed documents; Internal discussion ; | MA | 2:00 | 75 | 150.0 |
| 12/02/06 | Followed up; Reviewed file; | AZ | 1:30 | 90 | 135.0 |
| 01/04/06 | Reviewed file; Followed up; | AZ | 2:00 | 90 | 180.0 |
| 18/03/06 | Reviewed emails; Meeting; Finalized responses; | SH | 0:30 | 125 | 62.5 |
| 05/04/06 | Address various emails; Meeting; | SH | 0:30 | 125 | 62.5 |
| 06/04/06 | Reviewed email; Meeting; | SH | 0:20 | 125 | 41.7 |
| 09/04/06 | Drafted correspondence to Client; Reviewed documents; Telephone conversation ; | AZ | 1:00 | 90 | 90.0 |
| | | | | | |

Time Cost                                  **11:40:00**              1054

Disbursement:
    Legal Notice                                                      35
    Fees                                                              15

Invoice 6/7778/06 dated April 25, 2006                          **KD**   **1104**