Fax Server  2/14/2007 9:36:38 AM  PAGE 3/020/0702 Fax Server
TO:Hon. Richard C. Casey  COMPANY:United States District Court

Case 1:05-cv-04356-CM  Document 122  Filed 03/20/07  Page 1 of 2

GEORGE B FREEHILL
WILLIAM L JUSKA, JR
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J BONNER*
PETER J. GUTOWSKI
MARK F MULLER
WAYNE D MEEHAN*
DON P. MURNANE, JR.╪
THOMAS M. RUSSO
THOMAS M CANEVARI╪
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E UNGER*╪
WILLIAM J PALLAS*
GINA M VENEZIA*╪
BARBARA G. CARNEVALE*
MANUEL A MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*╪
DANIEL J. FITZGERALD*╪
JILL A TAFT
MICHAEL C ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
╪ ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON D C
* ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

February 14, 2007

OUR REF: 503-99/EEL

Via Fax 1-212-805-7939
The Hon. Richard C. Casey
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007



Re: Maersk, Inc. v. Neewra, Inc., et al.
    05 CIV 4356 (RCC)

Dear Judge Casey:

    We represent the Maersk Plaintiffs in this action and write to request clarification of the Court's Order of February 7, 2007 (issued by Judge Keenan) with respect to Plaintiffs' request to take jurisdiction-related discovery prior to the motions by defendants to dismiss.

    By way of background, on January 16, 2007 counsel for Defendants Joginder Singh Sahni, Parkar Dawood, Help Line Collection Co., Sardar Traders, Est. and Sardar International Trading Co. wrote the Court requesting a pre-motion conference in connection with an intended application to move to dismiss the Complaint against them for lack of personal jurisdiction. The Maersk Plaintiffs responded on January 18, setting forth the reasons why personal jurisdiction was not lacking, but also requesting that Maersk be permitted to take jurisdiction-related discovery (to include requests for production of documents and the taking of depositions). This application to take discovery was opposed by moving defendants.[1]

    The Court's February 7 Order sets a briefing schedule for the motions to dismiss, but is silent with respect to the request by Plaintiffs to take discovery. Because it is unclear at present whether Plaintiffs are authorized to proceed with their requested discovery, and because it

---

[1] Defendants Mohinder Singh Sahani and Mandeep Singh Sahni also requested a pre-motion conference in connection with their intended motions to dismiss and are governed by the same February 7, 2007 Order.

NYDOCS1/278110.2

The Hon. Richard C. Casey
February 14, 2007
Page 2

appears that Defendants will not provide such discovery without a Court directive, this clarification of the Court's February 7, 2007 Order is sought. If the Court deems such discovery appropriate, we would also request an adjournment of the briefing schedule to permit the completion of the discovery of these defendants, all of whom are foreign.

We thank the Court for its attention to this matter.

Respectfully submitted,

FREEHILL HOGAN & MAHAR LLP

Eric E. Lenck

cc:   Donald Kennedy, Esq. / Joseph Asaro, Esq.
      Carter Ledyard & Milburn, LLP
      2 Wall Street
      New York, NY 10005
          By Fax: 212-732-3232

      Harry H. Wise, III, Esq.
      Law Offices of Harry H. Wise, III
      770 Lexington Ave.
      New York, NY 10021
          By Fax: 212-810-2427

*Application denied without prejudice. If after reviewing the motion to dismiss the Court concludes that jurisdictional discovery is appropriate, it will reconsider the request.*

*So ordered.*

*March 20, 2007*

NYDOCS1/278110.2

FREEHILL, HOGAN & MAHAR LLP