| 2. EXPORTER (Principal or seller-licensee and address including ZIP Code) | | 5. DOCUMENT NUMBER    BOOKING NO.493251 | 5A. B/L OR AWB NUMBER |
|---|---|---|---|
| NEEWRA INCORPORATED<br>4018 HAMPTON STREET<br>ELMHURST, NEW YORK | ZIP CODE<br>11373 | 6. EXPORT REFERENCES<br>NJ200802 | |

| 3. CONSIGNED TO | 7. FORWARDING AGENT (Name and address - references)   FMC#3960 |
|---|---|
| AL TAMASOK AL ARABI EST<br>P.O. BOX 384 HAWALLI<br>KUWAIT 32004 | INT'L SHIPPING COMPANY (USA)<br>169 FRELINGHUYSEN AVE<br>NEWARK, N.J. 07114   (973)824-2333 |
| | 8. POINT (STATE) OF ORIGIN OR FTZ NUMBER<br>U.S.A. |

| 4. NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and address) | 9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS |
|---|---|
| SAME AS CONSIGNEE<br>TEL:2451152 | |

| 12. PRE-CARRIAGE BY | 13. PLACE OF RECEIPT BY PRE-CARRIER | | |
|---|---|---|---|
| 14. EXPORTING CARRIER<br>SEALAND CHAMPION V.039E | 15. PORT OF LOADING/EXPORT<br>NEW YORK (NEWARK) | 10. LOADING PIER/TERMINAL | |
| 16. FOREIGN PORT OF UNLOADING (Vessel and air only)<br>KUWAIT | 17. PLACE OF DELIVERY BY ON-CARRIER | 11. TYPE OF MOVE | 11.a CONTAINERIZED (Vessel only)<br>☒ YES   ☐ NO |

| MARKS AND NUMBERS<br>(18) | NUMBER OF PACKAGES<br>(19) | DESCRIPTION OF COMMODITIES in Schedule B detail<br>(20) | GROSS WEIGHT (Kilos)<br>(21) | MEASUREMENT<br>(22) |
|---|---|---|---|---|
| CONTAINER NO.<br>CLHU206944-0<br>SEAL NO.93060 | 1 | 20' CONTAINER, S.T.C.: 20 CRATES OF AUTOMOTIVE SPARE PARTS, & ACCESSORIES.<br><br>" THIS IS TO CERTIFY THAT ALL THE MERCHANDISE AND THEIR COMPONENTS ARE FROM U.S. ORIGIN AND MADE BY NATIONAL BRAKE BLOCK OF U.S.A." | 8600 LBS.<br>3901 KGS | 1050 CFT.<br>29.7 CBM. |

The undersigned... INT'L SHIPPING CO. ......(Owner or Agent), does hereby declare for the above named shipper, the goods as described above were shipped on the above date and consigned as indicated and are products of the United States of America-Dated at.. NEWARK, N.J. ........... on the.. 25TH. day of..... FEBRUARY.................. 19.99.

Sworn to before me this ......... day of ............................. 19.....
..ALI AELAEI, AGENT....................
SIGNATURE OF OWNER OR AGENT

The...................... MARITIME CHAMBER OF COMMERCE, INC. .......................... , a recognized Chamber of Commerce under the laws of the State of ...RECOGNIZED CHAMBER OF COMMERCE / NEW YORK STATE............, has examined the manufacturer's invoice or shipper's affidavit concerning the origin of the merchandise, and, according to the best of its knowledge and belief, finds that the products named originated in the United States of America.   Secretary .......................................

Form X-501-A  Whsa. No. 0883
Epperson Business Forms, Inc.

