# NEEWRA INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

PACKING AND WEIGHT LIST

INVOICE NO. 2/99
DATE: MARCH 5 1999

EXPORTER: NEEWRA INCORPORATED

SOLD TO: AL TAMASOK AL ARABI EST
P O BOX 384 HAWALLI
KUWAIT 32004
TEL:2451152

SHIP TO: SAME
TERMS : CIF KUWAIT
COUNTRY OF ORIGIN: USA
VESSEL: DRAGOER MAERSK V.9903
PORT OF LOADING/EXPORT: NEW YORK-USA
CONTAINER NO. BENU 232656-0
SEAL NO. 93059
COUNTRY OF FINAL DESTINATION:KUWAIT
MANUFACTURERS:
SEAGATE TECHNOLOGY, 920 DISC DRIVE, SCOTTS VALLEY, CA 95066

THIS TO CERTIFY THAT ALL THE MERCHANDISE IN THE INVOICE AND THEIR COMPONENTS ARE FROM US ORIGIN AND MADE BY SEAGATE TECHNOLOGY.

20 CRATES – EACH CRATE CONTAINING 100 HARD DRIVES
TOTAL : 2000 HARD DRIVES (SEAGATE SCSI ST118273N 18.2 GB BARRACUDA)
EACH HARD DRIVE WEIGHS 2.2 LBS OR 1 KG
GROSS WEIGHT:7200 LBS

EXPORT CONTROL CLASSIFICATION NUMBER : NLR-4A994

ARWEEN SAHNI
PRESIDENT- NEEWRA INCORPORATED

Arween Sahni

AS



# International Shipping Co. (USA), Inc.

International Freight Forwarders, Expediters, Consolidators. F.M.C. # 3960

* POWER OF ATTORNEY FOR PREPARATION OF EXPORT DECLARATION *

DATE: 3-5-99

THE EXPORTER AUTHORIZES THE ABOVE NAMED FORWARDER TO ACT AS A FORWARDING AGENT FOR EXPORT CONTROL AND CUSTOMS PURPOSES.

I CERTIFY THAT ALL STATEMENTS MADE AND ALL INFORMATION CONTAINED IN EXPORT DECLARATION ARE TRUE AND CORRECT AND THAT I HAVE READ AND UNDERSTAND THE INSTRUCTIONS FOR PREPARATION OF THIS DOCUMENT, SET FORTH IN THE CORRECT WAY TO FILL OUT THE SHIPPER'S EXPORT DECLARATION. I UNDERSTAND THAT CIVIL AND CRIMINAL PENALTIES, INCLUDING FORFEITURE AND SALE MAY BE IMPOSED FOR MAKING FALSE OR FRAUDULENT STATEMENTS HEREIN, FAILING TO PROVIDE THE REQUESTED INFORMATION OF FOR VIOLATION OF U.S. LAWS ON EXPORTATION.
(13 U.S.C. SEC.305; 22 U.S.C. SEC 401; 18 U.S.C. SEC 1002; 50 U.S.C. APP 2410)

ALL EXPORT SHIPMENTS ARE SUBJECT TO INSPECTION BY U.S. CUSTOMS SERVICE AND OR OFFICE OF EXPORT ENFORCEMENT.
IT IS THE RESPONSIBILITY OF THE EXPORTER TO MAKE THE CARGO AVAILABLE TO BEAR THE COSTS OF EXPORT EXAMINATIONS PERFORMED BY CUSTOMS. SHIPMENTS WILL NOT BE LOADING ANY VESSEL UNTIL RELEASED BY CUSTOMS.

ARWEEN SAHNI
AUTHORIZED EXPORTER'S SIGNATURE

000503764.
BOOKING NUMBER

TOTAL VALUE OF CARGO IN U.S. DOLLARS $1,860,000.00

KUWAIT
COUNTRY OF ULTIMATE DESTINATION

169 Frelinghusyen Ave. Newark, New Jersey 07114
Phone:(973)824-2333 Fax: (973)824-8319

EXPORTER (Principal or seller-licensee and address including ZIP Code)
NEEWRA INCORPORATED
4018 HAMPTON STREET
ELMHURST, NEW YORK 11373

ZIP CODE 11373

5. DOCUMENT NUMBER: BOOKING# 000503764

5a. B/L OR AWB NUMBER

6. EXPORT REFERENCES: REF: NJ200828

CONSIGNED TO
AL TAMASOK AL ARABI EST
P.O. BOX 384 HAWALLI
KUWAIT 32004

7. FORWARDING AGENT (Name and address - references)
INTERNATIONAL SHIPPING CO.(USA) FMC# 3960
169 FRELINGHUYSEN AVE.
NEWARK, NEW JERSEY 07114 (973)824-2333

8. POINT (STATE) OF ORIGIN OR FTZ NUMBER: NEW JERSEY, U.S.A.

NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and address)
SAME AS CONSIGNEE
TEL: 2451152

