# NEEWRA INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

5/12/1999

TO : LAWRENCE M. SESMER

THE GULF BANK IN KUWAIT IS LOCATED AT:

MUBARAKIA STREET,
KUWAIT CITY,
KUWAIT..

REGARDS
ARWEEN SAHNI

RECEIVED
INTERNATIONAL TRADE
DEPT
MAY 13 1999
BANCO POPULAR DE
PUERTO RICO, N.Y.
( ) A.M.  ( ✓ ) P.M.
3:33 PM



**THE GULF BANK**

ACKNOWLEDGEMENT OF ARRIVAL OF COLLECTION DOCUMENTS
------------------------------------------------

To:  BANCO POPULAR DE PUERTO RICO  
INTL DEPT. 7 WEST 51 STREET  
NEW YORK NY 10019  
U S A

Date: 16/05/1999  
Our Ref: IC/99/16716  
Tenor: Sight  

Due Date:

Bill Amount (USD)         1860000.000

Your Ref  : 99-13132  
dated     : 11/05/1999  
Drawee    : AL TAMASOK AL ARABI EST  
Drawer    : NEEWRA INC

Dear Sir,

We acknowledge receipt of the following collection documents subject to Uniform Rules I.C.C. Publication No.522 and our local conditions. Please note that all unaccepted drafts or unpaid bills will be returned to you one month after arrival of goods or maturity dates claiming charges unless we receive specific disposal instructions.

| Draft | Invoice | B/L | N/N B/L | Airway Bill | Health Cert | Ins Decl | Cert. of Orig | Cert re Vessel | Pack List | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 2 | 6 | | | | 1 | | 1 | |

LOCAL CONDITIONS:

1. It is customary for drawees to delay payment/acceptance of bills until the arrival and off-loading of the goods. It is then usual to allow drawees up to 14 days to arrange payment before advising our principals of non-payment/acceptance.
2. There are no facilities in Kuwait for warehousing storing or bonding goods. All goods are stored upon arrival in Customs and unless we are otherwise instructed, all those goods for which we hold documents of title are insured under our Open Cover against fire only. The premium charges if unpaid by the drawees are payable by the remitters.
3. There is no system of bonding. All "In Transit goods" are returned to the Country of Origin subject to clearance against payment of Customs Duty before reshipment.
4. We do not arrange for reshipment of goods.
5. As the local procedure is very lengthy and time consuming we do not protest bills for non-acceptance/non-payment. We therefore ignore your protest instructions (if any) which please note.

Yours faithfully,  
for The Gulf Bank K.S.C. - Kuwait

RECEIVED  
INTERNATIONAL TRADE DEPT.  
MAY 2 5 1999  
BANCO POPULAR DE PUERTO RICO N.Y.  
( ) A.M. ( ) P.M.

Mubarak Alkabir Street, P.O. Box 3200 Safat, 13032 Kuwait. Tel.: 2449501 - Telex: 22001/22783 GULFBK KT. Fax: 2445212/2446126

# NEEWRA INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

---

6/1/1999

TO : LAWRENCE M. SESMER - BANCO POPULAR

DEAR SIR,

PLEASE FIND OUT WHY THE PAYMENT FROM KUWAIT HAS NOT YET ARRIVED. PLEASE FAX ME THE OUTCOME.

THANK YOU
ARWEEN SAHNI

```
MESSAGE SENT  6/01/1999 16:32:14 TELEX PORT 1.              Ref: 192

MCI TELEX GA ?95922001+
0018271 1628 06/01

GULFBK 22001 KT
GA TEXT ?

224668BPOPUR


_____

TO:   GULF BANK OF KUWAIT, SAFAT, KUWAIT
FROM: BANCO POPULAR, NEW YORK
ATTN: DOCUMENTARY COLL DEPT

DATE: JUNE 01, 1999

U R G E N T

REF:  OUR COLL:99-13132
      YOUR COLL:IC/99/16716

DOCUMENTS FOR USD1,860,000.00 DRAWN BY AL TAMASOK AL ARABI EST.
KINDLY PROVIDE US WITH STATUS REPORT ON THE ABOVE REFERENCE
COLLECTION PRESENTED TO YOU ON MAY 11, 1999.

YOUR PROMPT ATTENTION TO THIS MATTER IS APPRECIATED.

BEST REGARDS
INTL DEPT


GULFBK 22001 KT
LLLL
001.8 MIN
```

```
AGE RCVD   6/02/1999 11:02:46 INBOUND PORT 1              Ref: 202

68BPOPUR

1059 06/02
?( 22001 KT
 2, 1999
NO.15.02

O POPULAR DE PUERTO RICO
YORK

  INTL DEPT.

  COLL NO. 99 13132
  REF. IC99/16716

  TLX DTD 1 JUNE 99 REFERS

MENTS REMAINS UNPAID WITHOUT RESPONSE
 DRAWEES. UNPAID DOCUMENTS HELD YOUR
OSAL AWAITING YOUR FURTHER DISPOSAL
RUCTIONS.

IT OUR A/C 36055062 WITH CITIBANK
ORK WITH USD.35/- BEING
XCOST UNDER ADVICE TO US.

RDS
 BANK KSC KUWAIT
ERCIAL SERVICES - COLLECTIONS

68BPOPUR
```

