07/28/99 15:42:41          MCS FAX->                                    : ıge 001

A. P. MOLLER INC

# MAERSK INC.



MAERSK

## TELEFAX

TO  : MAERSKLINE KWI/KWIMLA/,DOC                          Page 1 of 1
CC  : ATTN: ARWEEN SAHNI
FROM: MAERSK LINE/NAMFRCEXP/KJR

REFN: NAM16424 1999.07.28 11:39 EDT

re: dragoer/9903 - b/l: nyc688479 - nwk/kwi - cntr: benu2326560
shpr: neewra inc. / cnee: al tamasok al arabi est

shpr ours inquiring about what document surrendered at yours for
delivery. pls fax a copy if possible to namfrc fax (973) 514-5315.
or pls adivse details if a bank guarantee such as name and address
of bank and posting party. pls advise soonest in order for us to
assit the shpr.

# NEEWRA
# INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

7/19/1999

TO : MAERSK LINE

WITH REFERENCE TO CONTAINER NUMBER BENU2326560

OUR DOCUMENTS HAVE BEEN RETURNED TO US BY OUR BANK UNPAID FROM KUWAIT.

PLEASE GIVE US THE DETAILS OF THE BANK GUARANTEE ( NAME OF THE BANK , THE ADDRESS OF THE BANK , AND THE PARTY THAT POSTED THE GUARANTEE ) GIVEN TO MAERSK LINE KUWAIT, SO THAT WE MAY PROCEED FURTHER IN OUR COLLECTION EFFORT. PLEASE REPLY BY FAX.

AWAITING YOUR REPLY
ARWEEN SAHNI
PRESIDENT



وزارة التجــارة والصنـاعة
إدارة التراخيص التجارية
( ترخيص بفتح محـــل )

| رقم الملف | تاريخ الانتهاء | تاريخ الاصدار | رقم الترخيص |
|---|---|---|---|
| ٢٨٤١٣ | ٢٠٠٠/١٢/٠٨ | ١٩٨٨/١٠/٢٩ | ٨٢/٢٩٠٢ |

بناء على قانون تراخيص المحلات التجارية رقم ٢٢/٦٩ وقانون التجارة رقم ٦٨/٨٠

**يرخص للسيد :** عادل محمود عباس بارون

**الجنسية :** كويتي

الرقم المدني : ٢٦٠١١٠٣٠٠٩٣٧

**لمزاولة** تجارة : تجارة عامة ومقاولات

**في محلة الكائـــن :**

**منطقة :** التجارية التاسعة                **قطعة :** ٠٠٠٩               **المبنى:** ١٢

**شـــــارع :**                الحل : مكتب ٨ بالدور الثالث

**ملك :** ش/الكويتيه الوطنيه للخدمات

**تحت الاسم التجاري :** مؤسسه التماسك العربي للتجاره العامه والمقاولات

**ورقم السجل التجاري :** ٣٦٥٢٧

مدير إدارة التراخيص التجارية                      وكيل وزارة التجارة والصناعة
د ـ ........ ـ

**ملاحظات :** تغيير العنوان
موافقة البلدية برقم ٣٤٣٣ بتاريخ ١٩٩٨/٠٦/١٤               بتاريخ ١٩٩٨/٠٦/١٥

[Translation from Arabic]
[John Alder File No. 99560]

[Seal of State of Kuwait]

Ministry of Trade and Industry
Commercial Licenses Department
(License to Open a Business)

[Seal:] Ministry of Trade and Industry, Commercial Licenses Department

License No.: 83/2902
Date of Issue: 10/29/1988
Date of Termination: 12/8/2000
File No.: 28313

Pursuant to Commercial Establishment Licensing Law No. 69/32 and Commercial Law No. 80/68

A License is granted to Mr.: Adil Mahmud Abbas Badun
Nationality: Kuwaiti, Civil Identification No.: 260110300927
To Conduct Business: General Business and Trade

