FROM : JEFFRON       PHONE NO. : 212 962 5629        APR. 15 1999 12:46PM P1

# JEFRON MESSENGER SERVICE

## 141 Duane Street• New York, NY 10013

TEL: (212) 964-8441
FAX: (212) 962-5629

4/15/99

NEEWRA INC
4018 HAMPTON STREET
ELMHURST NY  11373

RE: DOCUMENTS FOR THE KUWAIT CONSUALTE

PLEASE BE AWARE THAT THE NORMAL CONSULAR REQUIREMENT IS TO
LEGALIZE THE COMMERCIAL INVOICE AND PACKING LIST ONLY.  THE
CONSULATE WILL LEGALIZE THE PACKING LIST BY REQUEST, BUT THEY
DO NOT CONSIDER IT A REQUIREMENT.  THE PACKING LIST (ORIGINAL
OF WHICH WAS MISPLACED) IS EXPECTED TO BE READY BY TOMORROW
AFTERNOON.

YOURS TRULY

HARVEY WINTERS
VP

**OICE**

AMERICAN EXPORT LINES
169 FRELINGHUYSEN AVE.
NEWARK, NEW JERSEY 07114
TEL: 973-824-2333
FAX: 973-824-8319

FMC# 3960

**No.** NJ200828

INVOICE DATE: 03-03-99

CUSTOMERS
ORDER NO. INV. NO. 2/99

SOLD TO:
...CEWRASINCORPORATED
...UB HAMPTON STREET
ELMHURST, NEW YORK 11373
ATTN: MR. SAHNI

SHIP TO:
AL TAMASKO AL ARABI EST.
P.O. BOX 384 HAWALLI
KUWAIT 32004

VESSEL: DRAGOER MAERSK 9903

| ...SMAN ...AL TAMASKO | SHIPPED VIA OCEAN | TERMS PREPAID | F.O.B. FR. NEW YORK TO. KUWAIT | | |
|---|---|---|---|---|---|
| ...ORDERED | QTY. SHIPPED | DESCRIPTION | | UNIT | AMOUNT |
| | 1 | 20' STD. CONTAINER, S.T.C.: 20 WOODEN CRATES OF ELECTRICAL SPARE PARTS. | | | |
| | | ------------------------------------------ | | | |
| | | OCEAN FREIGHT. . . . . . . . . . . . . . . . . . . . . . . . | | | 3,181|00 |
| | | CONTAINER DRAYAGE. . . . . . . . . . . . . . . . . . | | | 350|00 |
| | | EXPORT DOCUMENTATION. . . . . . . . . . . . . . | | | 85|00 |
| | | HANDLING/EXPEDITING. . . . . . . . . . . . . . . . | | | 89|00 |
| | | MESSENGER FEE. . . . . . . . . . . . . . . . . . . . . | | | 25|00 |
| | | ALL RISK INSURANCE FOR $1,860,000.00 0.25% | | | 4,650|00 |
| | | DOCUMENT LEGALIZATION. . . . . . . . . . . . . . | | | 143|00 |
| | | | | | ------- |
| | | TOTAL: | | | $8,523|00 |
| | | ADDITIONAL LEGALIZATION CHARGES FOR THE LAST SHIPMENT'S PACKING LIST. | | | 59|00 |
| | | | | | ------- |
| | | GRAND TOTAL: | | | $8,582|00 |
| | | | | | |
| | | DEPOSIT OF $8,000.00 BY CHECK NO. 1006 ON 03/04/99 | | | |
| | | BALANCE DUE $582.00 | | | |

Invoice

# MICRO – SPY  INC.

2221 AVENUE U
BROOKLYN NY 11229
TEL. (718) 616 1111
FAX. (718) 368 9736

NAME: NEEWRA INCORPORATED
ADDRESS: 80-50 BAXTER AVENUE , OFFICE 189
CITY: ELMHURST NY 11373    TEL: 718-803-2725        DATE: FEB. 25 , 1999

