http://store.yahoo.com/microspy/info.html

PY Computers Info





- Home
- Adapters
- Cables & Switch Boxes
- Cameras
- CD-ROMS, DVD, CDRW
- Computer Cases
- Office Furniture & Equipment
- Computers & Palm Pilot
- CPU
- Hard Drives & Storage Devices
- Keyboards
- Media
- Modems
- Monitors
- MotherBoards
- Mouse
- Networking
- Printers
- RAM
- Scanners
- Sound Cards
- Speakers
- USB Devices
- Video Cards
- Appliances & Electronics

- Show Order
- Info
- Help
- Search
- Index
- Request Catalog
- Email

Exhibit K



CLICK ON THE MAP TO ENLARGE

MICRO-SPY COMPUTERS
2221 AVENUE U
BROOKLYN, NY 11229
Toll Free 877-452-3823
Phone 718-616-1111
Fax 718-368-9736
Webmaster@micro-spy.com

WE ARE THE LEADING NEW YORK COMPUTER WHOLESALERS. WE SELL NEW AND FLOOR MODEL COMPUTERS AND COMPUTER PARTS. ANYTHING FROM A MONITOR TO AN RJ45 CABLE, GIVE US A CALL OR SHOP ONLINE.

ALL OF OUR FLOOR MODEL PRODUCTS COME WITH A 6 MONTH WARRANTY, ALL OF OUR NEW PRODUCTS CARRY A 1 YEAR WARRANTY. WE DO NOT DO REFUNDS, EXCHANGE ONLY WITHIN 30 DAYS.

SHIPPING: SHIPPING CHARGES WILL BE ADDED AFTER THE ORDER IS PROCESSED, YOU WILL RECEIVE A PACKING SLIP/INVOICE SHOWING ALL THE CHARGES. WE CHARGE STANDARD UPS/FEDEX CHARGES PLUS HANDLING. MOST ORDERS WILL SHIP THE NEXT DAY (UNLESS THEY ARE ON BACK ORDE PLEASE SEE BELOW). PLEASE NOTE: NONE OF OUR CARRIERS WILL SHIP TO A PO BOX SO KEEP THAT IN MIND WHEN PUTTING IN THE SHIPPING INFORMATION.

A NOTE ABOUT SECURITY:

SHOP WITH CONFIDENCE:

DUE TO TECHNOLOGICAL INNOVATIONS, SHOPPING ONLINE HAS BECOME MAINSTREAM. MICRO-SPY.COM IS COMMITTED TO ENSURE THE SECURITY OF ALL YOUR PERSONAL INFORMATION. OUR SERVER IS SECURE AND HAS BEEN CERTIFIED BY YAHOO!®.

http://www.search1.knowx.com/infoam/info...mofrec=&Purchase=1&Z=1&sq=CPN(Micro-Spy)



KnowX.com®

Jurgen Schulze
Client ID: Not Chosen

# Dun & Bradstreet:
## *Business Abstract Report*

Click the back button on your browser's toolbar twice to select additional reports.

Wednesday, January 05, 2000

| | |
|---|---|
| Information America Database: | D&B BUSINESS RECORDS PLUS BUSINESS ABSTRACT REPORT |
| Information Current: | through 11-26-1999 |
| Last Updated: | 11-28-1999 (Updated on a MONTHLY basis) |
| Filed: | Dun & Bradstreet, Inc. |

(Copyright 2000 Dun & Bradstreet, Inc. All Rights Reserved)

| | |
|---|---|
| Duns Number: | 08-830-3313 |
| Company Name: | MICRO-SPY |
| | 2221 AVENUE U |
| | BROOKLYN |
| | NY |
| | 11229-3647 |
| Phone: | (718)-616-1111 |
| Business Type: | SINGLE LOCATION |
| Line of Business: | CUSTOM COMPUTER PROGRAMING |
| SIC Code(s): | 73710101 COMPUTER PROGMG SVCS |
| Year started: | 1998 |
| County: | KINGS |
| Metropolitan Area: | NEW YORK, NY |
| Principal Executive Here: | COHEN , PETER - OWNER |
| Structure Type: | A Proprietorship |
| Type of Ownership: | Privately Owned |
| Small Business: | A Small Business |
| Duns Bus Number: | N/A |
| Current Year - Annual Sales*: | $160,000 |
| Net Worth($): | $N/A |

