Ralph A Gant, Esq.
April 21, 2000
Page 2

matter of concern for us — in the event that your client is reluctant to produce a full copy of his relevant passport because of some technicalities.

Since the ultimate source of the information referred to, connects to persons currently likely to be subject to arrest warrants to be issued by the Kuwaiti authorities, we would like to give your client every possible opportunity to substantiate his assertion, and presently we can think of no better way to achieve this authoritatively. Obviously, should you or your client have other suggestions in this regard, we shall be more than happy to consider them.

Very truly yours,

JOHN ALDER & CO. INC.

Jürgen W Schulze
99\560\gant10

 **John Alder & Co., Inc.**

MARINE CONSULTANTS, SURVEYORS & LOSS INVESTIGATORS

New York Area Office:
7225 Bergenline Avenue
North Bergen, NJ 07047 • USA

Tel: 1-201-868-5050
Fax: 1-201-868-5200

**FACSIMILE TRANSMISSION**

| DATE | April 5, 2000 | ATTENTION | Ralph A Gant |
|---|---|---|---|
| TO | Ralph A Gant, Esq. | DEPARTMENT | |
| FAX NO. TEL. NO. | 212-5351663 212-879 7853 | PAGES | 1 |
| OUR REF. | 99560 | YOUR REF. | |

"DRAGOER MAERSK"
Alleged wrongful delivery of 1 Container
# BENU 232656-0 said to contain
Electrical Goods at Kuwait in
April/May 1999
Certificate of Insurance No. OC 108144

Dear Sir,

We thank you for your faxed letter of April 4, 2000, the contents of which have been noted.

It would be appreciated if your client could provide further details regarding Item 6 (the proposed collection via Al Ahli Bank). The information provided could be understood to the effect that your client was quite prepared to loose in excess of US$ 1.8 million for the sake of saving on bank's collection fees.

We are considering your proposal to meet with your client, and shall revert hereon following receipt of the full passport copy.

Very truly yours,

JOHN ALDER & CO. INC.

Jurgen W Schulze
99\560\fxgant14



Ralph A. Gant
Counselor at Law
39 East 79th Street
New York, New York 10021
Tel: 212-879-7853  Fax: 212-535-1663
Email: RGantLaw@aol.com

April 4, 2000

VIA FAX

Mr. Jurgen W. Schulze
John Alder & Co., Inc.

> RE: DRAGOER MAERSK
> MOAC Certif. of Insurance No. OC 108144

Dear Mr. Schulze:

With reference to your recent requests, Mr. Sahni advises:

1. he is mailing you directly a copy of his current passport.
2. the previous passport has expired and he does not have a copy.
3. he has a pending application for a green card.
4. he had one previous transaction with Al Tamasok and he had no problems.
5. he never visited the offices of Al Tamasok.
6. Mr. Waheed Butt suggested that the documents be sent to Al Ahli Bank but in order not to be charged for another failed collection attempt, the documents were never sent.

While I will continue to answer your questions to the best of my ability, based on Mr. Sahni's input, perhaps it would be advantageous to have another meeting with Mr. Sahni - as this claim should come to some kind of conclusion.

I look forward to hearing from you.

Sincerely,

Ralph Gant

RAG/sd

# NEEWRA INCORPORATED

80-50 BAXTER AVENUE
OFFICE NO. 189
ELMHURST, NEW YORK 11373
USA
TEL. 718 803 2725
FAX. 718 803 2801

4/3/2000

TO : JURGEN SCHULZE - JOHN ALDER & CO., INC.

ENCLOSED IS THE REQUESTED PHOTOCOPY. PREVIOUS PASSPORT IS EXPIRED AND UNAVAILABLE.

ARWEEN SAHNI





























