UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MAERSK, INC., and A.P. MOLLER-MAERSK, A/S          :

               Plaintiffs,                                 :

   -against-                                                              :      05 CIV 4356 (CM)

NEEWRA, INC, REDNIHOM, INC., AREF HASSAN ABUL
INC., ARWEEN SINGH SAHNI a/k/a ARWEEN SAHNI      :
SINGH, a/k/a ARWEEN SAHNI a/k/a ARWEEN SINGH a/k/a
ABUL SABAH a/k/a AREF HASSAN ABUL, MOHINDER     :
SINGH SAHNI a/k/a MOHINDER SAHNI SINGH a/k/a
MOHINDER SAHNI a/k/a MOHINDER SINGH a/k/a           :
MOHINDER SINGH SAHANI a/k/a MOHINDER SAHANI
a/k/a MOHINDER SAHANI SINGH, a/k/a JOGINDER SINGH : ANSWER
SAHNI, JOGINDER SINGH SAHNI, a/k/a JOGINGER SINGH
SAHNI a/k/a JOGINDER SAHNI SINGH a/k/a JOGINGER     :
SAHNI SINGH a/k/a JOGINDER SINGH a/k/a JOGINDER
SAHNI a/k/a JOGINGER SINGH a/k/a JOGINGER SAHNI,    :
SABHARWAL CHANDRA KUMAR a/k/a SABHARWAL K.
CHANDRA, MANDEEP SINGH SAHNI a/k/a MOHINDER     :
SINGH a/k/a MOHINDER SAHNI a/k/a MOHINDER SINGH
SAHANI, HELP LINE COLLECTION CO. W.L.L., PARKER    :
DAWOOD TAJUDDIN TAJUDIS ISMAIL PARKER,
SARDAR TRADERS EST., SARDAR INTERNATIONAL         :
TRADING CO., AL TAMASOK AL ARABI EST., JOHN DOE
1-100 (fictitious) and JOHN DOE INC.1-100 (fictitious)         :

               Defendants.                                 :
------------------------------------------------------------------------x

     Defendant Dawood Tajuddin Parkar, sued herein as Parker DDawood Tajuddin Tajudis Ismail Parker, by his attorney, Harry H. Wise, III, as his Answer to the Amended Verified Complaint, alleges and shows:

     FIRST:     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraphs 1 through 17

1

SECOND: As to the allegations of paragraph 18, denies that his name is correctly set forth, denies that he is employed by HLC, admits that his sponsor is Blue Bird Water Treatment Company, and denies that he pursued a fraudulent claim. .

THIRD: Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs 19 through 26.

## AS TO THE FIRST CAUSE OF ACTION

FOURTH: Repeats each response to the allegations realleged in paragraph 27.

FIFTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs 28 through 51.

## AS TO THE SECOND CAUSE OF ACTION

SIXTH: Repeats each response to the paragraphs realleged in paragraph 52

SEVENTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs 53 through 62.

## AS TO THE THIRD CAUSE OF ACTION

EIGHTH: Repeats each response to the allegations realleged in paragraph 63.

NINTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs 64 through 114, except as to the allegations of paragraphs 104 admit that, pursuant to a power of attorney, he presented Neewra's claim against Maersk in the court of Kuwait and otherwise denies the allegations of that paragraph, and as to the allegations of paragraph 113 denies that he received any of the funds recovered by Neewra and denies that he profited in any manner from Neewra's suite, and denies the allegation in paragraph 114 that he is liable to Maersk..

.

## AS TO THE FOURTH CAUSE OF ACTION

TENTH:      Repeats each response to the allegations realleged in paragraph 115.

ELEVENTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs 116 and 117.

## AS TO THE FIFTH CAUSE OF ACTION

TWELFTH:    Repeats each response to the allegations realleged in paragraph 118.

THIRTEENTH:    Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs 119 through 126, except denies the allegations of paragraph 123 as alleged against him, and denies the allegations of paragraph 126 as alleged against him.

## AS TO THE SIXTH CAUSE OF ACTION

.    FOURTEENTH:    Repeats each response to the allegations realleged in paragraph 127.

FIFTEENTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs 128 through 135.

## AS TO THE SEVENTH CAUSE OF ACTION

SIXTEENTH: Repeats each response to the allegations realleged in paragraph 136.

SEVENTEENTH:    Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs 137-42.

## MARITIME ATTACHMENT

  EIGHTEENTH: Repeats each response to the allegations realleged in paragraph 143.

  NINETEENTH: Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs 144 and 145.

  WHEREFORE, defendant Dawood Tajuddin Parkar demands judgment dismissing the complaint and all of the claims alleged in it, together with the costs and disbursements of this action.

Dated: New York, N.Y.
   April 10, 2008

                    HARRY H. WISE, III (HW6841)
                     *Attorney for Defendant*
                     *Dawood Tajuddin Parkar*
                     250 West 57th Street, Suite 1316
                     New York, N.Y. 10107
                     (212) 810-2430, ex. 302
                     (212) 810-2427 (fax)
                     hwiselaw@aol.com