USDS ...
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/09

503-99/EEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MAERSK, INC. and A.P. MOLLER-MAERSK A/S,

                        Plaintiffs,           05 CIV 4356 (CM)

  -against-

NEEWRA, INC., REDNIHOM, INC., AREF HASSAN ABUL
INC., ARWEEN SINGH SAHNI a/k/a ARWEEN SAHNI SINGH    **JUDGMENT**
a/k/a ARWEEN SAHNI a/k/a ARWEEN SINGH a/k/a ABUL
SABAH a/k/a AREF HASSAN ABUL, MOHINDER SINGH
SAHNI a/k/a MOHINDER SAHNI SINGH a/k/a MOHINDER
SAHNI a/k/a MOHINDER SINGH a/k/a MOHINDER SINGH
SAHANI a/k/a MOHINDER SAHANI a/k/a MOHINDER
SAHANI SINGH a/k/a JOGINDER SINGH SAHNI, JOGINDER
SINGH SAHNI a/k/a JOGINGER SINGH SAHNI a/k/a
JOGINDER SAHNI SINGH a/k/a JOGINGER SAHNI SINGH
a/k/a JOGINDER SINGH a/k/a JOGINDER SAHNI a/k/a
JOGINGER SINGH a/k/a JOGINGER SAHNI, SABHARWAL
CHANDRA KUMAR a/k/a SABHARWAL K. CHANDRA,
MANDEEP SINGH SAHNI a/k/a MOHINDER SINGH a/k/a
MOHINDER SAHNI a/k/a MOHINDER SINGH SAHNI a/k/a
MOHINDER SAHANI a/k/a MOHINDER SINGH SAHANI,
HELP LINE COLLECTION CO. W.L.L., PARKER DAWOOD
TAJUDDIN TAJUDIS ISMAIL PARKER, SARDAR TRADERS
EST., SARDAR INTERNATIONAL TRADING CO., AL
TAMASOK AL ARABI EST., JOHN DOE 1-100 (fictitious) and
JOHN DOE INC. 1-100 (fictitious),

                        Defendants.
-----------------------------------------------------------x

      **WHEREAS**, on May 3, 2005 the above action was brought by Plaintiffs Maersk, Inc.

and A.P. Moller-Maersk A/S pursuant to this Court's admiralty and maritime jurisdiction;

and

      **WHEREAS**, Plaintiffs applied for and were granted authorization to serve

Defendants Arween Singh Sahni and Sabharwal Chandra Kumar via publication; and

      **WHEREAS**, Defendants Arween Singh Sahni and Sabharwal Chandra Kumar were

duly served by publication but failed to respond to the claims asserted against them; and

NYDOCS1/327168.1           1

**WHEREAS**, upon motion by Plaintiffs, the Court, by the late Hon. Richard Conway Casey, U.S.D.J., held that if Defendants Arween Singh Sahni and Sabharwal Chandra Kumar failed to respond to the notice by publication within thirty days they would be held in default; and

**WHEREAS**, more than the required thirty days have passed without any response by either of these Defendants; and

**WHEREAS**, Magistrate Eaton has already held an inquest on Plaintiffs' damages and issued a Report and Recommendation to the Hon. Colleen McMahon, U.S.D.J. dated April 9, 2008 which found that Plaintiffs' damages were in the amount of $14,413,687.99 (fourteen million, four hundred thirteen thousand, six hundred eighty-seven dollars and ninety-nine cents) plus interest from December 31, 2005 at the rate of 9% (nine per cent) per annum, and provided Plaintiffs and Defendants with an opportunity to file objections on or before April 29, 2008; and

**WHEREAS**, Plaintiffs timely filed their partial objection and were the only parties to do so; and

**WHEREAS**, after due consideration of Plaintiffs' objection Judge McMahon issued a Decision and Order dated May 6, 2008 which increased the amount of damages recommended by Magistrate Eaton to a total of $19,993,687.99 (nineteen million, nine hundred ninety-three thousand, six hundred eighty-seven dollars and ninety-nine cents) plus interest from December 31, 2005 at the rate of 9% (nine per cent) per annum and instructed Plaintiffs to submit a form of judgment to the Clerk; and

**WHEREAS**, it is unnecessary to revisit the issue of Plaintiffs' damages with respect to these two additional defaulting defendants in that the causes of action against them are the same as the causes of action against the defendants involved in the inquest mentioned above,