**PACKING AND WEIGHT LIST**　　　　　　　　**1 OF 4**

EXPORTER:
NEEWRA INCORPORATED
40-18 HAMPTON ST.
ELMHURST NEW YORK USA
TEL:718 458 3128

SOLD TO:　　　　　　　　　　　　　　　SHIP TO:
AL TAMASOK AL ARABI EST.　　　　　　　SAME
P O BOX 384 HAWALLI
KUWAIT 32004
TEL:2451152

BRAKE PADS AS PER OUR INVOICE 1/99 DATED FEBRUARY 10 1999

| QTY | DESCRIPTION |
|---|---|

BOX 1:
| 17 | D237 |
| 9  | D139 |
| 17 | D55  |
| 7  | D181 |

BOX 2:
| 30 | D84  |
| 15 | D142 |
| 5  | D139 |

BOX 3:
| 26 | D190 |
| 7  | D203 |
| 13 | D179 |
| 3  | D182 |
| 1  | D142 |
| 1  | D191 |
| 1  | D237 |

BOX 4:
| 10 | D190 |
| 10 | D179 |
| 20 | D39  |
| 10 | D91  |

BOX 5:
| 20 | D90 |
| 10 | D85 |
| 10 | D91 |
| 10 | D39 |

A.S.

| QTY | DESCRIPTION | 2 OF 4 |
|---|---|---|

**BOX 6:**
| QTY | Item |
|---|---|
| 20 | D90 |
| 52 | D7071 |

**BOX:7**
| QTY | Item |
|---|---|
| 2 | R445 |
| 10 | D204 |
| 11 | D294 |
| 11 | D237 |
| 1 | D408 |
| 1 | R260 |
| 1 | R264 |
| 1 | R152 |

**BOX 8:**
| QTY | Item |
|---|---|
| 1 | R449 |
| 1 | R154 |
| 2 | R284 |
| 10 | D16 |
| 3 | D237 |
| 10 | D249 |
| 1 | D10 |
| 4 | D20 |
| 6 | D220 |
| 6 | D204 |
| 2 | D150 |
| 1 | D55 |
| 1 | D181 |
| 1 | D85 |
| 1 | D310 |

**BOX 9:**
| QTY | Item |
|---|---|
| 11 | D150 |
| 15 | D220 |
| 7 | D179 |
| 6 | D16 |
| 14 | D14 |

**BOX:10**
| QTY | Item |
|---|---|
| 4 | D214 |
| 18 | D218 |
| 2 | D262 |
| 6 | D38 |
| 8 | D50 |
| 4 | D10 |
| 8 | D85 |

Exhibit C

A.S.

| QTY | DESCRIPTION | 3 OF 4 |
|---|---|---|

BOX 11:
| 9 | D38 |
| 1 | D36 |
| 10 | D120 |
| 5 | D139 |
| 5 | D151 |
| 10 | D84 |
| 10 | D204 |

BOX 12:
| 40 | D84 |
| 5 | D152 |
| 5 | D181 |

BOX 13:
| 24 | D142 |
| 24 | D179 |
| 2 | R447 |

BOX 14:
| 40 | D84 |
| 10 | D55 |

BOX 15:
| 24set | D237 |
| 24 | D182 |
| 1 | D52 |
| 1 | R447 |

BOX 16:
| 10sets | D84 |
| 5" | D84 |
| 10" | D237 |
| 35" | D87 |
| 1" | D129 |

BOX 17:
| 32 | D142 |
| 4 | D87 |
| 14 | D147 |

BOX 18:
| 2 | D262 |
| 14 | D142 |
| 1 | D261 |
| 1 | D139 |
| 10 | D151 |
| 12 | D39 |
| 10 | D87 |
| 2 | D154 |

A.5

```
QTY    DESCRIPTION                                      4 OF 4
BOX 19:
 9     D142
 4     D87
10     D152
 9     D63
 5     D165

BOX 20:
 9     D152
14     D142
 5     D121
 5     D11
 5     D20
10     D182
```

GROSS WEIGHT: 8600 LBS

NEEWRA INCORPORATED
ARWEEN SAHNI (PRESIDENT)

*Arween Sahni*
*President*



A.S.