9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS

PRE-CARRIAGE BY: J.V.I. INTERNATIONAL

13. PLACE OF RECEIPT BY PRE-CARRIER

EXPORTING CARRIER: DRAGOER MAERSK V.9903

15. PORT OF LOADING/EXPORT: NEW YORK

10. LOADING PIER/TERMINAL

FOREIGN PORT OF UNLOADING (Vessel and air only): KUWAIT

17. PLACE OF DELIVERY BY ON-CARRIER

11. TYPE OF MOVE: CY/CY

11a. CONTAINERIZED (Vessel only): [X] Yes [ ] No

| MARKS AND NUMBERS (18) | NUMBER OF PACKAGES (19) | DESCRIPTION OF COMMODITIES in Schedule B detail (20) | GROSS WEIGHT (Kilos) (21) | MEASUREMENT (22) | D OR F (23) |
|---|---|---|---|---|---|
| CONTAINER NO. BENU232656-0 SEAL NO. 93059 | 1 | 20' STD. CONTAINER, S.T.C.: 20 WOODEN CRATES OF: ELECTRICAL SPARE PARTS. FREIGHT PREPAID | 7200 LBS 3266 KGS | 1025 CFT 29 CBM | D |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

27. VALIDATED LICENSE NO./GENERAL LICENSE SYMBOL: NLR-4A994

28. ECCN (When required)

AUTHENTICATION (When required)

29. THE UNDERSIGNED HEREBY AUTHORIZES INTERNATIONAL SHIPPING CO. FMC#3960 TO ACT AS FORWARDING AGENT FOR EXPORT CONTROL AND CUSTOMS PURPOSES.
EXPORTER NEEWRA INCORPORATED
(BY DULY AUTHORIZED OFFICER OR EMPLOYEE) HECTOR SAN ANDRES

30. METHOD OF TRANSPORTATION (Mark one): [X] Vessel [ ] Air [ ] Other - Specify

31. ULTIMATE CONSIGNEE (Give name and address if this party is not shown in item 3.): SAME AS BOX# 3

32. DATE OF EXPORTATION (Not required for vessel shipment)

33. COUNTRY OF ULTIMATE DESTINATION: KUWAIT

34. EXPORTER'S EIN (IRS) NUMBER: 113464075

35. PARTIES TO TRANSACTION: [ ] Related [X] Non-related

Export shipments are subject to inspection by U.S. Customs Service and/or Office of Export Enforcement.
CD - Check digit
Value - Selling price or cost if not sold (U.S. dollars, omit cents)
Quantity - Schedule B unit(s) (Nearest whole unit)

24. SCHEDULE B NO.: 8542.11.8028 CD: 6
25a. QUANTITY 1: 2000
25b. QUANTITY 2
26. VALUE: $1'860,000.00

24. SCHEDULE B NO. CD
25a. QUANTITY 1
25b. QUANTITY 2
26. VALUE

24. SCHEDULE B NO. CD
25a. QUANTITY 1
25b. QUANTITY 2
26. VALUE

30. I certify that all statements made and all information contained herein are true and correct and that I have read and understand the instructions for preparation of this document, set forth in the "Correct Way to Fill Out the Shipper's Export Declaration." I understand that civil and criminal penalties, including forfeiture and sale, may be imposed for making false or fraudulent statements herein, failing to provide the requested information, or for violation of U.S. laws on exportation (13 U.S.C. Sec. 305; 22 U.S.C. Sec. 401; 18 U.S.C. Sec. 1001; 50 U.S.C. App. 2410).

WHSE #0887

# CERTIFICATE OF ORIGIN

| | |
|---|---|
| EXPORTER (Principal or seller-licensee and address including ZIP Code)<br>NEEWRA INCORPORATED<br>4018 HAMPTON STREET<br>ELMHURST, NEW YORK<br>ZIP CODE 11373 | 5. DOCUMENT NUMBER<br>BOOKING NO. 000503764<br>5A. B/L OR AWB NUMBER<br>6. EXPORT REFERENCES<br>NJ200828 |
| CONSIGNED TO<br>AL TAMASOK AL ARABI EST.<br>P.O. BOX 384 HAWALLI<br>KUWAIT 32004 | 7. FORWARDING AGENT (Name and address - references) FMC#3960<br>INT'L SHIPPING COMPANY (USA)<br>169 FRELINGHUYSEN AVE<br>NEWARK, N.J. 07114 (973)824-2333<br>8. POINT (STATE) OF ORIGIN OR FTZ NUMBER<br>NEW JERSEY, U.S.A. |
| NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and address)<br>SAME AS CONSIGNEE<br>TEL:2451152 | 9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS<br>MANUFACTURER: SEAGATE TECHNOLOGY<br>920 DISC DRIVE<br>SCOTTS VALLEY, CA 95066 |
| 12. PRE-CARRIAGE BY / 13. PLACE OF RECEIPT BY PRE-CARRIER | |
| 14. EXPORTING CARRIER: DRAGOER MAERSK V.9903 / 15. PORT OF LOADING/EXPORT: NEW YORK | 10. LOADING PIER/TERMINAL |
| 16. FOREIGN PORT OF UNLOADING (Vessel and air only): KUWAIT / 17. PLACE OF DELIVERY BY ON-CARRIER | 11. TYPE OF MOVE / 11a. CONTAINERIZED (Vessel only) ☒ YES ☐ NO |