Exhibit E

Exhibit F

# NEEWRA INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

6/2/1999

TO : LAWRENCE M. SESMER

I HAVE READ THE TELEX FROM GULF BANK IN KUWAIT.
WAIT ANOTHER WEEK, AND IF THERE IS STILL NO RESPONSE FROM THE PARTY IN KUWAIT, GET THE DOCUMENTS BACK.
YOU CAN DEBIT THE ACCOUNT OF NEEWRA INCORPORATED FOR CHARGES INCURRED BY GULF BANK AS WELL AS BANCO POPULAR.

THANK YOU
ARWEEN SAHNI

Exhibit E

Exhibit F

```
3AGE SENT   6/09/1999 13:58:45 TELEX PORT 1              Ref: 237

 TELEX GA ?95922001+
;311 1354 06/09

FBK 22001 KT
TEXT ?

,68BPOPUR
```

---

```
   THE GULF BANK OF KUWAIT, SAFAT, KUWAIT
1: BANCO POPULAR, NEW YORK
1: DOCUMENTARY COLL DEPT

:: JUNE 09, 1999

   OUR COLL:99-13132
   YOUR COLL:IC/99/16716

IMENTS FOR USD1,860,000.00 DRAWN BY AL TAMASOK AL ARABI EST.
'ER DRAWER'S INSTRUCTIONS KINDLY RETURN DOCUMENTS TO US VIA
:IER ATTN:INTERNATIONAL DEPT. WE WILL REIMBURSE ANY EXPENSE
IRRED BY YOU.

: PROMPT ATTENTION TO THIS MATTER IS APPRECIATED.

   REGARDS
   DEPT

BK 22001 KT
L
.8 MIN
```

Exhibit E

Exhibit F

بنـك الخـليـج
THE GULF BANK

BY DHL

June 10, 1999

Banco Popular De Puerto Rico
Intl Dept. 7 West 51 Street
New York NY 10019
USA

RECEIVED
INTERNATIONAL TRADE
DEPT.

JUN 1 4 1999

BANCO POPULAR DE
PUERTO RICO, N.Y.
( ) A.M.   ( ) P.M.

Attn: Intl Dept - Documentary Collections Dept

Dear Sirs,

Re Your Ref. 99-13132
   Bill for USD.1860000/-
   Drawer: Neewra Inc
   Our ref. IC99/16716

Please refer to your telex message dated 9 June 99 and as requested we return herewith unpaid documents relating to above collection to our complete discharge.

Kindly acknowledge receipt and arrange to credit our account No.36055062 with Citibank Newyork with USD.2467/- being our total handling, DHL Courier and telex charges under advice to us quoting our ref. IC99/16716

Yours faithfully
For THE GULF BANK KSC KUWAIT

AUTHORISED SIGNATURE

ENCL:Draft 1, Inv.1, B/L 2, B/L NN 6, Cert. Origin 1, P/List 1

cc: Al Tamasok Al Arabi Est
    P O Box 384
    Hawalli 32004 Kuwait

Exhibit E

Exhibit F

```
SAGE SENT   6/25/1999 15:54:01 TELEX PORT 1                    Ref: 307

 TELEX GA ?95922001+
 956 1549 06/25

 BK 22001 KT
 EXT ?

 68BPOPUR
```

```
THE GULF BANK OF KUWAIT, SAFAT, KUWAIT
: BANCO POPULAR, NEW YOK

:  JUNE 25, 1999

CKNOWLEDGE RECEIPT OF DOCUMENTS UNDER OUR COLLECTION 99-13132
YOUR REF. IC99/16716.

OTICE THAT YOUR CHARGES ARE HIGHER THAN ANY LOCAL BANK IN THE
ED STATES, FOR THIS REASON WE REQUEST FROM YOU A BREAKDOWN OF
YOUR CHARGES UNDER THIS COLLECTION VIA TELEX.

 REGARDS,
 TRADE DEPT.

BK 22001 KT
L
.6 MIN
```