In his existing establishment:
Organization: Ninth Commercial, Division: 0009, Building: 13
Street: Place of Business: Office 8, 3rd Floor
Ownership: Kuwaiti National [illegible]
Under Commercial Name: Al-Harbi General Business and Trade Holding Company
Commercial Register No.: 36527

Director of the Commercial Licenses Department
[Signature]

Deputy, Ministry of Trade and Industry
[Signature]

Comments: Change of Address
Authorization of the Municipality, No. 2423 on 6/14/1998
Date: 6/15/1998

E No. 741 06/30 '99 09:57 ID:BPPR INTERNATIONAL

## C O V E R

# FAX

## S H E E T

To: _Arueen Sahni_

_Neeusa Inc._

Fax #: _(718) 803-2801_

Subject: _Coll 99-13132_

Date: _6/30/99_

Pages: _2_ , including this cover sheet.

COMMENTS:

_* Breakdown received from Buff Bank_
_On above Collection number._
_Account will be debited today._

IF YOU DO NOT RECEIVE ALL THE COPY(IES) PLEASE CALL AS SOON AS POSSIBLE.

From the desk of .

DANILO DEFILLO
BANCO POPULAR
7 West 51st Street
New York, NY 10019

(212)445-1875
(212)245-4677

Notice

FILE No. 741 06/30 '99 09:57 ID:BPPR INTERNATIONAL                    PAGE 2

MESSAGE RCVD  6/30/1999   9:37:15  INBOUND PORT 1              Ref: 514

L24660BPOPUR

LUI 0931 06/30
27)'?( 22001 KT

AT
MSG.NO.160.27,
JUNE 27, 1999.

BANCO POPULAR OF PUERTO RICO
NEW YORK

ATTN INTL. DEPT.

YOUR COLL NO. 99 13132
CCTS FOR USD.1,860,000/-
CUR REF. LC99/16716

WITH REFERENCE TO YOUR TLX MSG OF 25 JUNE 99
AND AS REQUESTED WE GIVE BELOW THE BREAKDOWN
OF OUR CHARGES CLAIMED UNDER SUBJECT COLLECTION

COMMISSION - AT .001.25  .........  USD. 2325/00
POSTAGE                   .........  USD.    9/00
THL COURIER CHARGES       .........  USD.   97/20
TLX CHARGES OF 2.6.99     .........  USD.   35/00
                                     ...............
           TOTAL          .........  USD. 2467/-
...............
ACCORDINGLY KINDLY ARRANGE TO CREDIT OUR A/C
NO. 36055062 WITH CITIBANK NEWYORK WITH
USD. 2467/- BEING OUR TOTAL CHARGES AS STATED
ABOVE UNDER ADVICE TO US QUOTING OUR
REF. LC99/16716

REGARDS
GULF BANK KSC KUWAIT
COMMERCIAL SERVICES - COLLECTIONS

24660BPOPUR

GULFBK 22001 KT**

مؤسسه التماسك العربي للتجارة العامة والمقاولات

## AL-TAMASOK AL-ARABI EST.

P.O. Box 384 Hawalli, 32004 KUWAIT        Tel: 2451152-2409958 FAX: (00965) 2451152
E-mail: educate@ncc.moc.kw

June 28 1999

Mr. Sahni
Neewra Incorporated
New York
U S A

Dear Mr. Sahni

Received your fax of June 26
My boss Dr. adel Baroon is in italy.
He will be returning on July 15
I have no authority in the bank.
He is the only one who can will deal with this matter
Request you wait till he arrives and clear up everything.

Thanks

WAHEED BUTT

MANAGER

# NEEWRA INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

6/26/1999

TO : WAHEED BUTT AND / OR  DR. ADEL BAROON – AL TAMASOK AL ARABI EST

ORIGINAL DOCUMENTS HAVE BEEN RETURNED TO US BY OUR BANKERS UNPAID.
WE DEMAND PAYMENT IN FULL IMMEDIATELY.