## CREDIT INVOICE  № 271

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2000 | ST118273N SEAGATE 18.2GB | $800.00 | $1,600,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

SOLD BY:  MICHAEL REICH
TERMS:    180 DAYS

مؤسسة التماسك العربي للتجارة العامة والمقاولات

## AL-TAMASOK AL-ARABI EST.

P.O. Box 384 Hawalli, 32004 KUWAIT        Tel: 2451152-2409856 FAX: (00965) 2451152
E-mail: educate@ncc.moc.kw

February 3 99

mrSanui

Re . 18.2 gb hard drives

I have talked to my boss Dr.Adel Baroon and we are
placing order for 2000 pieces at $930.00 CIF Kuwait.

Request you ship goods on sight and send documents to
the gulf bank of kuwait on sight draft.

The gulf Bank Of Kuwait SAK
Post Offoce Box 3200 Safat
Kuwait 13032 Head office Kuwait city Branch
Bank telephone number 2449501

Account Number 07636053

Many Thanks

Waheed Butt Manager

# EXHIBIT G

## Document Index (Documents supplied by Windward Insurance)

Fax Windward to MOAC dated November 15, 1999

Fax AEL to Windward dated November 15, 1999

Letter Neewra Inc. to AEL dated April 27, 1999

Letter Neewra Inc. to AEL dated August 11, 1999

Fax Maersk NY to Maersk Kuwait dated March 31, 1999

Fax Maersk Kuwait to Maersk NY dated March 31, 1999

Letter Neewra Inc. to AEL dated March 31, 1999

Fax Maersk NY to Maersk Kuwait dated April 1, 1999

Letter Neewra Inc. to AEL dated August 4, 1999

# Windward Insurance

**Fax Cover**  This is a confidential message, intended solely for the person to whom it is addressed. If you receive this message in error, please forward it to the correct person, or mail it back to us. Thank you.

| | |
|---|---|
| **To** | Terry Crowley / MOAC |
| **Fax No.** | 415-733-6138 |
| **From** | W. Gray Slay |
| **Date/Time** | 11/15/99 at 9:59AM |
| **Subject** | M30001798 |
| **Pages** | 1, including this one |

Good morning,

Here are the documents which we discussed. In addition, I spoke with Mr. Aelaei of American Export Lines and understand that this is the fourth claim by this Assured.

As noted in the cover letter, Mr. Aelaei suspects this is a false claim.

Look forward to your comments and surveyors findings.

Best regards....



600 E. Ocean Blvd.

Suite 400

Long Beach CA 90802-5012

562-491-7333

562-491-7330 Fax

Windward_Insurance@msn.com

CA Insurance License: 0809244

NO.898   P.3
1.NOV.15.1999 2:2:11PM 552-NOAC, SAN FRANCISCO    WINDWARD INSURANCE    PAGE   02
11/15/99    18:01    AMERICAN EXPORT LINES + 552 491 7338    NU. 794   002



# American Export Lines
### Global Transportation Company

November 15th, 1999

To:        Windward Insurance Services
Attn:      W. Gray Slay
Re:        Certificate No.108144 (Neevra Incorporated)
Subject:   Claim for $1,860,000.00

Dear Gray Slay;

   I am faxing you copies of the letters from Neevra Inc. and Maersk line, regarding this shipment.

   I think that this is a false claim, there is something going on with the shipper(Neevra Inc.)

Sincerely,

Ali Aelaei / American Export Lines
Newark, N.J.

169 FREUNGHUYSEN AVENUE
NEWARK NJ, 07114
(973) 824-2333 FAX (973) 824-8319
E-MAIL: gel@bellatlantic.net
WEB PAGE: www.gelshipit.com

# NEEWRA
# INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

4/27/1999

TO : MR. ALI  /  MR. HECTOR
      AMERICAN EXPORT LINES

WITH REFERENCE TO CONTAINER NO. BHNU 232656-0 , SEAL NO. 93059 , PLEASE INFORM
MAERSK LINE THAT THE CONTAINER IS TO BE RELEASED BY PRESENTATION OF
ORIGINAL BILL OF LADING.
IF THE PARTY IN KUWAIT IS WILLING TO PRESENT A BANK GUARANTEE IN LIEU OF THE
ORIGINAL BILL OF LADING THAT IS ALSO ACCEPTABLE.
A BANK GUARANTEE WILL SECURE OUR PAYMENT.