Exhibit K

http://www.search1.knowx.com/infoam/info...motrec=&Purchase=1&Z=1&sq=CFN(Micro-5)

| | |
|---|---|
| Current Year - Total Employees: | 2 |
| Current Year - Employees Here: | 2 |
| Trend Year - Annual Sales: | $N/A |
| Trend Year - Employees: | N/A |
| Trend Year - Sales Growth Base to Trend: | N/A |
| Trend Year - Employees Growth Base to Trend: | N/A |
| Base Year - Annual Sales: | $N/A |
| Base Year - Employees: | N/A |
| Sales Territory: | LOCAL |

TREND YEAR = year prior to Current Year
BASE YEAR = 3 years prior to Current Year

\* estimated sales

### Click here for the D&B Glossary of Terms

Click the back button on your browser's toolbar twice to select additional reports.

KnowX.com can help you. **Try our other searches!**

Home | All Searches | Your Account | Help & FAQs | Site Map

*KnowX.com®* – The Most Comprehensive Source of Public Records on the Web.
Click Here to Learn More About KnowX.com®.
Click here for Customer Support.
Click here for the KnowX.com® Site Map.

1/5/2000 7:05 PM

http://www.search.knowx.com/infoam/info...moirec=&Purchase=1&2=1&sq=CFN(Micro-Spy



KnowX.com®

Jurgen Schulze
Client ID: Not Chosen

# D&B Business Records Plus:
## Business Information Report

Click the back button on your browser's toolbar twice to select additional reports.

Wednesday, January 05, 2000

Information America Database: D&B BUSINESS RECORDS PLUS BUSINESS INFORMATION REPORT

(Copyright 1998 Dun & Bradstreet, Inc. All Rights Reserved)

```
                                                        SUMMARY
   DUNS: 08-830-3313        DATE PRINTED
MICRO-SPY, INC              JAN 05 2000       RATING    --
                                                        FORMERLY
                            CUSTOM COMPUTER            DS
2221 AVENUE U               PROGRAMING      STARTED    1998
BROOKLYN NY   11229         SIC NO.         EMPLOYS    2
    TEL: 718 616-1111       73 71           HISTORY    CLEAR
```

CHIEF EXECUTIVE: PETER COHEN, PRESIDENT

================================================================
                  * * * *  CUSTOMER SERVICE  * * *
================================================================
If you have questions about this report, please call our Customer Service
Center at 1-800-234-3867 from anywhere within the U.S. If you are outside the
U.S., contact your local D&B office.
              *** Additional Decision Support Available ***

Additional D&B products, credit recommendations and specialized investigations
are available to help you evaluate this company or its industry. Call Dun &
Bradstreet's Solution Center at 1-800-362-3425 from anywhere within the U.S.

================================================================
                  * * *   SUMMARY ANALYSIS   * * *
================================================================
The Summary Analysis section reflects information in D&B's file as of
January 3, 2000.

1/5/2000 7:08 PM

RATING SUMMARY . . . .

The absence of a Rating (--) indicates that the information available to D&B does not permit us to assign a Rating to this business. In this case, no Rating was assigned because of D&B's overall assessment of the company's financial, payment, and its historical information.

Below is an overview of the company's D&B Rating(s) since 12/15/99:

```
RATING              DATE APPLIED
------              ------------
  --                  12/15/99
```

=================================================================
\*  \*  \*   PAYMENT SUMMARY   \*  \*  \*
=================================================================

The Payment Summary section reflects payment information in D&B's file as of the date of this report.

D&B has not received a sufficient sample of payment experiences to establish a PAYDEX score.