**IT IS NOW HEREBY**

ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment is entered in favor of Plaintiffs Maersk, Inc. and A.P. Moller-Maersk A/S and jointly and severally against Defendants Arween Singh Sahni and his aliases, Arween Sahni Singh, Arween Sahni, Arween Singh, Abul Sabah, and Aref Hassan Abul, and against Sabharwal Chandra Kumar and his alias, Sabharwal K. Chandra, in the amount of $19,993,687.99 (nineteen million, nine hundred ninety-three thousand, six hundred eighty-seven dollars and ninety-nine cents) plus costs in the amount of $250.00 (two hundred fifty dollars) plus interest at the rate of 9% (nine per cent) per annum from December 31, 2005 until paid;

2. Since funds of the defendants have already been restrained pursuant to a prior Order of this Court, in keeping with Rule 69(a) there is no need for Plaintiff to serve a writ of execution on the garnishee bank(s) holding such funds in order to execute upon such restrained property. Accordingly, ten business days after entry of Judgment in this matter, any garnishee bank holding property of Arween Singh Sahni, Arween Sahni Singh, Arween Sahni, Arween Singh, Abul Sabah, Aref Hassan Abul, Sabharwal Chandra Kumar, or Sabharwal K. Chandra, upon receipt of a copy of this Judgment, is directed to release the full amount of any such funds, including any after-acquired property and/or interest earned on such funds (if any) to Plaintiffs' counsel, or at Plaintiffs' counsel's direction, forthwith, up to the full amount of the Judgment.

ENTER

Dated: New York, New York
March 27, 2009

_____
Clerk

503-99/EEL.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MAERSK, INC. and A.P. MOLLER-MAERSK A/S,

                              Plaintiffs,          05 CIV 4356 (CM)

-against-

NEEWRA, INC., REDNIHOM, INC., AREF HASSAN ABUL    **CLERK'S**
INC., ARWEEN SINGH SAHNI a/k/a ARWEEN SAHNI SINGH   **CERTIFICATE**
a/k/a ARWEEN SAHNI a/k/a ARWEEN SINGH a/k/a ABUL     **OF DEFAULT AS**
SABAH a/k/a AREF HASSAN ABUL, MOHINDER SINGH      **TO DEFENDANTS**
SAHNI a/k/a MOHINDER SAHNI SINGH a/k/a MOHINDER    **ARWEEN SINGH**
SAHNI a/k/a MOHINDER SINGH a/k/a MOHINDER SINGH    **SAHNI AND**
SAHANI a/k/a MOHINDER SAHANI a/k/a MOHINDER        **SABHARWAL**
SAHANI SINGH a/k/a JOGINDER SINGH SAHNI, JOGINDER  **CHANDRA**
SINGH SAHNI a/k/a JOGINGER SINGH SAHNI a/k/a         **KUMAR**
JOGINDER SAHNI SINGH a/k/a JOGINGER SAHNI SINGH
a/k/a JOGINDER SINGH a/k/a JOGINDER SAHNI a/k/a
JOGINGER SINGH a/k/a JOGINGER SAHNI, SABHARWAL
CHANDRA KUMAR a/k/a SABHARWAL K. CHANDRA,
MANDEEP SINGH SAHNI a/k/a MOHINDER SINGH a/k/a
MOHINDER SAHNI a/k/a MOHINDER SINGH SAHNI a/k/a
MOHINDER SAHANI a/k/a MOHINDER SINGH SAHANI,
HELP LINE COLLECTION CO. W.L.L., PARKER DAWOOD
TAJUDDIN TAJUDIS ISMAIL PARKER, SARDAR TRADERS
EST., SARDAR INTERNATIONAL TRADING CO., AL
TAMASOK AL ARABI EST., JOHN DOE 1-100 (fictitious) and
JOHN DOE INC. 1-100 (fictitious),

                              Defendants.
--------------------------------------------------------------x

      I, J. Michael McMahon, Clerk of the United States District Court for the Southern

District of New York, do hereby certify that the docket entries in the above-entitled

action indicate as follows:

      1.      That Defendant ARWEEN SINGH SAHNI was served via publication on

May 5, 2007 pursuant to an Order of the late Judge Casey authorizing such service;

2. That Defendant SABHARWAL CHANDRA KUMAR was served via publication on May 5, 2007 pursuant to an Order of the late Judge Casey authorizing such service;

3. That Defendants ARWEEN SINGH SAHNI and SABHARWAL CHANDRA KUMAR have not filed an Answer to the Complaint or to the Amended Complaint, have not filed any other responsive pleading, nor have these Defendants recorded any other appearance in this matter;

4. That the time to Answer the Complaint and the Amended Complaint have expired.

Accordingly, the defaults of Defendants ARWEEN SINGH SAHNI and SABHARWAL CHANDRA KUMAR are hereby noted.

Dated: New York, New York
March 25, 2009

*J. Michael McMahon*

Clerk of Court, SDNY