# MOAC

## MARINE CERTIFICATE OF INSURANCE

POL. NO. 080019
DIVISION CODE:
CTF. NO. OC 122869
HJ200802

# THE CONTINENTAL INSURANCE COMPANY (A NEW HAMPSHIRE CORPORATION)

$ 10,180.00                                          NEWARK, NJ    FEBRUARY 19TH    1999
AMOUNT                                                PLACE              DATE

This Certifies that **NEEWRA INCORPORATED** ———————————————— is insured under and
subject to the conditions of Open Policy No. 080019                of the above named Company
in the sum of **TEN THOUSAND ONE HUNDRED EIGHTY ONLY** ———————— **U.S.** Dollars
On **1x20' CONTAINER, STC: 20 WOODEN BOXES OF AUTOMOTIVE SPARE PARTS, AND ACCESSORIES. CONTAINER NO. CLHU206944-0, SEAL NO. 93060**

Valued at amount insured. Shipped per **SEALAND CHAMPION V.039E**
At and from **NEW YORK**
to **KUWAIT**
Loss, if any, payable to **NEEWRA INCORPORATED 4018 HAMPTON ST. ELMHURST, N.Y. 11373** or order

*[signature]* ALI AELAEI / NEWARK, NJ
AMERICAN EXPORT LINES

### Special Conditions and Marks and Numbers

Average Terms and Conditions:
ON DECK and subject to an ON DECK Bill of Lading which must be so declared by the Assured: Free of Particular Average unless caused by the vessel being stranded, sunk, burnt, on fire, or in collision, but including jettison and/or washing overboard irrespective of percentage.
Except while subject to an ON DECK Bill of Lading:
Insured Against All Risks of physical loss or damage from any external cause, but excluding:
1. The risks excepted by the F. C. & S. Warranty and the S. R. & C. C. Warranty incorporated in the conditions of this policy;
2. Inherent vice and/or gradual deterioration;
3. Claims for or consequent upon detainment, delay, loss of time or loss of market, whether arising from a peril insured against or otherwise.

### *** ALL RISKS COVERAGE ***

### " WAR RISK INSURANCE EXCLUDED "

INCLUDING THE RISKS OF WAR, STRIKES, RIOTS AND CIVIL COMMOTIONS IN ACCORDANCE WITH AMERICAN INSTITUTE CLAUSE CURRENT ON DATE OF ISSUANCE OF THIS CERTIFICATE.

SUBROGATION AND IMPAIRMENT OF RECOVERY: It is a condition of this insurance that upon payment of any loss the Company shall be subrogated to all rights and claims against third parties arising out of such loss. In case of any agreement or act or omission by the Assured, prior or subsequent hereto, whereby any right of recovery of the Assured for loss of or damage to any property insured hereunder, against any Carrier or Bailee, is released, impaired or lost, which would on acceptance of abandonment or payment of a loss by this Company have inured to its benefit but for such agreement or act of omission, this Company shall not be bound to pay any loss, but its right to retain or recover the premium shall not be affected.
Suit: No suit or action for the recovery of any claim arising under this Certificate shall be maintainable in any Court unless such suit or action shall have been commenced within two years from the date of the happening of the loss out of which the said claim arose; provided, however, that if, by the laws of State within which this Certificate is issued such limitation is invalid, then any such claim shall be void unless action is commenced within the shortest limit of time permitted by the laws of such State.
AMERICAN INSTITUTE CLAUSES: This insurance, in addition to the foregoing, is also subject to the following American Institute Cargo Clauses (Feb. 1949, except as indicated):

| WAREHOUSE TO WAREHOUSE | LABELS | INCHMAREE |
| MARINE EXTENSION CLAUSES (April, 1943) | MACHINERY | BOTH TO BLAME |
| CRAFT, ECT. | GENERAL AVERAGE | CONSTRUCTIVE TOTAL LOSS |
| DEVIATION | EXPLOSION | CARRIER |
| WAREHOUSING & FORWARDING CHARGES, | SHORE | NUCLEAR EXCLUSION (STORAGE RISKS) (APRIL, 1961) |
| PACKAGES TOTALLY LOST LOADING | BILL OF LADING, ECT. | SOUTH AMERICAN ENDORSEMENT (DEC., 1948) |