| MARKS AND NUMBERS (18) | NUMBER OF PACKAGES (19) | DESCRIPTION OF COMMODITIES in Schedule B detail (20) | GROSS WEIGHT (Kilos) (21) | MEASUREMENT (22) |
|---|---|---|---|---|
| CONTAINER NO.<br>BENU232656-0<br>SEAL NO.93059 | 1 | 20" STD. CONTAINER, S.T.C.: 20 WOODEN CRATES OF ELECTRICAL SPARE PARTS.<br><br>FREIGHT PREPAID<br><br>" THIS IS TO CERTIFY THAT ALL THE MERCHANDISE AND THEIR COMPONENTS ARE FROM U.S. ORIGIN AND MADE BY SEAGATE TECHNOLOGY." | 7200 LBS.<br>3266 KGS. | 1025 CFT.<br>29 CBM. |

The undersigned INT'L SHIPPING COMPANY (Owner or Agent), does hereby declare for the above named shipper, the goods as described above were shipped on the above date and consigned as indicated and are products of the United States of America Dated at NEWARK, N.J. on the 5TH day of MARCH 1999.

Sworn to before me this ........ day of .................... 19....

MARITIME CHAMBER OF COMMERCE, INC. ALI AELAEI, AGENT. SIGNATURE OF OWNER OR AGENT

A RECOGNIZED CHAMBER OF COMMERCE

The NEW YORK STATE, a recognized Chamber of Commerce under the laws of the State of ..........., has examined the manufacturer's invoice or shipper's affidavit concerning the origin of the merchandise, and, according to the best of its knowledge and belief, finds that the products named originated in the United States of America.

Secretary ..........

[Seal: CHAMBER OF COMMERCE ... INCORPORATED ... SEAL]

RONALD J. WHITE, Notary Public, State of New York, Qualified in Nassau County, Commission Expires 2000

Form X-501-A Whse. No. 0863 Anderson Business Forms, Inc. (201) 438-0162 Rev. 1-1-88

02/09/00 13:17 AMERICAN EXPORT LINES → 2018685200 NO. 296 P02

**This Shipping Order** must be legibly filled in, in Ink, in Indelible Pencil, or in carbon, and retained by the Agent

V.G. Transports (Name of Carrier) Shipper's No. ______

Carrier's No. ______

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Shipping Order,

at 3-4 19 99 From American Export Lines

[illegible]

Consigned to Enzina Plus

Destination 196 Van Winkle State ____ Zip ____ County ____

Delivery Address* ______

Route Garfield, N.J.

*To be filled in only when shipper desires and governing tariffs provide for delivery thereat.

Delivering Carrier ______ Car or Vehicle Initials ______ No. ______

| NO. PACKAGES | HAZARDOUS MATERIALS | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
| --- | --- | --- | --- | --- | --- |
| 1 | | 20' Standard Container "EXPORT" | | | ✓ |
| | | No: BENU-232656-0 | | | |
| | | Seal # 93059 | | | |
| | | | | | |
| | | Customer Load & Count | | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per ______

(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ______ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per ______

(The signature here acknowledges only the amount prepaid.)

Charges advanced:

$ ______

SHIPPER'S CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE ______ TITLE ______

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

** Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ______

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS ______ LBS.

** The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification.

Per ______ Shipper

C.O.D. SHIPMENT

C.O.D. Amt ______

Collection Fee ______

Total Charges ______

Shipper, Per ______

Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

Permanent post office address of shipper

# V. G. TRANSPORTS

317 Redcliffe St. * Elizabeth, New Jersey 07206
Tel: (908) 352-9741 * Fax: (908) 352-9748 * E-Mail: tuckit@bellatlantic.net

## * INVOICE *

*Invoice No:* VG 745 *Type:* I *Date:* 3/3/99 *Page:* 1

*Bill To:* International Shipping
169 Frelinghuysen Avenue
Newark, NJ. 07114
ATT: Ali
*
Accounts Payable

*Terms:* Upon Receipt ( Please )
*Description:* BENU - 232656 - 0
*Bill Refernce:* V - 745
*Last Payment:* $2,545.00
*Last Pay Date:* 2/23/99
*Account Number:* I.N.T.L.S

*Pier:* *Maersk { Berth 51 } & Sea Land Terminals*
*Ship Co.:* Maersk Line
*Customer Ref #:* NJ - 200828