Exhibit E

Exhibit F

```
SAGE RCVD  6/30/1999  9:37:15 INBOUND PORT 1              Ref: 314

568BPOPUR

 0931 06/30
!?( 22001 KT


  NO.160.27,
 27, 1999.

:O POPULAR DE PUERTO RICO
 YORK

I INTL DEPT.

! COLL NO. 99 13132
'S FOR USD.1,860,000/-
 REF. IC99/16716

   REFERENCE TO YOUR TLX MSG OF 25 JUNE 99
 AS REQUESTED WE GIVE BELOW THE BREAKDOWN
 UR CHARGES CLAIMED UNDER SUBJECT COLLECTION

 ISSION - AT .00125    .........   USD.2325/00
 AGE                   .........   USD.   9/80
 COURIER CHARGES       .........   USD.  97/20
 CHARGES OF 2.6.99     .........   USD.  35/00
                                   ...........
          TOTAL        .........   USD.2467/-
 .............
 RDINGLY KINDLY ARRANGE TO CREDIT OUR A/C
 5055062 WITH CITIBANK NEWYORK WITH
 2467/- BEING OUR TOTAL CHARGES AS STATED
 E UNDER ADVICE TO US QUOTING OUR
  IC99/16716

 RDS
  BANK KSC KUWAIT
 ERCIAL SERVICES - COLLECTIONS


 BBPOPUR

 K 22001 KT**
```

Exhibit E

Exhibit F

# NEEWRA INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

6/29/99

TO : DANILLO DEFILLO

I HAVE RECEIVED THE DOCUMENTS FROM VILMA. THANK YOU

I HAVE INSTRUCTIONS TO SEND THE DOCUMENTS TO AL AHLI BANK – KUWAIT
BUT I DO NOT WANT TO LOSE ANY MONEY IF THE COLLECTION IS UNSUCCESSFUL.
I WILL THE PAY THE BANCO POPULAR CHARGES BUT THE BANK IN KUWAIT WILL
DEDUCT THEIR CHARGES FROM THE PROCEEDS FROM COLLECTION.IF THE COLLECTION
IS UNSUCCESSFUL THEN AL AHLI BANK WILL NOT RECEIVE ANY MONEY.
PLEASE CONTACT AL AHLI BANK AND ASK THEM IF THEY ACCEPT THESE TERMS.
IF THEY DO THEN I WILL GO AHEAD.

AWAITING YOUR REPLY
THANK YOU
ARWEEN SAHNI

Exhibit E

Exhibit F

"E"

# MCAC  MARINE CERTIFICATE OF INSURANCE

In correspondence refer to all letters and numbers
POL. NO. 080019
DIVISION CODE:
CTF. NO. OC 108144

NJ200828

## THE CONTINENTAL INSURANCE COMPANY (A NEW HAMPSHIRE CORPORATION)

$ 1,860,000.00                           NEWARK, NJ    MARCH 4TH    19 99
AMOUNT                                   PLACE              DATE

This Certifies that  NEEWRA INCORPORATED ------------------------------------ is insured under and
subject to the conditions of Open Policy No.  080019                          of the above named Company
in the sum of  ONE MILLION EIGHT HUNDRED SIXTY THOUSAND ONLY --------  U.S. Dollars
On  1x20' STD. CONTAINER, S.T.C.: 20 WOODEN CRATES OF ELECTRICAL SPARE PARTS.
    CONTAINER NO. BENU232656-0, SEAL NO. 93059

Valued at amount insured. Shipped per  VESSEL: DRAGOER MAERSK V.9903
At and from   NEW YORK

to            KUWAIT                                                                              or order
Loss, if any, payable to  NEEWRA INCORPORATED 4018 HAMPTON ST. ELMHURST, N.Y. 11373

upon surrender of this Certificate, which conveys the right of collecting any such loss as fully as if the property were covered by a special policy direct to the holder hereof, and free from any liability for unpaid premiums. This Certificate is subject to all the terms of the Open Policy, provided, however, that the right of a bona fide holder of this Certificate for value shall not be prejudiced by any terms of the Open Policy which are in conflict with the terms of this Certificate.

This Certificate is not valid unless Countersigned by a duly Authorized
Representative of the Company or the Assured.

Countersigned:
By ALI AELAEI / NEWARK, N.J.         John P. Mascotto         Martin D. Heller
   AMERICAN EXPORT LINES                  President                 Secretary

### Special Conditions and Marks and Numbers

Average Terms and Conditions:
ON DECK and subject to an ON DECK Bill of Lading which must be so declared by the Assured: Free of Particular Average unless caused by the vessel being stranded, sunk, burnt, on fire, or in collision, but including jettison and/or washing overboard irrespective of percentage.
Except while subject to an ON DECK Bill of Lading:
Insured Against All Risks of physical loss or damage from any external cause, but excluding:
1. The risks excepted by the F.C. & S. Warranty and the S.R. & C.C. Warranty incorporated in the conditions of this policy;
2. Inherent vice and/or gradual deterioration;
3. Claims for or consequent upon detainment, delay, loss of time or loss of market, whether arising from a peril insured against or otherwise.

         *** ALL RISKS COVERAGE ***

         " WAR RISK INSURANCE EXCLUDED "

         * SUBJECT TO A DEDUCTIBLE OF $750.00 *

INCLUDING THE RISKS OF WAR, STRIKES, RIOTS AND CIVIL COMMOTIONS IN ACCORDANCE WITH AMERICAN INSTITUTE CLAUSE CURRENT ON DATE OF ISSUANCE OF THIS CERTIFICATE.