ARWEEN SAHNI



# BANCO POPULAR DE PUERTO RICO
INTERNATIONAL DEPT., 7 WEST 51 STREET
NEW YORK, N.Y. 10019

CABLE ADDRESS: BANPOPULAR
TELEX NO.: 224668

| OUTGOING | | | |
|---|---|---|---|
| BRANCH REF. THIS NO. | | | |
| OUR COLLECTION NUMBER | Q9- 13132 | | |

| DATE | 05/11/99 |
|---|---|

PMT

DOCUMENTS AGAINST

TENOR

DRAWN ON:  THE GULF BANK OF KUWAIT S.A.K.

CABLE — NON ACCEPTANCE / NON PAYMENT

CHARGES — MAY WAIVE / DO NOT WAIVE

REMITTER'S REF. AND DATE

NYC668479 ON BOARD 03/05/99 CONSIGNED TO AL TAMASOK AL ARABI EST.
AL TAMASOK AL ARABI EST.

DRAWN BY:

DRAFT: IMPORT 1 COM INC 1 CANCEL 1   MISC. 1   B/L 1   P/L 2/6   SIGHT

AMOUNT $1,860,000.00

ACCEPTANCE — PAYMENT — ALL FOR ACCEPT. OF DRAWEE

PROTEST — NON ACCEPTANCE / NON PAYMENT

ALSO COLLECT THE FOLLOWING CHARGES
OURS $    REMITTER'S $
DUES $ 100.00  REMITTER'S $

DLCR & W B/NO. AS REF. B/L NO.

Gentlemen:

We enclose for collection and remittance to us the documents relative to the item described hereon and unless otherwise instructed we await your reply to the following as applicable.

If time item, advise us acceptance giving maturity date.
If U.S. dollar sight item, including matured item:
    Remit payment by prime bankers check otherwise instructed below.
If other currency item:
    Remit in U.S. dollars at the best possible rate, unless otherwise instructed below.   unless

IF THIS ADVICE MAILED TO DRAWEE (BUYER): PLEASE PICK UP THE DOCUMENTS AT OUR BRANCH AGAINST PAYMENT.
MENT OR ACCEPTANCE AS STATED ABOVE.

SPECIAL INSTRUCTIONS OR REMARKS:

DELIVER DOCUMENTS AGAINST PAYMENT.

*   REMIT PROCEEDS THROUGH YOUR CORRESPONDENT
    BANK IN NEW YORK FOR FURTHER CREDIT TO
    BANCO POPULAR ABA NO. 026-008811. KINDLY
    QUOTE OUR REF# 99-13132.

REMITTERS ▲ BANCO POPULAR
INTERNATIONAL DEPT., 7 WEST 51 ST.,
NEW YORK, N.Y. 10019

ACCOUNTEE ▲ THE GULF BANK OF KUWAIT S.A.K.
P.O. BOX 3200 SAFAT
KUWAIT 13032

DISPOSITION

THIS COLLECTION IS SUBJECT TO THE UNIFORM RULES FOR THE COLLECTION OF COMMERCIAL PAPER, INTERNATIONAL CHAMBER OF COMMERCE BROCHURE NO. 322.

ORIGINAL COLLECTION LETTER OR ADVICE TO DRAWEE

(14)

I/H043-18  B6



NEEWRA INCORPORATED
A/c # 731-066642
BANCO POPLAR

Pay to
ANY BANK, BANKER, OR TRUST COMPANY
Prior Endorsement Guaranteed
FOR COLLECTION

(Authorized Signature)
International Dept.
Banco Popular de Puerto Rico NY

# NEEWRA INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

MAY 10 1999

TO : LAWRENCE M. SESMER
BANCO POPULAR , NY 10019

PLEASE SEND THE ENCLOSED DOCUMENTS FOR COLLECTION IN KUWAIT.