THANK YOU
ARWEEN SAHNI

PRESIDENT
NEEWRA INCORPORATED.

# NEEWRA
# INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

8/11/1999

TO : MR. ALI - AMERICAN EXPORT LINES

DEAR SIR.

<u>LETTER OF AUTHORIZATION</u>

I HEREBY AUTHORIZE YOU TO SEND BY DHL THE THIRD ORIGINAL OF THE BILL OF
LADING FOR CONTAINER NUMBER BENU 2126560 MAERSK LINE TO THE FOLLOWING
ADDRESS:

MR. RALPH GANT
39 EAST 79 STREET
SUITE # 5R3,
NY NEW YORK 10021
212 879 7853

MR. GANT IS THE ATTORNEY FOR NEEWRA INCORPORATED.
PLEASE BILL ME THE CHARGES FOR DHL.

THANK YOU.
ARWEEN SAHNI

Case 1:05-cv-04356-CM    Document 124-9    Filed 03/03/05    Page 10 of 20

NOV.15.1999 2:12PM BB2-MOPC SSN FRANCISCO     WINDWARD INSURANCE     NO.698     P.6
11/15/99     18:82     AMERICAN EXPORT LINES + 282 451 7338                         PAGE  05
                                              MCS FAX

03/31/99 16:15:42          MCS FAX->      281 824 8319                    Page 881

A. P. MOLLER INC

# MAERSK INC.



MAERSK

### TELEFAX

**U R G E N T**                                                        Page 1 of 1

TO   : MAERSKLINE KWI/KWIMLA/, SAL /MK
CC   : MAERSKLINE NYC/NYCSALEXP
CC   : HECTOR
FROM: MAERSK LINE/NYCORDEXPMED/LS

REFN: NYC76170 YREF: KWI77161   99.03.31 11:21 EST

REF: KWI77161
Ref:  B/L NYC588143

Have spoken with the shipper who will not allow release of the
goods without presentation of the original bills of lading.
The consignee will have to wait for their arrival.

Brgds

WINDWARD INSURANCE                          PAGE  06
11/15/99    10:03    AMERICAN EXPORT LINES - 552 491 7330         NU-
'28-MAR 01:44 PM    MAERSK AGENCY    1-4923680    1-4923680         PAGE 1

THE  A. P. MOLLER  GROUP

URGENT

TO  : MAERSK INC NYC/NYCORDEXP/,MEL /L6
CC  : MAERSKLINE NYC/NYC5ALEXP
CC  : HECTOR
FROM: MAERSKLINE KWI/KWIMLASAL/MK

REFN: KWI77174 TREF: NYC76170    99.03.31 20:41 KWI

Ref: B/L NYC688143

Yrs ntd. Pls advise present whereabouts of obl.

# NEEWRA
# INCORPORATED

60-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

3/31/1999

TO : MR ALI - AMERICAN EXPORT LINES

FROM : ARWEEN SAHNI

DEAR MR . ALI

WITH REGARD TO OUR TELEPHONE CONVERSATION YESTERDAY , YOU TOLD ME THAT
MAERSK LINE WAS ASKING YOU IF WE WILL ALLOW A CONTAINER RELEASE BY TELEX
OR FAX. THE ANSWER IS NO. THE CONTAINER IS TO BE RELEASED WITH ORIGINAL
DOCUMENTS ONLY.
IF THE AGENT OF MAERSK LINE IN KUWAIT RELEASES THE CONTAINER TO THE
CONSIGNEE, THEY WILL THEN BE DOING IT AT THEIR OWN RISK. OUR PAYMENT
PROTECTION TOOL FOR SHIPMENTS IS ORIGINAL DOCUMENTS.