Below is an overview of the company's dollar-weighted payments, segmented by its suppliers' primary industries:

|  | TOTAL RCV'D | TOTAL DOLLAR AMOUNTS | LARGEST HIGH CREDIT | % W/IN TERMS | DAYS SLOW <31 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|
|  | # | $ | $ | % | % | % | % | % |
| Total in D&B's file | 2 | 300 | 250 |  |  |  |  |  |
| Payment By Industry: |  |  |  |  |  |  |  |  |
| 1 Nonclassified | 1 | 250 | 250 | 100 | -- | -- | -- | -- |
| Other Payment Categories: |  |  |  |  |  |  |  |  |
| Cash experiences | 0 | 0 | 0 |  |  |  |  |  |
| Payment record unknown | 1 | 50 | 50 |  |  |  |  |  |
| Unfavorable comments | 0 | 0 | 0 |  |  |  |  |  |
| Placed for collection |  |  |  |  |  |  |  |  |
| with D&B | 0 | 0 |  |  |  |  |  |  |
| other | 0 | N/A |  |  |  |  |  |  |

The highest "Now Owes" on file is $250
The highest "Past Due" on file is $ 0

D&B receives over 315 million payment experiences each year. We enter these new and updated experiences into D&B Reports as this information is received.

=================================================================

PAYMENTS  (Amounts may be rounded to nearest figure in prescribed ranges)

Antic - Anticipated (Payments received prior to date of invoice)
Disc  - Discounted  (Payments received within trade discount period)
Ppt   - Prompt      (Payments received within terms granted)

1/5/2000 7:08 PI

http://www.search1.knowx.com/info/allinfo...monec=&purchase=1&2-1&sq-c1N(MLCro-0p)

| REPORTED | PAYING RECORD | HIGH CREDIT | NOW OWES | PAST DUE | SELLING TERMS | LAST SALE WITHIN |
|---|---|---|---|---|---|---|
| 11/99 | (001) | 50 | 50 | -0- | | 1 Mo |
| 10/99 | Slow | 250 | 250 | -0- | | 1 Mo |

* Payment experiences reflect how bills are met in relation to the terms granted. In some instances payment beyond terms can be the result of disputes over merchandise, skipped invoices etc.
* Each experience shown represents a separate account reported by a supplier. Updated trade experiences replace those previously reported.

```
==============================================================
```

FINANCE
12/14/99    On December 14, 1999, attempts to contact the management of this business have been unsuccessful. An associate confirmed operation and location.

```
==============================================================
```

HISTORY
12/14/99

PETER COHEN,  PRESIDENT
DIRECTOR(S):  THE OFFICER(S)

---

CORPORATE AND BUSINESS REGISTRATIONS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE AS OF 12/17/1999:

The following data is not an official record of the Department of State or the State of New York and Dun & Bradstreet is not an employee or agent thereof.

BUSINESS TYPE: Corporation -        DATE INCORPORATED: 12/16/1998
               Profit               STATE OF INCORP:   New York

---

The company was incorporated in the state of New York.
Business started 1998. 100% of capital stock is owned by Peter Cohen.
   PETER COHEN. Work history unknown.

```
==============================================================
```

OPERATION
12/14/99    Provides computer programming services, specializing in software systems analysis or design.
Net 30 day terms. Sells to commercial concerns and general public.
Territory : Local.
   EMPLOYEES: 2 which includes owner.
   FACILITIES: Operates from premises in building.
01-05(2GN  /610)        99999                    001110110

FULL DISPLAY COMPLETE

Click here for the D&B Glossary of Terms

Copr. (C) West 1999 No Claim to Orig. U.S. Govt. Works

's current as D&B

```
     DUNS: 08-830-3313         DATE PRINTED         SUMMARY
MICRO-SPY, INC                  DEC 21 1999         RATING     --
                                                               FORMERLY
221 AVENUE U                   CUSTOM COMPUTER                 DS
BROOKLYN NY  11229             PROGRAMING           STARTED    1998
     TEL: 718 616-1111         SIC NO.              EMPLOYS    2
                               73 71                HISTORY    CLEAR
```

CHIEF EXECUTIVE: PETER COHEN, PRESIDENT

================================================================================
                    *  *  *   CUSTOMER SERVICE   *  *  *
================================================================================

If you have questions about this report, please call our Customer Service Center at 1-800-234-3867 from anywhere within the U.S. If you are outside the U.S., contact your local D&B office.
                *** Additional Decision Support Available ***

Additional D&B products, credit recommendations and specialized investigations are available to help you evaluate this company or its industry. Call Dun & Bradstreet's Solution Center at 1-800-362-3425 from anywhere within the U.S.