PARAMOUNT WARRANTIES: THE FOLLOWING WARRANTIES SHALL BE PARAMOUNT AND SHALL NOT BE MODIFIED OR SUPERSEDED BY ANY OTHER PROVISION INCLUDED HEREIN OR STAMPED OR ENDORSED HEREON UNLESS SUCH OTHER PROVISION REFERS SPECIFICALLY TO THE RISKS EXCLUDED BY THESE WARRANTIES AND EXPRESSLY ASSUMES THE SAID RISKS:

| Currency- ☐ U.S. ☐ CAN. | Prod. Ref. No. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Amount Ins. | Prem. Rate | MOAC Use | Premium | Maj. A/C | Sub. A/C | Comm Rate | Prod. Code | Reins. Apport. No. |
| Marine | | | | | | | | |
| | | | | | | | Rater: | |
| Str. Pen. | | | | | | | Keyed In: | |
| War | | | | | | | | |

WM 4102 SF

Exhibit C

| Field | Value |
|---|---|
| XPORTER | :EWRA INCORPORATED, )18 HAMPTON STREET, .MHURST, NEW YORK — ZIP CODE 11373 |
| 5. DOCUMENT NUMBER | BOOKING NO. 493251 |
| 5a. B/L OR AWB NUMBER | — |
| 6. EXPORT REFERENCES | NJ200802 |
| 7. FORWARDING AGENT | INT'L SHIPPING COMPANY (USA), 169 FRELINGHUYSEN AVE, NEWARK, N.J. 07114  (973)824-2333  FMC#3960 |
| ONSIGNED TO | :XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX / :XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |
| 8. POINT (STATE) OR ORIGIN OR FTZ NUMBER | U.S.A. |
| OTIFY PARTY/INTERMEDIATE CONSIGNEE | :XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX / :XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |
| 9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS | |
| PRE-CARRIAGE BY | V.I. INTERNATIONAL |
| 13. PLACE OF RECEIPT BY PRE-CARRIER | |
| EXPORTING CARRIER | .ALAND CHAMPION 039E |
| 15. PORT OF LOADING/EXPORT | NEW YORK |
| 10. LOADING PIER/TERMINAL | SEALAND TERMINAL BERTH 88 PORT ELIZ, N.J. |
| FOREIGN PORT OF UNLOADING | WAIT |
| 17. PLACE OF DELIVERY BY ON-CARRIER | |
| 11. TYPE OF MOVE | OCEAN |
| 11a. CONTAINERIZED | [X] Yes [ ] No |

| MARKS AND NUMBERS (18) | NUMBER OF PACKAGES (19) | DESCRIPTION OF COMMODITIES in Schedule B detail (20) | GROSS WEIGHT (Kgs) (21) | MEASUREMENT (22) |
|---|---|---|---|---|
| NTAINER NO. HU206944-0 AL NO.93060 | 1 | 20' CONTAINER, S.T.C.: 20 CRATES OF AUTOMOTIVE SPARE PARTS, & ACCESSORIES. | 8600 LBS. 3901 KGS. | 1050 CFT. 29.7 CBM. |

FOR EMERGENCY CALL (973)824-2333

RECEIVED THE ABOVE DESCRIBED GOODS OR PACKAGES SUBJECT TO ALL THE TERMS OF THE UNDERSIGNED'S REGULAR FORM OF DOCK RECEIPT AND BILL OF LADING WHICH SHALL CONSTITUTE THE CONTRACT UNDER WHICH THE GOODS ARE RECEIVED, COPIES OF WHICH ARE AVAILABLE FROM THE CARRIER ON REQUEST AND MAY BE INSPECTED AT ANY OF ITS OFFICES.