*Seal No.:* 93059
*B/L Number:* *
*Booking Number:* 503764

*Decription:* EXPORT CONTAINER MOVEMENT $ 245.00 ✓ *Amount:* ~~$340.00~~ 320.00
1 ( 20' Standard Container )
LIVE LOAD AT CUSTOMERS DOOR
Engines Plus
196 Van Winkle Street
Garfield, NJ.
*
CONTAINER RE - DELIVERY $ ~~95.00~~ 75 AS PER VICTOR
*
DETENTION TIME ON PIER RE - DELIVERY $ N/C

*Invoice Total:* ~~$340.00~~ 320.00

*Current:* $3,545.00 *(31-60):* *(61-90):* *(91+):*

*Important Note : Container was pulled out empty from Maersk Terminal { Berth 51 } on 3/3/99. Delivered to customers door for live loading on March 04, 1999.*
*
*Returned loaded container to Sea Land Terminal on March 04, 1999. Container Loaded By Engines Plus - C/O: Neewra Incoporated.*

*Transaction Codes: I - Invoive * A - Adjustment * P - Payment * F - Finance Charge*

THANK YOU FOR USING * V.G. TRANSPORTS * FOR YOUR TRUCKING NEEDS

*** ICC REGULATIONS REQUIRE THAT FREIGHT CHARGES BE PAID WITHIN 7 DAYS AFTER RECEIPT OF BILL ***

# MAERSK LINE

**COMBINED TRANSPORT BILL OF LADING**

B/L No. NYC688479

Shipper/Exporter (complete name and address)
EEWRA INCORPORATED
4018 HAMPTON STREET
ELMHURST, NEW YORK 11373

Booking No.
000503764

Export references
NJ200828

Consignee (complete name and address)
AL TAMASOK AL ARABI EST
P.O. BOX 384 HAWALLI
KUWAIT 32004

Forwarding agent – references FMC 3969
INTL SHIPPING CORP
169 FRELINGHUYSEN AVE
NEWARK NJ 07114

Point and Country of Origin
NEW JERSEY, U.S.A.

Shipper memoranda not part of Bill of Lading

Notify Party (complete name and address)
SAME AS CONSIGNEE
TEL; 2451152

Domestic routing/export instructions

Pre-carriage by

*Place of Receipt

Vessel: DRAGOER MAERSK — Voy No. 9903

Port of Loading: NEWARK

Onward inland routing

Port of Discharge: KUWAIT

*Place of Delivery

CARRIER'S RECEIPT — PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE

| Container No./Seal No. Marks and Numbers | No. of Containers or pkgs. | Kind of packages; description of goods | Gross Weight | Measurement |
|---|---|---|---|---|
| BENU2326560<br>93059 | 1 | CY / CY<br>SHIPPERS LOAD, STOW AND COUNT<br>FREIGHT PREPAID<br>20' CTNR SAID TO CONTAIN<br>20 CRATES<br>ELECTRICAL SPARE PARTS<br>COMM. CODE: 8900 9900000130 | LBS<br>7200.000 | |

NON NEGOTIABLE COPY

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S. LAW PROHIBITED

| Unit | Prepaid | Collect |
|---|---|---|
| | | |

LADEN ON BOARD DRAGOER MAERSK 9903 AT NEWARK ON MAR 05 1999

Declared Value Charges
(see clause 6) for
Declared Value of US $

Total Prepaid

Number of Original Bs/L: 3/THREE

Total Collect

Place of Issue: NEW YORK

Date: MAR 05 99

Shipped in apparent good order and condition, unless otherwise stated herein, for transportation on board the ocean vessel mentioned herein or any substituted vessel or on board the feeder vessel or other means of transportation (rail or truck) if place of receipt is named in this Bill of Lading the goods or packages or containers said to contain goods, hereinafter called "the Goods", specified herein for carriage from the port of loading named herein or place of receipt if mentioned herein, on a voyage as described and agreed by this Bill of Lading and discharge at the port of discharge named herein or deliver at the place of delivery if mentioned herein, such carriage, discharge or delivery being always subject to the exceptions, limitations, conditions and liberties hereinafter agreed in like order and condition at the port of discharge or place of delivery if named as the case may be, for delivery unto the Consignee mentioned herein or to his or their assigns where the Carrier's responsibilities shall in all cases and in all circumstances whatsoever finally cease. It is further agreed that Containers may be stowed on deck without notice pursuant to Clause 18 on the reverse side of this Bill of Lading. IN WITNESS whereof the number of original Bills of Lading stated on this side have been signed, one of which being accomplished the other(s) to be void.