SUBROGATION AND IMPAIRMENT OF RECOVERY: It is a condition of this insurance that upon payment of any loss the Company shall be subrogated to all rights and claims against third parties arising out of such loss. In case of any agreement or act or omission by the Assured, prior or subsequent hereto, whereby any right of recovery of the Assured for loss of or damage to any property insured hereunder, against any Carrier or Bailee, is released, impaired or lost, which would on acceptance of abandonment or payment of a loss by this Company have inured to its benefit but for such agreement or act of omission; this Company shall not be bound to pay any loss, but its right to retain or recover the premiums shall not be affected.

Suit: No suit or action for the recovery of any claim arising under this Certificate shall be maintainable in any Court unless such suit or action shall have been commenced within two years from the date of the happening of the loss out of which the said claim arose: provided, however, that if, by the laws of State within which this Certificate is issued such limitation is invalid, then any such claim shall be void unless action is commenced within the shortest limit of time permitted by the laws of such State.

AMERICAN INSTITUTE CLAUSES: This insurance, in addition to the foregoing, is also subject to the following American Institute Cargo Clauses (Feb. 1949, except as indicated):

| WAREHOUSE TO WAREHOUSE | LABELS | INCHMAREE |
| MARINE EXTENSION CLAUSES (April, 1943) | MACHINERY | BOTH TO BLAME |
| CRAFT, ECT. | GENERAL AVERAGE | CONSTRUCTIVE TOTAL LOSS |
| DEVIATION | EXPLOSION | CARRIER |
| WAREHOUSING & FORWARDING CHARGES, | SHORE | NUCLEAR EXCLUSION (STORAGE RISKS) (APRIL, 1961) |
| PACKAGES TOTALLY LOST LOADING | BILL OF LADING, ECT. | SOUTH AMERICAN ENDORSEMENT (DEC., 1948) |

PARAMOUNT WARRANTIES: THE FOLLOWING WARRANTIES SHALL BE PARAMOUNT AND SHALL NOT BE MODIFIED OR SUPERSEDED BY ANY OTHER PROVISION INCLUDED HEREIN OR STAMPED OR ENDORSED HEREON UNLESS SUCH OTHER PROVISION REFERS SPECIFICALLY TO THE RISKS EXCLUDED BY THESE WARRANTIES AND EXPRESSLY ASSUMES THE SAID RISKS:

F.C. & S. WARRANTY: Notwithstanding anything herein contained to the contrary this insurance is warranted free from (a) capture, seizure, arrest, restraint, detainment, confiscation, preemption, requisition or nationalization, and the consequences thereof or any attempt thereat whether in time of peace or war and whether lawful or otherwise; (b) all loss, damage or expense, whether in time of peace or war caused by (i) any weapon of war employing atomic or nuclear fission and/or fusion or other radioactive force of matter or (ii) any mine or torpedo; (c) all consequences of hostilities or warlike operations (whether there be a declaration of war or not). But this warranty shall not exclude collision or contact with rockets or similar missiles (other than weapons of war) with any fixed or floating object (other than a mine or torpedo), standing, heavy weather, fire or explosion unless caused directly (and independently of the nature of the voyage or service which the vessel concerned or, in the case of a collision any other vessel involved therein, is performing) by a hostile act by or against a belligerent power; and for the purposes of this warranty "Power" includes any authority maintaining naval, military or air forces in association with a power; (d) the consequences of civil war, revolution, rebellion, insurrection, or civil strife arising therefrom; or from the consequences of the imposition of martial law military or usurped power; or piracy.

S.R. & C.C. WARRANTY: Notwithstanding anything herein contained to the contrary this insurance is warranted free from loss, damage or expense caused by or resulting from: (1) strikes, lockouts, labor disturbances, riots, civil commotions, or the acts of any person or persons or taking part in any such occurrences or disorders; (2) vandalism, sabotage or malicious act, which shall be deemed also to encompass the act or acts of one or more persons, whether or not agents of a sovereign power, carried out for political, terroristic or ideological purposes and causing or resulting therefrom is accidental or intentional.

DELAY CLAUSE: Warranted free of claim for loss of market or for loss, damage or deterioration arising from delay whether caused by a peril insured against or otherwise, unless expressly assumed in writing hereon.

WM 4102 SF        In case of loss or damage, please follow IMPORTANT Instructions on reverse side of this Certificate.

Exhibit F

# IMPORTANT

Any loss or damage must be promptly reported to one of the below listed offices which will arrange on your behalf for survey and will adjust the claim in accordance with the terms and conditions of the policy, or other acceptable evidence of insurance.

File preliminary claim immediately in writing against all Carriers and other parties in whose custody the loss or damage may have occurred.

NOTE: FAILURE TO PRESERVE ALL RIGHTS AGAINST PARTIES RESPONSIBLE FOR LOSS OR DAMAGE WILL PREJUDICE YOUR CLAIM AGAINST THESE ASSURERS.