CONSIGNEE:
AL TAMASOK AL ARABI EST.
P.O.BOX 384 HAWALLI
KUWAIT 32004
TEL. 965 2451152
CONTACT : MR. WAHEED BUTT

CONSIGNEE BANK:
THE GULF BANK OF KUWAIT S.A.K.
P.O.BOX 3200 SAFAT
KUWAIT 13032
HEAD OFFICE – KUWAIT CITY BRANCH
TEL.965 2449501
ACCOUNT NUMBER : 07636053

ENCLOSED  ARE
1. CERTIFICATE OF ORIGIN
2. BILL OF LADING
3. COMMERCIAL INVOICE
4. PACKING AND WEIGHT LIST

UPON ARRIVAL OF THE FUNDS PLEASE CREDIT ACCOUNT OF NEEWRA INCORPORATED
ACCOUNT NUMBER : 731 066642.

IF YOU NEED ANY FURTHER INFORMATION PLEASE CALL ME OF FAX ME

THANK YOU

ARWEEN SAHNI
PRESIDENT

10

# CERTIFICATE OF ORIGIN

| | |
|---|---|
| **PORTER** *(Principal or seller-licensee and address including ZIP Code)*<br>EEWRA INCORPORATED<br>018 HAMPTON STREET<br>LMHURST, NEW YORK. | **5. DOCUMENT NUMBER**<br>BOOKING NO. 000503764<br>**6. EXPORT REFERENCES**<br>NJ200828 |

ZIP CODE 11373

| | |
|---|---|
| **CONSIGNED TO**<br>L TAMASOK AL ARABI EST.<br>.O. BOX 384 HAWALLI<br>UWAIT 32004 | **7. FORWARDING AGENT** *(Name and address - references)*   FMC#3960<br>INT'L SHIPPING COMPANY (USA)<br>169 FRELINGHUYSEN AVE<br>NEWARK, N.J. 07114  (973)824-2333<br>**8. POINT (STATE) OF ORIGIN OR FTZ NUMBER**<br>NEW JERSEY, U.S.A. |
| **NOTIFY PARTY/INTERMEDIATE CONSIGNEE** *(Name and address)*<br>AME AS CONSIGNEE<br>TEL:2451152 | **9. DOMESTIC ROUTING/EXPORT INSTRUCTIONS**<br>MANUFACTURER: SEAGATE TECHNOLOGY<br>920 DISC DRIVE<br>SCOTTS VALLEY, CA 95066 |

| PRE-CARRIAGE BY | 13. PLACE OF RECEIPT BY PRE-CARRIER | | |
|---|---|---|---|
| **EXPORTING CARRIER**<br>RAGOER MAERSK V.9903 | **15. PORT OF LOADING/EXPORT**<br>NEW YORK | **16. LOADING PIER/TERMINAL** | |
| **FOREIGN PORT OF UNLOADING** *(Vessel and air only)*<br>KUWAIT | **17. PLACE OF DELIVERY BY ON-CARRIER** | **11. TYPE OF MOVE** | **11a. CONTAINERIZED** *(Vessel only)*<br>☑ YES   ☐ NO |

| MARKS AND NUMBERS<br>(18) | NUMBER OF PACKAGES<br>(19) | DESCRIPTION OF COMMODITIES *In Schedule B detail*<br>(20) | GROSS WEIGHT *(Kilos)*<br>(21) | MEASUREMENT<br>(22) |
|---|---|---|---|---|
| CONTAINER NO.<br>BENU232656-0<br>SEAL NO.93059 | 1 | 20' STD. CONTAINER, S.T.C.: 20 WOODEN<br>CRATES OF ELECTRICAL SPARE PARTS.<br><br>FREIGHT PREPAID<br><br>" THIS IS TO CERTIFY THAT ALL THE MERCHANDISE AND<br>THEIR COMPONENTS ARE FROM U.S. ORIGIN AND MADE<br>BY SEAGATE TECHNOLOGY." | 7200 LBS.<br>3266 KGS. | 1025 CFT.<br>29 CBM. |

he undersigned....INT'L SHIPPING COMPANY (Owner or Agent), does hereby declare for the above named shipper, the goods
s described above were shipped on the above date and consigned as indicated and are products of the United States of
America Dated at....NEWARK, N.J.......................... on the 5TH ... day of...MARCH......................19 99.