PLEASE SEND ME A CONFIRMATION OF RECEIPT OF THIS FAX AND LET ME KNOW IF
THERE ARE ANY PROBLEMS.

THANK YOU
ARWEEN SAHNI

Case 1:05-cv-04356-GM   Document 191-3   Filed 03/13/09   Page 13 of 20

NYCFRCEXP   DK                        SQ                              PAGE

FROM: Maersk nyc/nycfrcexp        /DK                       FROM: NYCFRCEXP

REFN: NYC78047    99.04.01 09:48 EST

PRIO: NORMAL HEAD: MULTIPLE FOLD: NEEWRA INC
REPL:                 REF: KWI77172

KEYW: NYC688143        NYC78047

                                              99.04.01 09:48 OK
TO  : KWIMLA              ,SAL /MK              99.04.01 09:48 OK
CC  : NYCSALEXP                                99.04.01 09:48 OK
CC  : NYCORDEXP           ,MEL

sales/mktg/cust serv nyc/kwi 1x20'auto spares acct neewra inc.,
****************************************************
Spoke with the shipper twice, they said that they will get back to
me. When I have an answer from them, I will get back to you.
Thanks and regards.
****************************************************
Yrs noted with thanks. Pls advise whereabouts of obl at this point in
time. rgds
****************************************************
OBLS HAVE BEEN FORWARDED TO THE CONSIGNEE BY THE SHIPPER. SHIPPER
HAS ADVISED NOT TO RELEASE THE CARGO WITHOUT PRESENTATION OF OBLS
YOURS.
THANKS AND REGARDS.

--PRINTED AT: 99.04.01 09:50 EST--

# NEEWRA
# INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

8/4/1999

TO : MR. HECTOR — AMERICAN EXPORT LINES

PLEASE FAX ME THE ADDRESS, TELEPHONE NUMBER AND FAX NUMBER OF THE
CONTINENTAL INSURANCE COMPANY. I NEED TO NOTIFY THEM THAT MAERSK LINE HAS
RELEASED CONTAINER NUMBER BENU3326556-0 WITHOUT PROPER DOCUMENTATION.

THANK YOU
ARWEEN SAHNI

"*H*"

**EXHIBIT H**

**Document Index (Documents supplied by Freehill Hogan)**

Letter Ralph Gant to Maersk/Freehill dated November 8, 1999

Commercial Invoice dated March 31, 1999

Letter Neewra Inc. to Maersk July 20, 1999

Fax Maersk NJ to Neewra Inc. dated July 21, 1999

Letter Neewra Inc. to Maersk NJ dated July 22, 1999

Letter Neewra Inc. to Maersk NJ dated July 27, 1999

Letter Neewra Inc. to Maersk NJ dated August 2, 1999

Letter Neerwa Inc. to Maersk NJ dated August 4, 1999

Fax Ralph Gant to Maersk NJ (undated, faxed on August 12, 1999)

EXHIBIT I

Ralph A. Gant
Counselor at Law
39 East 79th Street
New York, New York 10021
Tel: 212-879-7853  Fax: 212-535-1663
Email: RGantLaw@aol.com

P 10

November 8, 1999

VIA FAX  & U.S. MAIL

Maersk Inc.

c/o Eric Lenck, Esq.
Freehill Hogan & Mahar
80 Pine Street
New York, N.Y. 10005

    RE: DRAGOER MAERSK – Voyage No. 9903 – One Container
        containing 20 Crates – Electrical Spare Parts
        Loaded at Newark, NJ – March 5, 1999 – Destination-Kuwait
        Invoice Value $1,860,000.

Gentlemen:

Kindly note that this office has been retained by Neewra
Incorporated, the shipper of captioned cargo.

You have been previously advised that the shipment was delivered
by you in Kuwait against a forged bill of lading.  The
full set of the valid bills of lading have been returned to
us and are in our possession at this time.