================================================================================
                    *  *  *   SUMMARY ANALYSIS   *  *  *
================================================================================

The Summary Analysis section reflects information in D&B's file as of December 20, 1999.

RATING SUMMARY . . . .

   The absence of a Rating (--) indicates that the information available to
   D&B does not permit us to assign a Rating to this business. In this
   case, no Rating was assigned because of D&B's overall assessment of the
   company's financial, payment, and its historical information.

   Below is an overview of the company's D&B Rating(s) since 12/15/99:

                    RATING                    DATE APPLIED
                    ------                    ------------
                      --                        12/15/99

================================================================================
                    *  *  *   PAYMENT SUMMARY   *  *  *

================================================================
e Payment Summary section reflects payment information in D&B's file as of
e date of this report.

B has not received a sufficient sample of payment experiences to establish a
YDEX score.

low is an overview of the company's dollar-weighted payments, segmented by
s suppliers' primary industries:

|  | TOTAL RCV'D | TOTAL DOLLAR AMOUNTS | LARGEST HIGH CREDIT | % W/IN TERMS | DAYS SLOW <31 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|
|  | # | $ | $ | % | % | % | % | % |
| tal in D&B's file | 2 | 300 | 250 |  |  |  |  |  |
| yment By Industry: |  |  |  |  |  |  |  |  |
| Nonclassified | 1 | 250 | 250 | - | 100 | - | - | - |
| her Payment Categories: |  |  |  |  |  |  |  |  |
| ash experiences | 0 | 0 | 0 |  |  |  |  |  |
| ayment record unknown | 1 | 50 | 50 |  |  |  |  |  |
| nfavorable comments | 0 | 0 | 0 |  |  |  |  |  |
| laced for collection |  |  |  |  |  |  |  |  |
| with D&B | 0 | 0 |  |  |  |  |  |  |
| other | 0 | N/A |  |  |  |  |  |  |

ie highest 'Now Owes' on file is $250
ie highest 'Past Due' on file is $ 0

B receives over 315 million payment experiences each year. We enter these
w and updated experiences into D&B Reports as this information is received.
================================================================

YMENTS    (Amounts may be rounded to nearest figure in prescribed ranges)

Antic - Anticipated (Payments received prior to date of invoice)
Disc  - Discounted  (Payments received within trade discount period)
Ppt   - Prompt      (Payments received within terms granted)

| PORTED | PAYING RECORD | HIGH CREDIT | NOW OWES | PAST DUE | SELLING TERMS | LAST SALE WITHIN |
|---|---|---|---|---|---|---|
| /99 | Slow (002) | 250 50 | 250 50 | -0- -0- |  | 1 Mo 1 Mo |

* Payment experiences reflect how bills are met in relation to the
terms granted. In some instances payment beyond terms can be the
result of disputes over merchandise, skipped invoices etc.
* Each experience shown represents a separate account reported by a

supplier.  Updated trade experiences replace those previously reported.

===============================================================================

FINANCE
12/14/99    On December 14, 1999, attempts to contact the management of this business have been unsuccessful. An associate confirmed operation and location.

===============================================================================

HISTORY
12/14/99

PETER COHEN,   PRESIDENT
DIRECTOR(S):   THE OFFICER(S)

---

CORPORATE AND BUSINESS REGISTRATIONS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE AS OF 12/10/1999:

The following data is not an official record of the Department of State or the State of New York and Dun & Bradstreet is not an employee or agent thereof.

BUSINESS TYPE: Corporation - Profit          DATE INCORPORATED: 12/16/1998
                                             STATE OF INCORP: New York

---

The company was incorporated in the state of New York. Business started 1998. 100% of capital stock is owned by Peter Cohen.
PETER COHEN.  Work history unknown.