DELIVERED BY: /s/ Vito

ITER __ CK __
IVED—DATE 2/22/99 TIME __
OADED—DATE __ TIME __
CKED BY __
:ED IN SHIP / ON DOCK  LOCATION __

FOR THE MASTER

BY _____ RECEIVING CLERK
DATE _____

Exhibit C

A. P. MOLLER INC

# MAERSK INC.


MAERSK

## TELEFAX

MAERSK INC BOOKING CONFIRMATION

ATTENTION: ALI                      AMERICAN EXPORT LINES

BOOKING NUMBER: 000493251

VESSEL: SL CHAMPION                 VOYAGE: 039E

RECEIPT:   USNWK    NEWARK

LOAD:      USNWK    NEWARK          SAILING DATE: 1999-02-26

DELIVERY:  KWKWI    KUWAIT

FORWARDER: INTL SHIPPING CORP

FORWARDER REF:                      SHIPPER REF:

S/F/O: F  FOREIGN REF:

MODE: CY / CY      PARTIALS(Y/N): N    RATE QUOTE:

TARIFF:            ITEM NO:             SERVICE CONTRACT:

PCS:               WGT:                 MEASURE:

COMMODITY: G    AUTOMOTIVE PARTS

| SIZE | TYPE | QUANTITY | TEMP | POOL | P/U DATE |
|------|------|----------|------|--------|------------|
| 20   | DRY  | 1        |      | NEWARK | 1999-02-19 |

SENT BY: MICHAEL DANENS         BOOKING OFFICE: NEW YORK

IF CARGO IS ORIGINATING IN, OR DESTINED TO THE UNITED STATES,
ACCORDING TO FMC REGULATIONS THE RATE MUST BE EFFECTIVE BEFORE
THE CARGO IS RECEIVED BY CARRIER FOR SHIPMENT. IF THE ABOVE
RATE IS SUBJECT TO CONFERENCE APPROVAL, PLEASE ENSURE THAT IT
HAS BEEN PUBLISHED IN THE APPLICABLE TARIFF PRIOR TO DELIVERY.

U.S. CUSTOMS REQUIRES A SHIPPERS EXPORT DECLARATION, PLEASE
FORWARD TO MAERSK OFFICE AS SOON AS POSSIBLE.

# American Export Lines
## Global Transportation Company

**CLIENT BOOKING INFORMATION SHEET**

DATE: 2/19/99        (✓) OCEAN        ( ) AIR

**SHIPPER:**

NAME: NEEWRA INCORPORATED
ADDRESS: 40-18 HAMPTON ST.   APT#_____
CITY: ELMHURST   STATE: N.Y.   ZIP: 11373
TELEPHONE: (718) 458 3128   FAX: (718) 458 1462

**CONSIGNEE / RECEIVER:**

NAME: AL-TAMASOK AL-ARABI EST.
ADDRESS: P.O. BOX 384 HAWALLI 32004
CITY: KUWAIT   STATE: KUWAIT   ZIP: 32004   COUNTRY: KUWAIT
TELEPHONE: ( ) 011 965 2451152   FAX: ( ) 011 965 2451152

INSURANCE (OPTIONAL) YES: (✓) NO: ( ) VALUE: 10,180 (U$D)

PORT OF LOADING _____ PORT OF DISCHARGE: KUWAIT

**EQUIPMENT SIZE:**
20'FT. (✓)   40'FT. STD. ( )   40'FT.H.C. ( )   FLAT RACK ( )

**COMMODITY:**
H.H.G. ( )   P.E. ( )   VEHICLE ( )   COMMERCIAL ( )   HAZ. MAT. ( )
**VEHICLE:** YES ( ) NO ( )   CFT:_____ CBM:_____ LBS:_____
KGS:_____ YEAR:_____ MAKE:_____ MODEL:_____
COLOR:_____ VIN#:_____ VALUE:_____
BOOKING NO:_____ STEAMSHIP LINE:_____
VESSEL NAME:_____ SAILING DATE:_____ CUT OFF:_____
REMARKS:_____
RATE QUOTED:_____   ACCEPTED   YES ( )   NO ( )

(NS 0.659%)
Exhibit C

169 FRELINGHUYSEN AVENUE, NEWARK NJ, 07114
(973) 824-2333 FAX (973) 824-8319
E-MAIL: ael@bellatlantic.net
WEB PAGE: www.aelshipit.com




Exhibit C

Exhibit D

Exhibit E

Exhibit F

<u>NY / KUWAIT</u>

VESSEL: SEALAND CHAMPION V. 039E

SAILING: 2/26

CUT OFF: 2/24

ETA: 3/28

BOOKING #: 493251       1X20' STD.