For Dampskibsselskabet af 1912, Aktieselskab and Aktieselskabet Dampskibsselskabet Svendborg as carrier

MAERSK INC AS AGENTS FOR THE CARRIER

As Agent(s) only

*Applicable only when document used
• Combined Transport Bill of Lading

MAERSK LINE U.S. CUSTOMS CONTAINER BOND NO. 1086-20591
U1500 7248/1575M/8-95/DP

# NEEWRA INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718-803-2725
FAX. 718 803 2801

3/31/1999

TO: MR ALI - AMERICAN EXPORT LINES

FROM: ARWEEN SAHNI

DEAR MR. ALI

WITH REGARD TO OUR TELEPHONE CONVERSATION YESTERDAY, YOU TOLD ME THAT MAERSK LINE WAS ASKING YOU IF WE WILL ALLOW A CONTAINER RELEASE BY TELEX OR FAX. THE ANSWER IS NO. THE CONTAINER IS TO BE RELEASED WITH ORIGINAL DOCUMENTS ONLY.
IF THE AGENT OF MAERSK LINE IN KUWAIT RELEASES THE CONTAINER TO THE CONSIGNEE, THEY WILL THEN BE DOING IT AT THEIR OWN RISK. OUR PAYMENT PROTECTION TOOL FOR SHIPMENTS IS ORIGINAL DOCUMENTS.

PLEASE SEND ME A CONFIRMATION OF RECEIPT OF THIS FAX AND LET ME KNOW IF THERE ARE ANY PROBLEMS.

THANK YOU
ARWEEN SAHNI

# NEEWRA INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

4/27/1999

TO : MR. ALI / MR. HECTOR
AMERICAN EXPORT LINES

WITH REFERENCE TO CONTAINER NO. BENU 232656-0 , SEAL NO. 93059 , PLEASE INFORM MAERSK LINE THAT THE CONTAINER IS TO BE RELEASED BY PRESENTATION OF ORIGINAL BILL OF LADING.
IF THE PARTY IN KUWAIT IS WILLING TO PRESENT A BANK GUARANTEE IN LIEU OF THE ORIGINAL BILL OF LADING THAT IS ALSO ACCEPTABLE.
A BANK GUARANTEE WILL SECURE OUR PAYMENT.

THANK YOU
ARWEEN SAHNI

PRESIDENT
NEEWRA INCORPORATED.

# NEEWRA INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

4/28/1999

TO : MR. ALI / MR. HECTOR

PLEASE CONFIRM BY FAX THAT YOU HAVE INFORMED MAERSK LINE THAT BANK GUARANTEE IS ACCEPTABLE FOR RELEASE OF CONTAINER NO. BENU 232656-0 , SEAL NO. 93059.

THANK YOU
ARWEEN SAHNI



NEEWRA
INCORPORATED
80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

5/2/1999

TO : MR. ALI / MR. HECTOR
AMERICAN EXPORT LINES

PLEASE INFORM MAERSK LINE THAT IF PARTY IN KUWAIT IS UNABLE TO PRODUCE OBL OR BANK GUARANTEE THEY CAN RELEASE THE CONTAINER AGAINST BANKERS CHECK.

THANK YOU
ARWEEN SAHNI



NEEWRA
INCORPORATED
80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

5/4/1999

TO : MR. ALI / MR. HECTOR
AMERICAN EXPORT LINES

PLEASE CONFIRM THAT MAERSK LINE HAS BEEN INFORMED ABOUT THE RELEASE OF THE CONTAINER AGAINST BANKERS CHECK.

THANK YOU
ARWEEN SAHNI



# NEEWRA INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX 718 803 2801

8/4/1999

TO : MR. HECTOR – AMERICAN EXPORT LINES

PLEASE FAX ME THE ADDRESS, TELEPHONE NUMBER AND FAX NUMBER OF THE CONTINENTAL INSURANCE COMPANY. I NEED TO NOTIFY THEM THAT MAERSK LINE HAS RELEASED CONTAINER NUMBER BENU232656-0 WITHOUT PROPER DOCUMENTATION.

THANK YOU
ARWEEN SAHNI



# NEEWRA INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

8/11/1999

TO : MR. ALI - AMERICAN EXPORT LINES

DEAR SIR,

<u>LETTER OF AUTHORIZATION</u>

I HEREBY AUTHORIZE YOU TO SEND BY DHL THE THIRD ORIGINAL OF THE BILL OF LADING FOR CONTAINER NUMBER BENU 2326560 MAERSK LINE TO THE FOLLOWING ADDRESS:

MR. RALPH GANT
39 EAST 79 STREET
SUITE # SR3
NY NEW YORK 10021
212 879 7853

MR. GANT IS THE ATTORNEY FOR NEEWRA INCORPORATED.
PLEASE BILL ME THE CHARGES FOR DHL.

THANK YOU
ARWEEN SAHNI

"D"

EXHIBIT D

Document Index (Documents supplied by Banco Popular)

Letter from Neewra Inc. to Banco Popular dated May 10, 1999

Enclosures thereto: Certificate of Origin, Bill of Lading, Packing and Weight List

Collection instructions issued by Banco Popular dated May 11, 1999

Letter Neewra Inc. to Banco Popular dated May 12, 1999

Letter Gulf Bank to Banco Popular dated May 16, 1999

Letter Neewra Inc. to Banco Popular dated June 1, 1999

Telex Banco Popular to Gulf Bank dated June 1, 1999

Telex Gulf Bank to Baco Popular dated June 2, 1999

Letter Neewra Inc. to Banco Popular dated June 2, 1999

Telex Banco Popular to Gulf Bank dated June 9, 1999

Letter Gulf Bank to Banco Popular dated June 10, 1999

Telex Banco Popular to Gulf Bank dated June 25, 1999

Telex Gulf Bank to Banco Popular dated June 27, 1999

Letter Neewra Inc. to Banco Popular dated June 29, 1999

NEEWRA INCORPORATED
80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

MAY 10 1999

TO : LAWRENCE M. SESMER
BANCO POPULAR , NY 10019

PLEASE SEND THE ENCLOSED DOCUMENTS FOR COLLECTION IN KUWAIT.