Upon taking delivery of a shipment which is believed to be damaged or short weight, also request immediate survey by Carrier, and on receipting, note upon the receipt the exact condition of shipment as received. If Carrier will not deliver unless clean receipt is given, file immediate written protest with the Carrier describing condition of shipment as received and holding Carrier for any loss that may be disclosed by survey. Container and contents should be preserved in condition received until survey completed, unless further damage would result.

To facilitate adjustment of loss, promptly collect at least the following documents: Survey Report, "Certificate of Condition" (when issued by port or terminal authority or Carrier), copy of written claim upon Carriers, and their reply (when available), Carriers' written confirmation of any non-delivery, original and duplicate Insurance Policy, Ocean Bills of Lading, Transshipment Bills of Lading, Air, Rail or other Inland Freight Waybills, shipper's invoice with packing specifications or weight note attached. Additional documentation may be required.

If claim is presented abroad, exchange will be the rate current on date of settlement. Claim, if any, under this policy may be collected upon its presentation, duly endorsed, together supporting documentation, through the offices of the following settling agents ("claim agents"):

| | | | |
|---|---|---|---|
| **AUSTRALIA** | **HONG KONG** | **NETHERLANDS** | **SWEDEN** |
| Melbourne — MOAC Australasia, Ltd. | Wanchai — Marine Office of Asia Corp. (HK) Ltd. | Amsterdam — Moes & Caviet Assuradeuren | Stockholm — Lindahl & Collin A.B. |
| Sydney — MOAC Australasia, Ltd. | **INDIA** | Rotterdam — A.C. Fraser & Co. | Gothenburg — Lindahl & Collin A.B. |
| Perth — MOAC Australasia Ltd. | Bombay — F.E. Hardcastle & Co. (Private) Ltd. | **NEW ZEALAND** | **SWITZERLAND** |
| **AUSTRIA** | Calcutta — F.E. Hardcastle & Co. (Private) Ltd. | Wellington — Dominion Adjusters Limited | Neuchatel — Commissariat D'Avaries, (Transport) S.A. |
| Vienna — Gellatly Hanky Marine Services | Cochin — Peirce Leslie India Limited | **NORWAY** | **THAILAND** |
| **BELGIUM** | Madras — T.A. Taylor & Co., (MADRAS) Private Ltd. | Oslo — Wesmans A/S | Bangkok — Bangkok Insurance Co., Ltd. |
| ANTWERP — Van Peborgh & Co. | **INDONESIA** | **PAKISTAN** | **TRINIDAD & TOBAGO (Windward Islands)** |
| **BRAZIL** | Jakarta — P.T. Asuransi Jasa Indonesia | Karachi — James Finlay P.L.C. | Port of Spain — N.J. Gransaull & Co., Ltd. |
| Sao Paulo — Inter-Continental Seguradora, S.A. | **ISRAEL** | **PEOPLES REPUBLIC OF CHINA** | **Turkey** |
| **BURMA** | Haifa — Surdan (Agencies 1980) Ltd. | Beijing — The People's Insurance Co., of China | Istanbul — Visan Mumessilik Va Ticaret A.S. |
| See SRI LANKA | Tel Aviv — Surdan (Agencies 1980) Ltd. | **PERU** | **UNITED KINGDOM** |
| **CHINA** | **ITALY** | Lima — Peroxjes Peruanos S.R. Ltda. | London — MOAC UK, Ltd. |
| See PEOPLE'S REPUBLIC OF CHINA | Milan & all of Italy — MOAC Italia SPA | **PHILLIPPINES** | **URUGUAY** |
| **COLOMBIA** | **JAMAICA** | Manila — Malayan Insurance Company, Inc. | Montevideo — John R. Ayling & Son |
| Bogota — Mollercol Ltda. | Kingston — R.S. Gamble & Son Ltd. | **PORTUGAL** | **VENEZUELA** |
| **DENMARK** | **JAPAN** | Lisbon — James Rawes E Co., LDA | Caracas — W. Moller C.A. |
| Copenhagen — Jansen & Co | Tokyo — Tokyo Average Adjusting Office Ltd. | Oporto — Rawes (Peroxjes) Ltda. | |
| **ENGLAND** | **KENYA** | **PUERTO RICO** | |
| See UNITED KINGDOM | Mombasa — Toplis & Harding Kenya Ltd. | San Juan — Anglo-Puerto Rican Insurance Corp. | |
| **FINLAND** | **KOREA** | **SINGAPORE** | |
| Helsinki — OY Lars Krogius & Co AB | Seoul — International Inspection & Testing Corp. | Singapore — MOAC Insurance Managers (S) PTE Ltd. | |
| **FRANCE** | Inchon — International Inspection & Testing Corp. | **SOUTH AFRICA** | |
| Paris — C.E.S.A.M | Pusan — International Inspection & Testing Corp. | Cape Town — Rennie Murray & Co., (PTY) Ltd. | |
| Bordeaux — C.E.S.A.M. A Bordeaux | **LEBANON** | Durban — Rennie Murray & Co., (PTY) Ltd. | |
| Havre — C.E.S.A.M. Au Havre | Beirut — J.V. Debourgo & Son | Johannesburg — Rennie Murray & Co., (PTY) Ltd. | |
| Lyon — C.E.S.A.M. a Lyon | Tripoli — J.V. Debourgo & Son | Port Elizabeth — Rennie Murray & Co., (PTY) Ltd. | |
| Marseille — C.E.S.A.M. a Marseille | **MALAYSIA** | **SPAIN** | |
| Nantes — C.E.S.A.M. a Nantes | Kuala Lumpur — Mayban Assurance Berhad | Barcelona — Sun Alliance S.A. | |
| **GERMANY** | **MALTA** | Bilbao — Sun Alliance S.A. | |
| Hamburg — Burmester Dunckner & Joly | Valetta — O.F. Gollcher & Son | Madrid — Sun Alliance S.A. | |
| **GIBRALTAR** | **MOCAMBIQUE** | Malaga — Sun Alliance S.A. | |
| Gibraltar — Smith, Imossi & Co., Ltd. | Maputo — Manica Freight Services (MOC) SARL | **SRI LANKA (CEYLON)** | |
| **GREECE** | Beira — Manica Freight Services (MOC) SARL | Colombo — Delmege, Forsyth & Company, Ltd. | |
| Athens — M T C Company S.A. | | | |