worn to before me this ......... day of....................19.....   *[signature]*

......................MARITIME CHAMBER OF COMMERCE, INC.   ALI AELAEI, AGENT..........................
.........................A RECOGNIZED CHAMBER OF COMMERCE   SIGNATURE OF OWNER OR AGENT
.............................NEW YORK STATE........................, a recognized Chamber of Commerce
he.................................................................
nder the laws of the State of ................................., has examined the manufacturer's invoice or shipper's affidavit
oncerning the origin of the merchandise, and, according to the best of its knowledge and belief, finds that the products
med originated in the United States of America.                    Secretary .........................

003226

4-   000048   ™

لدى التجارة العربية الأمريكية

National U.S.-Arab
Chamber of Commerce

Date of
Issue          MAR. 12. 1999

NATIONAL U.S.-ARAB CHAMBER OF
COMMERCE, INC., a recognized chamber of
commerce, hereby declares that, to the best of its
knowledge and belief, the origin of the goods
described herein is the United States of America and
that the signature affixed to this document is the
signature of the person identified herein.

This declaration is based solely on information
provided to the Chamber by the seller, shipper or
consignor or other parties and is given for
commercial purposes only.

AUTHORIZED SIGNATURE

SEEN AT THE CONSULATE

MAR. 13.1999



⑫

Jefren Consular Service
TeL 82.4.4.365

# NEEWRA INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

<u>PACKING AND WEIGHT LIST</u>

INVOICE NO. 2/99/D/D
DATE: APRIL 12  1999

EXPORTER: NEEWRA INCORPORATED

SOLD TO:  AL TAMASOK AL ARABI EST
P O BOX 384 HAWALLI
KUWAIT 32004
TEL:2451152



غرفة التجارة العربية الأمريكية

SHIP TO: SAME           NATIONAL U.S.-ARAB CHAMBER OF COMMERCE
TERMS : CIF KUWAIT                    WASHINGTON, D.C.
COUNTRY OF ORIGIN: USA               NORTHEAST OFFICE
VESSEL: DRAGOER MAERSK  V.9903       NEW YORK, NEW YORK
PORT OF LOADING/EXPORT: NEW YORK-USA APR 1 2 1999
CONTAINER NO. BENU 232656-0
SEAL NO. 93059
COUNTRY OF FINAL DESTINATION:KUWAIT
                             Authorized
                             Signature

MANUFACTURERS:
SEAGATE TECHNOLOGY, 920 DISC DRIVE, SCOTTS VALLEY, CA. 95066

THIS  TO  CERTIFY  THAT  ALL  THE  MERCHANDISE  IN  THE  INVOICE  AND  THEIR
COMPONENTS ARE FROM US ORIGIN AND MADE BY SEAGATE  TECHNOLOGY.

20 CRATES – EACH CRATE CONTAINING 100 HARD DRIVES
TOTAL : 2000 HARD DRIVES ( SEAGATE SCSI ST118273N 18.2 GB BARRACUDA )
WEIGHT: EACH HARD DRIVE WEIGHS 2.2 LBS OR 1 KG
GROSS WEIGHT : 7200 LBS
EXPORT CONTROL CLASSIFICATION NUMBER : NLR-4A994

PRESIDENT
NEEWRA INCORPORATED



RONALD J. WISNER
Notary Public, State of New York
No. 30-4827778
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires April 30, 2000