Accordingly, we are hereby holding you responsible for all
of our losses.

Please advise us if your investigation in Kuwait is continueing
and the present status.

              Very truly yours,

RAG/sd

cc. The Continental Insurance Company
    Neewra Incorporated

PAGE . 02

08/16/1999 17:02    212-5351663                    RALPH GANT.

# NEEWRA INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

## COMMERCIAL INVOICE

INVOICE NO. 2/99/D
DATE: MARCH 31 1999

EXPORTER: NEEWRA INCORPORATED

SOLD TO: AL TAMASOK AL ARABI EST
         P O BOX 384 HAWALLI
         KUWAIT 32004
         TEL:2451152

SHIP TO: SAME
TERMS : CIF KUWAIT
COUNTRY OF ORIGIN: USA
VESSEL: DRAGOER MAERSK  V.9903
PORT OF LOADING/EXPORT: NEW YORK-USA
CONTAINER NO. BENU 232656-0
SEAL NO. 93059
COUNTRY OF FINAL DESTINATION:KUWAIT
CURRENCY:US DOLLARS



| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 2000 | SEAGATE SCSI HARD DRIVES ST-118273 N BARRACUDA 18.2 G.B. | $ 930.00 | $ 1,860,000.00 |

MANUFACTURERS:
SEAGATE TECHNOLOGY, 920 DISC DRIVE, SCOTTS VALLEY, CA. 95066

THIS TO CERTIFY THAT ALL THE MERCHANDISE IN THE INVOICE
COMPONENTS ARE FROM US ORIGIN AND MADE BY SEAGATE TECHNOLOGY

WEIGHT: EACH HARD DRIVE WEIGHS 2.2 LBS OR 1 KG
EXPORT CONTROL CLASSIFICATION NUMBER : NLR-4A994

PRESIDENT
NEEWRA INCORPORATED



MARITIME CHAMBER OF COMMERCE, INC.
A RECOGNIZED CHAMBER OF COMMERCE
NEW YORK STATE



Exhibit I

# NEEWRA
# INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

7/20/1999

TO : KATHY D. – TREASURY- MAERSK LINE .

WITH REFERENCE TO CONTAINER NUMBER BENU2326560.

OUR DOCUMENTS HAVE BEEN RETURNED TO US BY OUR BANK UNPAID FROM KUWAIT.

PLEASE GIVE US THE DETAILS OF THE BANK GUARANTEE ( NAME OF THE BANK , THE ADDRESS OF THE BANK , AND THE PARTY THAT POSTED THE GUARANTEE ) GIVEN TO MAERSK LINE KUWAIT, SO THAT WE MAY PROCEED FURTHER IN OUR COLLECTION EFFORT. PLEASE REPLY BY FAX

AWAITING YOUR REPLY
ARWEEN SAHNI
PRESIDENT

Exhibit I

A.P. MOLLER INC.

# MAERSK INC.



MAERSK

## Telefax

To:        Arween Sahni                    Date:      July 21, 1999
Company:   **Neewra Inc.**                 From:      Ken Raichle

                                           Credit & Collections
                                           Giralda Farms, Madison, NJ
                                           Phone:     (973) 514-5213
                                           Telefax:   (973) 514-5315

RE:        Your Fax dated 7/20/99          Pages (incl. Coverpage):   1

---

Received your fax yesterday regarding container number BENU2326560. We need some more information in order to assist you. Please provide the bill of lading number, or preferably a copy of the b/l so we can try to answer your questions. My fax number is listed above.

Sincerely.

Ken Raichle
Credit & Collections

Exhibit I

# NEEWRA
# INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

7/22/1999

TO : KEN RAICHLE

THANK YOU FOR YOUR FAX DATED JULY 21 1999.
AS YOU REQUESTED , I AM FAXING YOU A COPY OF THE BILL OF LADING.
IF YOU REQUIRE ANYTHING ELSE PLEASE FAX ME.

THANK YOU
ARWEEN SAHNI