===============================================================================

OPERATION
12/14/99    Provides computer programming services, specializing in software systems analysis or design.
Net 30 day terms. Sells to commercial concerns and general public.
Territory : Local.
    EMPLOYEES:  2 which includes owner.
    FACILITIES: Operates from premises in building.
                                                                001110110
12-21(2GN   /610)        99999

                         FULL DISPLAY COMPLETE

END OF DOCUMENT






| Home | Locator Tools | Research Tools | Your Account | Help | Site Map |

D&B Business Records Plus

Tell a Friend

Jurgen Schulze
Client ID:
99560

# D&B Business Records Plus: *Business Record*

Click the back button on your browser's toolbar twice to select additional reports.

Friday, May 26, 2000

| | |
|---|---|
| Information America Database: | D&B BUSINESS RECORDS PLUS BUSINESS RECORD |
| Information Current: | through 04-28-2000 |
| Last Updated: | 05-01-2000 (Updated on a MONTHLY basis) |
| Filed: | Dun & Bradstreet, Inc. |

(Copyright 2000 Dun & Bradstreet, Inc. All Rights Reserved)

| | |
|---|---|
| Company Name: | MICRO-SPY, INC |
| Address: | 2221 AVENUE U |
| City: | BROOKLYN |
| State: | NY |
| Zip Code: | 11229 |
| Phone Number: | (718)-616-1111 |
| DUNS Number: | 08-830-3313 |
| Business Type: | Single Location |
| Line of Business: | CUSTOM COMPUTER PROGRAMING |
| Year Started: | 1998 |
| Employees Total: | 2 |
| Public/Private: | Private |
| SIC Code (s): | 7371 COMPUTER PROGMG SVCS |

HISTORY
12/14/99
PETER COHEN,   PRESIDENT

DIRECTOR(S): THE OFFICER(S)

The company was incorporated in the state of New York.

Business started 1998. 100% of capital stock is owned by Peter Cohen.

PETER COHEN. Work history unknown.

OPERATION

12/14/99 Provides computer programming services, specializing in software systems analysis or design.

Net 30 day terms. Sells to commercial concerns and general public.

Territory : Local.

EMPLOYEES: 2 which includes owner.

FACILITIES: Operates from premises in building.

How it Works | Privacy | Company Info | Contact Us
Pricing | Affiliates | Careers

Copyright 2000 KnowX.com®, All rights reserved. KnowX.com® is a division of Information America.

"K"

# NEEWRA INCORPORATED

8030 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

5/12/2000

DEAR MR. GANT,

NO, WE DID NOT RECEIVE ANY DOCUMENTS FROM AL TAMASOK.

THANK YOU
ARWEEN SAHNI

→ Mr. Jurgen Schulze
Re- yousef - 5/11/2000
RGant



# John Alder & Co., Inc.

MARINE CONSULTANTS, SURVEYORS & LOSS INVESTIGATORS

New York Area Office:
7225 Bergenline Avenue
North Bergen, NJ 07047 • USA

Tel: 1-201-868-5050
Fax: 1-201-868-5200



**FACSIMILE TRANSMISSION**

| DATE | May 11, 2000 | ATTENTION | Ralph A Gant |
|---|---|---|---|
| TO | Ralph A Gant, Esq. | DEPARTMENT | |
| FAX NO. | 212-5351663 | PAGES | 1 |
| TEL. NO. | 212-879 7853 | | |
| OUR REF. | 99560 | YOUR REF. | |

"DRAGOER MAERSK"
Alleged wrongful delivery of 1 Container
# BENU 232656-0 said to contain
Electrical Goods at Kuwait in
April/May 1999
<u>Certificate of Insurance No. OC 108144</u>

Dear Sir,

We thank you for having passed on to us a copy of your client's faxed letter to you dated May 10, 2000.

We note your client's comments on the availability of his previous passport.