P/U EMPTY AT: BERTH 51 (MAERSK TRML.)

DELIVER TO: BERTH 88 (SEALAND TRML.)

LOADING POINT: 196 VAN WINKLE AVE
              GARFIELD, NJ 07026
              TEL: (973) 340-8888
              MR. MUSTAFA

Exhibit C

# American Export Lines
### Global Transportation Company

## CARGO AGENT INFORMATION

REF: NJ200802

Estimated arrival date: MARCH 28, 1999

Dear sir/madam:

We are pleased to inform you that your ocean/air shipment is on its way as per the above reference. Please find below the information that you will need in order to have your cargo released at its destination.

| CARGO AGENT | INSURANCE AGENT |
|---|---|
| MAERSK KUWAIT CO.<br>W.L.L. AL FARES<br>COMMERCIAL BUILDING 7TH FLOOR<br>P.O.BOX 29376<br>SAFAT 13154 KUWAIT<br>TEL: 965-243-5767 | INCHCAPE SHIPPING SERVICES<br>ARABIAN GULF STREET<br>P.O.BOX 78<br>SAFAT, 13001, KUWAIT<br>CONTACT: MR. ARCHIBALD VAZ.<br>TEL: 244-1491<br>FAX: 242-1396/243-6856 |

At this time, we would like to thank you for the opportunity of being of service to you. Should you require our services Again, please do not hesitate to contact us. Thank you for your business.

American export lines.

169 FRELINGHUYSEN AVENUE, NEWARK NJ, 07114
(973) 824-2333 FAX (973) 824-8319
E-MAIL: ael@bellatlantic.net
WEB PAGE: www.aelshipit.com

Exhibit C

# NEEWRA INCORPORATED

4018 HAMPTON STREET
OFFICE IJ
ELMHURST, NEW YORK
U.S.A.
TEL: 718 458 3128
FAX: 718 458 1462

FEB 27 1999

TO MR. ALI

I HAVE TO WRITE THE FOLLOWING IN THE INVOICE

" THIS IS TO CERTIFY THAT ALL THE MERCHANDISE IN THE INVOICE AND THEIR COMPONENTS ARE FROM US ORIGIN AND MADE BY NATIONAL BRAKE BLOCK OF USA"

PLEASE LET ME KNOW IF THIS IS NECESSARY AND IF SO CAN I ADD THESE WORDS AFTER THE ATTESTATION.

AND ALSO PLEASE NOTE THAT THE CERTIFICATE OF ORIGIN HAS TO BE ATTESTED AS WELL. I HAVE INQUIRED ABOUT THAT WITH MY CUSTOMER.

THANK YOU

ARWEEN SAHNI

Exhibit C

NJ200802

**NEEWRA INCORPORATED**
40-18 HAMPTON ST OFFICE 1J
ELMHURST, NY 11373

1003
1-881/260
BRANCH 31

DATE 2/16/99

OF AMERICAN EXPORT LINES          $ 500.00

= HUNDRED ONLY                              DOLLARS

**BANCO POPULAR**
BANCO POPULAR DE PUERTO RICO
83-22 Baxter Avenue
Elmhurst, NY 11373

ONTAINER DEPOSIT

⑆000000 1003⑆  ⑈026008811⑈  731⑆066642⑆

Exhibit C

Exhibit D



Exhibit C

# JEFRON CONSULAR SERVICE
141 Duane Street
NEW YORK, NEW YORK 10013
(212) 964-8441
FAX (212) 962-5629



**INVOICE**

516

BILL TO: International Shipping Co

169 Frelinghuysen Ave
Newark, NJ 07114

| DATE | INVOICE NO. |
|---|---|
| 3-Mar-99 | 407731 |

| REF NUMBER | TERMS | DUE DATE |
|---|---|---|
| NJ200802 | net 30 days | 2-Apr-99 |

| ITEM | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 2 | Kuwait: consul fee | 24.00 | 48.00 |
| 2 | Arab Chmbr of Comm/basic | 15.00 | 30.00 |
| 1 | certifying check | 6.00 | 6.00 |
| 1 | handling | 20.00 | 20.00 |
| | | TOTAL | 104.00 |