CONSIGNEE:
AL TAMASOK AL ARABI EST.
P.O.BOX 384 HAWALLI
KUWAIT 32004
TEL. 965 2451152
CONTACT : MR. WAHEED BUTT

RECEIVED
INTERNATIONAL TRADE DEPT.
MAY 11 1999
BANCO POPULAR DE PUERTO RICO, N.Y.
(✓) A.M. ( ) P.M.

CONSIGNEE BANK:
THE GULF BANK OF KUWAIT S.A.K.
P.O.BOX 3200 SAFAT
KUWAIT 13032
HEAD OFFICE – KUWAIT CITY BRANCH
TEL.965 2449501
ACCOUNT NUMBER : 07636053

ENCLOSED ARE
1. CERTIFICATE OF ORIGIN
2. BILL OF LADING
3. COMMERCIAL INVOICE
4. PACKING AND WEIGHT LIST

UPON ARRIVAL OF THE FUNDS PLEASE CREDIT ACCOUNT OF NEEWRA INCORPORATED
ACCOUNT NUMBER : 731 066642. ( BANCO POPULAR – BAXTER AVENUE BRANCH )
PLEASE DEBIT THE ACCOUNT FOR THE CHARGES ASSOCIATED WITH COLLECTION
IF YOU NEED ANY FURTHER INFORMATION PLEASE CALL ME OF FAX ME

THANK YOU

ARWEEN SAHNI
PRESIDENT

# CERTIFICATE OF ORIGIN

Jakrea Consular Service

| 2. EXPORTER (Principal or seller-licensee and address including ZIP Code) | 5. DOCUMENT NUMBER / 5A. B/L OR AWB NUMBER |
|---|---|
| NEEWRA. INCORPORATED<br>4018. HAMPTON STREET<br>ELMHURST, NEW YORK<br>ZIP CODE 11373 | BOOKING NO: 000503764 |
| | 6. EXPORT REFERENCES<br>NJ200828 |
| 3. CONSIGNED TO<br>AL TAMASOK AL ARABI EST.<br>P.O. BOX 384 HAWALLI<br>KUWAIT 32004 | 7. FORWARDING AGENT (Name and address - references) FMC#3960<br>INT'L SHIPPING COMPANY (USA)<br>169 FRELINGHUYSEN AVE<br>NEWARK, N.J. 07114 (973)824-2333 |
| | 8. POINT (STATE) OF ORIGIN OR FTZ NUMBER<br>NEW JERSEY, U.S.A. |
| 4. NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and address)<br>SAME AS CONSIGNEE<br>TEL:2451152 | 9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS<br>MANUFACTURER: SEAGATE TECHNOLOGY<br>920 DISC DRIVE<br>SCOTTS VALLEY, CA 95066 |

| 12. PRE-CARRIAGE BY | 13. PLACE OF RECEIPT BY PRE-CARRIER | 10. LOADING PIER/TERMINAL |
|---|---|---|
| 14. EXPORTING CARRIER<br>DRAGOER MAERSK V.9903 | 15. PORT OF LOADING/EXPORT<br>NEW YORK | |
| 16. FOREIGN PORT OF UNLOADING (Vessel and air only)<br>KUWAIT | 17. PLACE OF DELIVERY BY ON-CARRIER | 11. TYPE OF MOVE / 11a. CONTAINERIZED (Vessel only) [X] YES [ ] NO |

| MARKS AND NUMBERS (18) | NUMBER OF PACKAGES (19) | DESCRIPTION OF COMMODITIES in Schedule B detail (20) | GROSS WEIGHT (Kilos) (21) | MEASUREMENT (22) |
|---|---|---|---|---|
| CONTAINER NO. BENU232656-0 SEAL NO.93059 | 1 | 20' STD. CONTAINER, S.T.C.: 20 WOODEN CRATES OF ELECTRICAL SPARE PARTS.<br>FREIGHT PREPAID<br>" THIS IS TO CERTIFY THAT ALL THE MERCHANDISE AND THEIR COMPONENTS ARE FROM U.S. ORIGIN AND MADE BY SEAGATE TECHNOLOGY." | 7200 LBS. 3266 KGS. | 1025 CFT. 29 CBM. |

The undersigned....INT'L SHIPPING COMPANY(Owner or Agent), does hereby declare for the above named shipper, the goods as described above were shipped on the above date and consigned as indicated and are products of the United States of America Dated at....NEWARK, N.J.................... on the 5TH.... day of....MARCH................1999..