If loss or damage is discovered at a port or place which is not near to an office listed above, then consignee should apply for survey to the Correspondent of

**THE AMERICAN INSTITUTE OF MARINE UNDERWRITERS**

In the event no Correspondent of the American Institute of Marine Underwriters is available, apply for survey to the Lloyd's Agent, if nearer to such port or place. Then send survey report and documents for adjustment to the nearest office in your country listed above, or, if none be listed, to the Marine Office of America Corporation, 180 Maiden Lane, New York, 10038. fee must be paid by applicant, but may be included in any valid claim against these Assurers.

The laws of some countries require that a stamp be affixed to this policy within the prescribed periods in order to permit the payment of claims in such countries. Stamps are payable at Claimant's expense.

## MARINE OFFICE OF AMERICA CORPORATION



Exhibit F

## EXHIBIT F

### Document Index (Documents supplied by Ralph Gant/Windward Insurance)

Fax Windward to MOAC dated November 9, 1999
Enclosures thereto: (1) Declarations for March 1999 (2) B/L copy

Letter Ralph Gant to Freehill Hogan dated November 8, 1999

Letter Ralph Gant to Continental Insurance dated November 8, 1999

Fax Maersk Kuwait to Maersk NJ dated August 2, 1999

Fax Maersk Kuwait to Maersk NJ dated July 28, 1999

Letter Neewra Inc. to Maersk dated July 19, 1999

Incorporation document (Al Tamasok) – with Translation

Fax Banco Popular to Neewra Inc. dated June 30, 1999
Enclosure thereto: Telex Gulf Bank to Banco Popular dated June 27, 1999

Letter Al Tamasok to Neewra Inc. dated June 28, 1999

Letter Neewra Inc. to Al Tamasok dated June 26, 1999

Collection Instructions from Banco Popular dated May 11, 1999

Copy Banco Popular Draft dated May 11, 1999
(with copy of reverse side)

Letter Neewra Inc. to Banco Popular dated May 10, 1999
Enclosures: (a) Certificate of Origin, (b) Packing and Weight List, (c) Commercial Invoice

Letter Neewra Inc. to AEL dated April 27, 1999

Letter Al Tamasok to Neewra Inc. dated April 25, 1999

Letter Jefron to Neewra Inc. dated April 15, 1999

Invoice AEL to Neewra dated March 3, 1999

Invoice Micro-Spy Inc. to Neewra dated February 25, 1999

Letter Al Tamasok to Neewra Inc. dated February 3, 1999

Case 1:05-cv-04356-CM   Document 134-6   Filed 03/30/07   Page 14 of 20   "F"

```
NOV.10.1999   2:19PM    MCAC SAN FRANCISCO      WINDWARD INSURANCE          NO.841    P.6
11/09/1999   16:20    562-491-7330                                                    PAGE 01
```

## Windward Insurance

**Fax Cover**   This is a confidential message, intended solely for the person to whom it is addressed. If you receive this message in error, please forward it to the correct person, or mail it back to us. Thank you.

| | |
|---|---|
| To | Terry / MOAC |
| Fax No. | 415-733-6138 |
| From | W. Gray Slay |
| Date/Time | 11/9/99 at 2:09PM |
| Subject | New Claim under certificate 108144 |
| | Neewra incorporated |
| Pages | 5, including this one |

Good afternoon,

Here is the information we have available for this shipment. It appears that we were faxed a copy of the B/L with the insured amount to obtain approval for this shipment.

Look forward to your earliest update on this matter.

Best regards....