MARITIME CHAMBER OF COMMERCE, INC.
RECOGNIZED CHAMBER OF COMMERCE
NEW YORK STATE

005162



AT THE CONSULATE

CONSULATE OF ...ONSUL

18

# NEEWRA
# INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

## COMMERCIAL INVOICE

INVOICE NO. 2/99/D
DATE: MARCH 31 1999

EXPORTER: NEEWRA INCORPORATED

SOLD TO:  AL TAMASOK AL ARABI EST
           P O BOX 384 HAWALLI
           KUWAIT 32004
           TEL:2451152

SHIP TO: SAME
TERMS : CIF KUWAIT
COUNTRY OF ORIGIN: USA
VESSEL: DRAGOER MAERSK  V.9903
PORT OF LOADING/EXPORT: NEW YORK-USA
CONTAINER NO. BENU 232656-0
SEAL NO. 93059
COUNTRY OF FINAL DESTINATION:KUWAIT
CURRENCY:US DOLLARS



| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 2000 | SEAGATE SCSI HARD DRIVES ST 118273 N BARRACUDA 18.2 G.B. | $ 930.00 | $ 1,860,000.00 |

MANUFACTURERS:
SEAGATE TECHNOLOGY, 920 DISC DRIVE, SCOTTS VALLEY, CA. 95066

THIS TO CERTIFY THAT ALL THE MERCHANDISE IN THE INVOICE AND THEIR
COMPONENTS ARE FROM US ORIGIN AND MADE BY SEAGATE TECHNOLOGY.

WEIGHT: EACH HARD DRIVE WEIGHS 2.2 LBS OR 1 KG
EXPORT CONTROL CLASSIFICATION NUMBER : NLR-4A994

PRESIDENT
NEEWRA INCORPORATED



MARITIME CHAMBER OF COMMERCE, INC.
A RECOGNIZED CHAMBER OF COMMERCE
NEW YORK STATE

4- 000041 ᵀᴹ

وزارة التجارة العربية الأمريكية

National U.S.-Arab
Chamber of Commerce

Date of
Issue.                  APR - 6 1999

NATIONAL U.S.-ARAB CHAMBER OF
COMMERCE, INC., a recognized chamber of
commerce, hereby declares that, to the best of its
knowledge and belief, the origin of the goods
described herein is the United States of America and
the signature affixed to this document is the
of the person identified herein.

This declaration is based solely on information
supplied to the Chamber by the seller, shipper or
other parties and is given for
commercial purposes only.

_AUTHORIZED SIGNATURE_

004753

SEEN AT THE CONSULATE

NEW YORK

__A.L.-6 1999__

# NEEWRA INCORPORATED

80-50 BAXTER AVENUE
...OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

4/27/1999

TO : MR. ALI  /   MR. HECTOR
        AMERICAN EXPORT LINES

WITH REFERENCE TO CONTAINER NO. BENU 232656-0 , SEAL NO. 93059 , PLEASE INFORM MAERSK LINE THAT THE CONTAINER IS TO BE RELEASED BY PRESENTATION OF ORIGINAL BILL OF LADING.
IF THE PARTY IN KUWAIT IS WILLING TO PRESENT A BANK GUARANTEE  IN LIEU OF THE ORIGINAL BILL OF LADING THAT IS ALSO ACCEPTABLE.
A BANK GUARANTEE WILL SECURE OUR PAYMENT.

THANK YOU
ARWEEN SAHNI

PRESIDENT
NEEWRA INCORPORATED.

مؤسسة التماسك العربي للتجارة العامة والمقاولات

## AL-TAMASOK AL-ARABI EST.

P.O. Box 384 Hawalli, 32004 KUWAIT        Tel: 2451152-2409956 FAX: (00965) 5612010
E-mail: educate@ncc.moc.kw

April 25 1999

Dear Mr. Sahni

Conatainer has been in port . Our Buyer is waiting for
the goods. Documents not at the gulf bank.
Request the conatainer be released on Bank Grantee.
When the documents will  arrive at the gulf bank , we will
then collect documents and release our Bank Granteefrom
shipping company.

Note Bank Grantee will be from our bank.
The Gulf Bank Of Kuwait SAK

Many Thanks

Waheed Butt
Manager