It appears that your client has misunderstood the first question of our previous communication: -

*Has your client ever received photocopies or faxed copies of any documents used by, or produced by Al Tamasok in order to obtain the release of the container from Maersk or custom clear it prior to the discovery that the container had been released by Maersk? If so, can he provide us with a full listing of each and every document.*

We did not ask for the documents sent by your client <u>to</u> Al Tamasok, but for documents <u>received by him from Al Tamasok.</u>

Very truly yours,

JOHN ALDER & CO. INC.

Jurgen W Schulze
99\560\fxgant18

05/11/2003  10:42    212-5351563           RALPH GANT                              PAGE  01

# NEEWRA INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

5/10/2000

DEAR MR GANT,

AS MENTIONED PREVIOUSLY, I AM UNABLE TO LOCATE MY OLD PASSPORT. I WAS NOT IN KUWAIT IN EITHER MAY OR JUNE OF 1999. MY LAST VISIT TO KUWAIT WAS IN FEBRUARY 1999. I WILL SIGN A SWORN STATEMENT TO THE ABOVE.

IN RESPONSE TO THEIR OTHER QUESTIONS

(1) WE DID FAX THE COMMERCIAL INVOICE AND PACKING LIST TO AL TAMASOK.
(2) WE DO CONDUCT BUSINESS FROM THE ABOVE ADDRESS. AND WE DEAL IN MANY OTHER ITEMS, SUCH AS AUTO PARTS, SHOES, CLOTHING, COSTUME JEWELRY, ETC.
(3) WE HAVE FILED OUR TAX RETURNS. AND NO, THEY CANNOT HAVE COPIES OF THEM. THEY ARE CONFIDENTIAL.

THANK YOU
ARWEEN SAHNI

→ Mr. Jorgen Schulze -
  Re - your lef - 5/09/2000 -

  *[signature]*

 

**John Alder & Co., Inc.**

MARINE CONSULTANTS, SURVEYORS & LOSS INVESTIGATORS

New York Area Office:
7225 Bergenline Avenue
North Bergen, NJ 07047 • USA

Tel: 1-201-868-5050
Fax: 1-201-868-5200



**FACSIMILE TRANSMISSION**

| DATE | May 9, 2000 | ATTENTION | Ralph A Gant |
|---|---|---|---|
| TO | Ralph A Gant, Esq. | DEPARTMENT | |
| FAX NO. | 212-5351663 | PAGES | 2 |
| TEL. NO. | 212-879 7853 | | |
| OUR REF. | 99560 | YOUR REF. | |

"DRAGOER MAERSK"
Alleged wrongful delivery of 1 Container
# BENU 232656-0 said to contain
Electrical Goods at Kuwait in
April/May 1999
Certificate of Insurance No. OC 108144

Dear Sir,

We have, on several occasions, requested your client to provide us with a copy of his passport valid in May/June 1999, to verify his allegation that he did not visit Kuwait at the time and to form a view on reports received, suggesting otherwise.

We are not inclined to wait for an indefinite period of time for your client to comply with our request. You may appreciate that, in the circumstances, we have to ask for the copies to be made available before close of business on Friday, May 12, 2000, failing which we shall have to report to our client that Mr. Sahni is unwilling to provide evidence in support of his denial. Obviously, this does not mean that we shall automatically give greater credence to the information supplied to us, but we really do not understand your client's reluctance to co-operate on this issue.

Further, in order to complete certain parts of our investigations, could you please obtain your client's comments on the following matters: -

(1) Has your client ever received photocopies or faxed copies of any documents used by, or produced by Al Tamasok in order to obtain the release of the container from Maersk or custom clear it prior to the discovery that the container had been released by Maersk? If so, can he provide us with a full listing of each and every document.

(2) It appears that your client does not conduct any business at the address previously provided to us, and appearing on his letterhead. From which address does your client actually conduct his business, and what exactly is his business?

(3) Has your client already filed any State and/or Federal Tax returns? If so, can we please have copies thereof.

Very truly yours,

JOHN ALDER & CO. INC.