Exhibit C

```
                                          NJ200802                        1007

NEEWRA INCORPORATED
  40-18 HAMPTON ST OFFICE 1J                                          1-881/260
  ELMHURST, NY 11373                                                  BRANCH 31
                                              DATE  3/8/99

THE
ER OF  American Export Lines                          $ 104.00

  One hundred & four only                                       DOLLARS

  BANCO POPULAR
  BANCO POPULAR DE PUERTO RICO
  83-22 Baxter Avenue
  Elmhurst, NY 11373

  Legalization charges                           [signature]

  ⑈000000 1007⑈ ⑉026008811⑉ 731⋯066642⑈
```

"C"

NJ200828

**NEEWRA INCORPORATED**
40-18 HAMPTON ST OFFICE 1J
ELMHURST, NY 11373

1006
1-881/250
BRANCH 31

DATE 3/2/1999

PAY TO THE ORDER OF  AMERICAN EXPORT LINES                    $ 8000.00

EIGHT THOUSAND -------------------------------------------------- DOLLARS

**BANCO POPULAR**
BANCO POPULAR DE PUERTO RICO
83-22 Baxter Avenue
Elmhurst, NY 11373

FOR  CONTAINER FREIGHT & INSURANCE

⑊000000l006⑊  ⑉026008811⑉  731⑈066642⑊

# NEEWRA INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

3/8/99

TO: MR. ALI

PLEASE FIND ENCLOSED

THE PACKING LIST OF CONTAINER # CLHU2069440
THE COMMERCIAL INVOICE AND PACKING LIST OF CONTAINER # BENU2326560

ALL THE ABOVE NEED LEGALIZATION ✓

ALSO INCLUDED IS A CHECK FOR $104.00.

THANK YOU
ARWEEN SAHNI

*Arween Sahni*

# NEEWRA INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718-803-2725
FAX. 718 803 2801

## COMMERCIAL INVOICE

INVOICE NO. 2/99
DATE: MARCH 5 1999

EXPORTER: NEEWRA INCORPORATED

SOLD TO:  AL TAMASOK AL ARABI EST
          P O BOX 384 HAWALLI
          KUWAIT 32004
          TEL.:2451152

SHIP TO: SAME
TERMS : CIF KUWAIT
COUNTRY OF ORIGIN: USA
VESSEL: DRAGOER MAERSK V.9903
PORT OF LOADING/EXPORT: NEW YORK-USA
CONTAINER NO. BENU 232656-0
SEAL NO. 93059
COUNTRY OF FINAL DESTINATION:KUWAIT
CURRENCY:US DOLLARS

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 2000 | SEAGATE SCSI HARD DRIVES ST 118273 N BARRACUDA 18.2 G.B. | $ 930.00 | $ 1,860,000.00 |

MANUFACTURERS:
SEAGATE TECHNOLOGY, 920 DISC DRIVE, SCOTTS VALLEY, CA. 95066

THIS TO CERTIFY THAT ALL THE MERCHANDISE IN THE INVOICE AND THEIR COMPONENTS ARE FROM US ORIGIN AND MADE BY SEAGATE TECHNOLOGY.

WEIGHT: EACH HARD DRIVE WEIGHS 2.2 LBS OR 1 KG
EXPORT CONTROL CLASSIFICATION NUMBER : NLR-4A994

ARWEEN SAHNI
PRESIDENT- NEEWRA INCORPORATED

*[signature]*

AS