Sworn to before me this ......... day of.............................. 19.....

................................MARITIME CHAMBER OF COMMERCE, INC. ..ALI AELAEI, AGENT.

SIGNATURE OF OWNER OR AGENT

..............................A RECOGNIZED CHAMBER OF COMMERCE..............

NEW YORK STATE

The........................................................................................, a recognized Chamber of Commerce under the laws of the State of ......................................, has examined the manufacturer's invoice or shipper's affidavit concerning the origin of the merchandise, and, according to the best of its knowledge and belief, finds that the products named originated in the United States of America.

Secretary ..........................................

RONALD J. WIEDER Notary Public, State of New York Qualified in Nassau County Commission Expires ... 2000

Form X-501-A Whse. No. 0863
Poperson Business Forms, Inc.
(800) 438-0162 Rev. 1-1-88

# MAERSK LINE

## COMBINED TRANSPORT BILL OF LADING

B/L No. NYC688479

Shipper/Exporter (complete name and address)
NEEWRA INCORPORATED
4018 HAMPTON STREET
ELMHURST, NEW YORK 11373

Booking No.
000503764

Export references
NJ200828

Consignee (complete name and address)
AL TAMASOK AL ARABI EST
P.O. BOX 384 HAWALLI
KUWAIT 32004

Forwarding agent - references
FMC#3969
INTL SHIPPING CORP
169 FRELINGHUYSEN AVE
NEWARK NJ 07114

Point and Country of Origin
NEW JERSEY, U.S.A.

Notify Party (complete name and address)
SAME AS CONSIGNEE
TEL; 2451152

Domestic routing/export instructions
Shipper memoranda not part of Bill of Lading

*Precarriage by

*Place of Receipt

Vessel: DRAGOER MAERSK — Voy No.: 9903

Port of Loading: NEWARK

Onward inland routing

Port of Discharge: KUWAIT

*Place of Delivery

CARRIER'S RECEIPT — PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE

| Container No./Seal No. Marks and Numbers | No. of Containers or pkgs. | Kind of packages; description of goods | Gross Weight | Measurement |
|---|---|---|---|---|
| | | CY / CY<br>SHIPPERS LOAD, STOW AND COUNT<br>FREIGHT PREPAID | | |
| BENU2326560<br>93059 | 1 | 20'CTNR SAID TO CONTAIN<br>20 CRATES<br>ELECTRICAL SPARE PARTS<br>COMM CODE: 8900 9900000130 | LBS<br>7200.000 | |

ORIGINAL

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S. LAW PROHIBITED

| | Unit | Prepaid | Collect |
|---|---|---|---|
| | | | |

LADEN ON BOARD DRAGOER MAERSK 9903 AT NEWARK ON MAR 05 1999

Declared Value Charges (see clause 8) for Declared Value of US $

Total Prepaid

Total Collect

Number of Original B(s)/L
1/3

Place of Issue
NEW YORK

Date
MAR 05 99

Shipped in apparent good order and condition, unless otherwise stated herein, for transportation on board the ocean vessel mentioned herein or any substituted vessel or on board the feeder vessel or other means of transportation (rail or truck) if place of receipt is named in this Bill of Lading the goods or packages or containers said to contain goods, hereinafter called "the Goods", specified herein for carriage from the port of loading named herein or place of receipt if mentioned herein, on a voyage as described and agreed by this Bill of Lading and discharge at the port of discharge named herein or deliver at the place of delivery if mentioned herein, such carriage, discharge or delivery being always subject to the exceptions, limitations, conditions and liberties hereinafter agreed in like order and condition at the port of discharge or place of delivery if named as the case may be, for delivery unto the Consignee mentioned herein or to his or their assigns where the Carrier's responsibilities shall in all cases and in all circumstances whatsoever finally cease. It is further agreed that Containers may be stowed on deck without notice pursuant to Clause 18 on the reverse side of this Bill of Lading. IN WITNESS whereof the number of original Bills of Lading stated on this side have been signed, one of which being accomplished the other(s) to be void.

For Dampskibsselskabet af 1912, Aktieselskab and Aktieselskabet Dampskibsselskabet Svendborg as carrier
MAERSK INC AS AGENTS FOR THE CARRIER
[signature]
As Agent(s) only

*Applicable only when document used
* Combined Transport Bill of Lading

MAERSK LINE U.S. CUSTOMS CONTAINER BOND NO. 1085-20591
7248/1875N/9-98/DR
M1000

Jafrea Consular Services
Tel. [illegible]

# NEEWRA INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

PACKING AND WEIGHT LIST

INVOICE NO. 2/99/D/D
DATE: APRIL 12 1999

EXPORTER: NEEWRA INCORPORATED

SOLD TO: AL TAMASOK AL ARABI EST
P O BOX 384 HAWALLI
KUWAIT 32004
TEL:2451152

غرفة التجارة العربية الأمريكية
NATIONAL U.S.-ARAB CHAMBER OF COMMERCE
WASHINGTON, D.C.
NORTHEAST OFFICE
NEW YORK, NEW YORK
APR 12 1999