600 E. Ocean Blvd.
Suite 400
Long Beach CA 90802-5012
562-491-7333
562-491-7330 Fax
Windward_Insurance@msn.com
CA Insurance License: 0809244

# WINDWARD INSURANCE SERVICES

*"Cargo Insurance Specialists"*

MERICAN EXPORT LINES INC
50 FRELINGHUYSEN AVENUE
EWARK, NJ 07114

INVOICE NO.: 2577        TERMS: NET 20 DAYS        CLASS: MARINE CARGO        DATE: 05-Apr-99        POLICY #: OMC-080019

| ERT # | YOUR REF # | SHIPPIN DATE | INSURANCE AMOUNT | WAR RATE | MARINE RATE | COD | DOMESTIC | OCEAN INBOUND | OCEAN OUTBOUN | AIR INBOUND | AIR OUTBOUN | WAR TOTAL | PREMIUM TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108143 | NJ200825 | 03-02-99 | 60,000.00 | 0.0000 | 0.1500 | 4 | 0.00 | 0.00 | 0.00 | 0.00 | 90.00 | 0.00 | 90.00 |
| 108144 | NJ200828 | 03-04-99 | 1,860,000.00 | 0.0000 | 0.2000 | 2 | 0.00 | 0.00 | 3720.00 | 0.00 | 0.00 | 0.00 | 3720.00 |
| 108145 | NJ200833 | 03-05-99 | 21,557.00 | 0.0000 | 0.2000 | 2 | 0.00 | 0.00 | 43.11 | 0.00 | 0.00 | 0.00 | 43.11 |
| 108146 | NJ200851 | 03-15-99 | 45,000.00 | 0.0000 | 0.1500 | 4 | 0.00 | 0.00 | 0.00 | 0.00 | 67.50 | 0.00 | 67.50 |
| 108147 | NJ200855 | 03-11-99 | 23,477.00 | 0.0000 | 0.9500 | 2 | 0.00 | 0.00 | 223.03 | 0.00 | 0.00 | 0.00 | 223.03 |
| 108148 | NJ200855 | 03-18-99 | 47,498.13 | 0.0000 | 0.2000 | 2 | 0.00 | 0.00 | 94.99 | 0.00 | 0.00 | 0.00 | 94.99 |
| 108149 | NJ200871 | 03-25-99 | 50,000.00 | 0.0000 | 0.1500 | 4 | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 | 0.00 | 75.00 |
| 108150 | NJ200880 | 03-29-99 | 5,000.00 | 0.0000 | 0.9500 | 2 | 0.00 | 0.00 | 47.50 | 0.00 | 0.00 | 0.00 | 47.50 |
| 108151 | NJ200891 | 03-28-99 | 20,000.00 | 0.0000 | 0.1500 | 4 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | 0.00 | 30.00 |
| 108152 | NJ200882 | 03-25-99 | 100,000.00 | 0.0000 | 0.1200 | 2 | 0.00 | 0.00 | 120.00 | 0.00 | 0.00 | 0.00 | 120.00 |
| 108153 | NJ200878 | 05-23-99 | 22,000.00 | 0.0000 | 0.2000 | 2 | 0.00 | 0.00 | 44.00 | 0.00 | 0.00 | 0.00 | 44.00 |
| 108154 | NJ200878 | 03-26-99 | 8,000.00 | 0.0000 | 0.1500 | 4 | 0.00 | 0.00 | 0.00 | 0.00 | 12.00 | 0.00 | 12.00 |
| 108155 | NJ200890 | 03-29-99 | 225,000.00 | 0.0000 | 0.2000 | 2 | 0.00 | 0.00 | 450.00 | 0.00 | 0.00 | 0.00 | 450.00 |
| 108156 | NJ200891 | 03-30-99 | 110,000.00 | 0.0000 | 0.1500 | 2 | 0.00 | 0.00 | 165.00 | 0.00 | 0.00 | 0.00 | 165.00 |
| COLUMN TOTALS: | | | | | | | 0.00 | 0.00 | 4907.64 | 0.00 | 274.50 | 0.00 | 5182.14 |

PLEASE RETURN DUPLICATE INVOICE WITH REMITTANCE

TOTAL MARINE PREMIUM:          5182.14
TOTAL WAR PREMIUM:             0.00
TOTAL PREMIUM DUE:             $5,182.14

PAID APR 26 1999

California Insurance License Number: 0809244
600 E. Ocean Blvd., Suite 400   Long Beach, CA 90802-5012
Telephone: 562-491-7333   Facsimile: 562-491-7330

```
       NOV.10.1999   2:21PM    MOAC SAN FRANCISCO    WINDWARD INSURANCE       NO.841    P.10   05
       11/09/1999   16:20    562-491-7330
       03/28/99    18:38    AMERI_ EXPORT LINES → 562 491 7333                          NO.14   P01
```