Jurgen W Schulze
99\560\fxgant17

 **John Alder & Co., Inc.**

MARINE CONSULTANTS, SURVEYORS & LOSS INVESTIGATORS

New York Area Office:
7225 Bergenline Avenue
North Bergen, NJ 07047 • USA

Tel: 1-201-868-5050
Fax: 1-201-868-5200

**FACSIMILE TRANSMISSION**

| DATE | May 1, 2000 | ATTENTION | Ralph A Gant |
|---|---|---|---|
| TO | Ralph A Gant, Esq. | DEPARTMENT | |
| FAX NO. | 212-5351663 | PAGES | 1 |
| TEL. NO. | 212-879 7853 | | |
| OUR REF. | 99560 | YOUR REF. | |

"DRAGOER MAERSK"
Alleged wrongful delivery of 1 Container
# BENU 232656-0 said to contain
Electrical Goods at Kuwait in
April/May 1999
Certificate of Insurance No. OC 108144

Dear Sir,

We refer to your faxed letter of April 26, 2000, as well as our subsequent telephone conversation, when you advised that you would speak to your client again about the request for his previous passport (valid for the period between May and June 1999).

We appreciate your suggestion to set up a further meeting with your client, but presently this does not appear to be necessary from our point of view. However, we shall review the position (especially once we have received the copy passport) in a little while, and obviously, Underwriters will also wish to consider your suggestion.

Very truly yours,

JOHN ALDER & CO. INC.

Jurgen W Schulze
99\560\fxgant16

Ralph A. Gant
Counselor at Law
39 East 79th Street
New York, New York 10021
Tel: 212-879-7853  Fax: 212-535-1663
Email: RGantLaw@aol.com

April 26, 2000

<u>VIA  FAX</u>

Mr. Jurgen W. Schulze
John Alder & Co. Inc.

        RE: DRAGOER MAERSK
            MOA Cert. of Insur. No. OC 108144

Dear Mr. Schulze:

With reference to your letter of April 21st, my client informs me that:

1. He was not in Kuwait in May or June, 1999; his last visit to Kuwait was in February, 1999.
2. He did not meet with Waheed Butt or Adil Mahmud Albas Badun.

I repeat my previous suggestion, namely, that a personal meeting could possibly clarify the situation.

I look forward to your further advice.

                                      Sincerely,

RAG/sd



# John Alder & Co., Inc.

MARINE CONSULTANTS, SURVEYORS & LOSS INVESTIGATORS

New York Area Office
7225 Bergenline Avenue
North Bergen, NJ 07047 • USA

Tel: 1-201-868-5050
Fax: 1-201-868-5200

April 21, 2000

Ralph A Gant, Esq.
Counselor at Law
39 East 79th Street
New York, NY 10021

Your ref:
Our ref: 99560

"DRAGOER MAERSK"
Alleged wrongful delivery of Container # BENU 232656-0
STC 2000 Computer Hard Drives New York to Kuwait
Maersk Line B/L NYC 688479 dated Mar 5, 1999
MOAC Certificate of Insurance No. OC 108144

Dear Sir,

We refer to previous correspondence, and confirm having received from your client a full copy of his current passport, issued on August 19, 1999. At the same time, your client advised that his previous passport had expired and was unavailable. In any event, the current passport copy has answered the issue relating to your client's actual name.

We are presently trying to follow up on certain reports that your client was allegedly in Kuwait in either May or June 1999, and was seen in the presence of Waheed Butt and/or Adil Mahmud Abbas Badun (aka Dr. Adel Baron) at that time. In order to assess the reliability of these reports (especially given your client's assurance that he never met either of them), your client's passport covering that period of time would assist to establish whether there is any substance to these reports.

In view of the fact that your client is not the Holder of a Green Card and has Indian nationality, he is in any event required to keep the I-94 record (or equivalent) from his most recent entry into the country, as well as of any residence and/or work visa issued to him (which would be attached to his passport valid at the time of issue). Therefore, may we ask your client to make a full copy of his previous passport (valid in May and June 1999) available to us. For the avoidance of doubt, the purpose of this request is not linked to obtaining information about your client's actual immigration status. Effectively, this is not a