SHIP TO: SAME
TERMS : CIF KUWAIT
COUNTRY OF ORIGIN: USA
VESSEL: DRAGOER MAERSK V.9903
PORT OF LOADING/EXPORT: NEW YORK-USA
CONTAINER NO. BENU 232656-0
SEAL NO. 93059
COUNTRY OF FINAL DESTINATION:KUWAIT

Authorized Signature

MARITIME CHAMBER OF COMMERCE SEAL

MANUFACTURERS:
SEAGATE TECHNOLOGY, 920 DISC DRIVE, SCOTTS VALLEY, CA 95066

THIS TO CERTIFY THAT ALL THE MERCHANDISE IN THE INVOICE AND THEIR COMPONENTS ARE FROM US ORIGIN AND MADE BY SEAGATE TECHNOLOGY.

20 CRATES – EACH CRATE CONTAINING 100 HARD DRIVES
TOTAL : 2000 HARD DRIVES ( SEAGATE SCSI ST118273N 18.2 GB BARRACUDA )
WEIGHT: EACH HARD DRIVE WEIGHS 2.2 LBS OR 1 KG
GROSS WEIGHT : 7200 LBS
EXPORT CONTROL CLASSIFICATION NUMBER : NLR-4A994

PRESIDENT
NEEWRA INCORPORATED

RONALD J. WIENER
Notary Public, State of New York
No. 30-[illegible]
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires April 30, [illegible]

MARITIME CHAMBER OF COMMERCE, INC.
RECOGNIZED CHAMBER OF COMMERCE
NEW YORK STATE

OUTGOING

# BANCO POPULAR DE PUERTO RICO

INTERNATIONAL DEPT., 7 WEST 51 STREET
NEW YORK, N.Y. 10019

CABLE ADDRESS: BANPOPULAR
TELEX NO: 224668

DATE: 05/11/99

REFER BY THIS NO. • OUR COLLECTION NUMBER: 99-13132

| DOCUMENTS AGAINST | REMITTER'S REF. AND DATE | DRAFT | INS. CERT. | COM. INV. | CON. INV. | MISC. | MATURITY DATE: SIGHT AMOUNT |
|---|---|---|---|---|---|---|---|
| PMT | | 1 | 1 | 1 | 2/6 | 1 | $1,860,000.00 |

PAK/L   B/L

TENOR

B/L OR AWB NO. AS PER SS: B/L NO. NYC688479 ON BOARD 05/05/99 CONSIGNED TO AL TAMASOK AL ARABI EST

DRAWN BY: AL TAMASOK AL ARABI EST.

DRAWN ON: THE GULF BANK OF KUWAIT S.A.K.

| | | | | | |
|---|---|---|---|---|---|
| CABLE | XX | NON ACCEPTANCE / NON PAYMENT | ACCEPTANCE / PAYMENT | PROTEST | NON ACCEPTANCE / NON PAYMENT |
| CHARGES | | MAY WAIVE / DO NOT WAIVE | ALL FOR ACCT. OF DRAWEE | ALSO COLLECT THE FOLLOWING CHARGES: OURS $ 100.00 REMITTERS' $ | |

REMITTERS ▶ BANCO POPULAR
INTERNATIONAL DEPT., 7 WEST 51 ST.
NEW YORK, N.Y. 10019

ACCOUNTEE ▶

DISPOSITION

MAIL TO: THE GULF BANK OF KUWAIT S.A.K.
P.O. BOX 3200 SAFAT
KUWAIT 13032

Gentlemen:

We enclose for collection and remittance to us the documents relative to the item described hereon and unless otherwise instructed we await your reply to the following as applicable.

If time item, advise us acceptance giving maturity date.

If U.S. dollar sight item, including matured item:
Remit payment by prime bankers check unless otherwise instructed below.

If other currency item:
Remit in U.S. dollars at the best possible rate, unless otherwise instructed below.

IF THIS ADVICE MAILED TO DRAWEE (BUYER): PLEASE PICK UP THE DOCUMENTS AT OUR BRANCH AGAINST PAYMENT OR ACCEPTANCE AS STATED ABOVE.

SPECIAL INSTRUCTIONS OR REMARKS:

DELIVER DOCUMENTS AGAINST PAYMENT.

* REMIT PROCEEDS THROUGH YOUR CORRESPONDENT BANK IN NEW YORK FOR FURTHER CREDIT TO BANCO POPULAR ABA NO. 026-008811. KINDLY QUOTE OUR REF# 99-13132.

THIS COLLECTION IS SUBJECT TO THE UNIFORM RULES FOR THE COLLECTION OF COMMERCIAL PAPER, INTERNATIONAL CHAMBER OF COMMERCE BROCHURE NO. 322.

DUPLICATE COLLECTION LETTER OR ADVICE TO DRAWEE

51 005 (8/86)