# MAERSK LINE — COMBINED TRANSPORT BILL OF LADING

**Shipper/Exporter:**
NEEWRA INCORPORATED
116 HAMPTON STREET
ELMHURST, NEW YORK 11373

**Booking No.:** BOOKING# 000303764

**Export Ref:** REF: NJ200828

**Consignee:**
AL TAMASOK AL ARABI EST
P.O. BOX 384 HAWALLI
KUWAIT 32004

**Forwarding Agent:**
INTERNATIONAL SHIPPING CO. (USA)   FMC# 3960
169 FRELINGHUYSEN AVE.
NEWARK, NEW JERSEY 07114   (973)824-2313

**Point and Country of Origin:** NEW JERSEY, U.S.A.

**Notify Party:**
SAME AS CONSIGNEE
TEL: 2451152

Handwritten note:
ATTN: CHRISTINE
FROM: ALI (AEL, NJ)
*VALUE: $60,000.00*

**Carriage by:** J.V.I. INTERNATIONAL
**Vessel/Voy No.:** DRAGOER MAERSK V.9903
**Port of Loading:** NEW YORK
**Place of Delivery:** KUWAIT

### PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE

| Container No. / Seal No. | No. of Containers | Kind of packages; description of goods | Gross Weight | Measurement |
|---|---|---|---|---|
| CONTAINER NO. REBU232656-0 | 1 | 20' STD. CONTAINER, S.T.C.: 20 WOODEN CRATES OF: ELECTRICAL SPARE PARTS. FREIGHT PREPAID | 7200 LBS 3266 KGS | 1035 CFT 29 CBM |
| SEAL NO. 93059 | | | | |

Handwritten: "20 pkt"

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

MAERSK LINE U.S. CUSTOMS CONTAINER BOND NO. NT 1056-20533

Number of Original Bs/L: **THREE (3)**

NOV.10.1999 2:18PM  MCAC SAN FRANCISCO   RALPH GANT          NO.841 P.4
11/05/1999 11:30  ...535...

Ralph A. Gant
Counselor at Law
39 East 79th Street
New York, New York 10021
Tel: 212-879-7853  Fax: 212-535-1663
Email: RGantLaw@aol.com

November 8, 1999

VIA FAX & U.S. MAIL

Maersk Inc.
c/o Eric Lenck, Esq.
Freehill Hogan & Mahar
80 Pine Street
New York, N.Y. 10005

RE: DRAGOER MAERSK – Voyage No. 9903 – One Container
    containing 20 Crates – Electrical Spare Parts
    Loaded at Newark, NJ – March 5, 1999 – Destination-Kuwait
    Invoice Value $1,860,000.

Gentlemen:

Kindly note that this office has been retained by Neewra Incorporated, the shipper of captioned cargo.

You have been previously advised that the shipment was delivered by you in Kuwait against a forged bill of lading. The full set of the valid bills of lading have been returned to us and are in our possession at this time.

Accordingly, we are hereby holding you responsible for all of our losses.

Please advise us if your investigation in Kuwait is continueing and the present status.

Very truly yours,

RAG/sd

cc. The Continental Insurance Company
    Neewra Incorporated

NOV.10.1999   2:18PM   MCAC SAN FRANCISCO   RALPH GANT   NO.841   P.2

Ralph A. Gant
Counselor at Law
39 East 79th Street
New York, New York 10021
Tel: 212-879-7853   Fax: 212-535-1663
Email: RGantLaw@aol.com

VIA FAX & U.S. MAIL     November 8, 1999

The Continental Insurance Company
180 Maiden Lane
New York, N.Y. 10038

Attention: Messrs. David Reed and Joseph Gamofome

      RE: POLICY NO. 080019 - Certif No. OC-10B144
          SS Dragoer Maersk - Voyage No. 9903
          Insured Value - $1,860,000.

Gentlemen:

Kindly note that this office has been retained by Neewra Incorporated, the shipper of captioned cargo.

As previously advised, the shipment was delivered in Kuwait against a forged bill of lading.

It is our understanding that the carrier is continueing its investigation.

In the meantime, as the insured has suffered a total loss, this letter constitutes a preliminary claim for the full insured value.

In due course, a formal claim will be filed and the results of the carrier's investigation will be furnished you.

                                Very truly yours,

RAG/sd
cc. Neewra Incorporated

```
08/02/99 19:58:52        MCS FAX->                              Page 001
```

A. P. MOLLER INC

# MAERSK INC.


MAERSK

TELEFAX

```
TO   : MAERSKLINE KWI/KWIMLA/,DOC                    Page 1 of 1
CC   : ATTN: ARWEEN SAHNI
FROM: MAERSK LINE/NAMFRCEXP/KJR
```

REFN: NAM25379 1999.08.02 15:49 EDT

/nam16424 - SECOND REQUEST

re: dragoer/9903 - b/l: nyc688479 - nwk/kwi - cntr: benu2326560
 shpr: neewra inc. / cnee: al tamasok al arabi est

shpr ours inquiring about wh  document surrendered at yours for
delivery. pls fax a copy if   ssible to namfrc fax (973) 514-5315.
or pls adivse details if a  nk guarantee such as name and address
of bank and posting party. pls advise soonest in order for us to
assit the shpr.