503-99/EEL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
Maersk, Inc. and A.P. Moller-Maersk A/S
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Eric E. Lenck
Lawrence J. Kahn

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
MAERSK, INC. and A.P. MOLLER-MAERSK A/S,

                               Plaintiffs,          05 CIV 4356 (CM)

     -against-

NEEWRA, INC., REDNIHOM, INC., AREF HASSAN ABUL      **KAHN**
INC., ARWEEN SINGH SAHNI a/k/a ARWEEN SAHNI SINGH    **AFFIRMATION**
a/k/a ARWEEN SAHNI a/k/a ARWEEN SINGH a/k/a ABUL      **IN SUPPORT OF**
SABAH a/k/a AREF HASSAN ABUL, MOHINDER SINGH       **MOTION FOR**
SAHNI a/k/a MOHINDER SAHNI SINGH a/k/a MOHINDER    **SUMMARY**
SAHNI a/k/a MOHINDER SINGH a/k/a MOHINDER SINGH    <u>**JUDGMENT**</u>
SAHANI a/k/a MOHINDER SAHANI a/k/a MOHINDER
SAHANI SINGH a/k/a JOGINDER SINGH SAHNI, JOGINDER
SINGH SAHNI a/k/a JOGINGER SINGH SAHNI a/k/a
JOGINDER SAHNI SINGH a/k/a JOGINGER SAHNI SINGH
a/k/a JOGINDER SINGH a/k/a JOGINDER SAHNI a/k/a
JOGINGER SINGH a/k/a JOGINGER SAHNI, SABHARWAL
CHANDRA KUMAR a/k/a SABHARWAL K. CHANDRA,
MANDEEP SINGH SAHNI a/k/a MOHINDER SINGH a/k/a
MOHINDER SAHNI a/k/a MOHINDER SINGH SAHNI a/k/a
MOHINDER SAHANI a/k/a MOHINDER SINGH SAHANI,
HELP LINE COLLECTION CO. W.L.L., PARKER DAWOOD
TAJUDDIN TAJUDIS ISMAIL PARKER, SARDAR TRADERS
EST., SARDAR INTERNATIONAL TRADING CO., AL
TAMASOK AL ARABI EST., JOHN DOE 1-100 (fictitious) and
JOHN DOE INC. 1-100 (fictitious),

                               Defendants.
-------------------------------------------------------------------------x

        LAWRENCE J. KAHN, an attorney at law, affirms under penalty of perjury as

follows:

1.   I am an attorney admitted to practice before this Court and am a partner of the law firm of Freehill Hogan & Mahar, LLP, 80 Pine Street, New York, New York, attorneys for Plaintiffs Maersk, Inc. and A.P. Moller-Maersk A/S (collectively, "Maersk"). I am not a party to the action and am over 18 years of age. I submit this Affirmation in support of Maersk's motion for summary judgment against Defendants Joginder Singh Sahni ("JSS"), Parker Dawood Tajuddin Tajudis Ismail Parker ("Parker") and Help Line Collection Co. W.L.L. ("HLC").

2.   In an effort not to overburden the Court with duplicate copies of items that have already been filed with the Court and are already a part of the Record of this action, the undersigned incorporates by reference the following:

    a) the Amended Verified Complaint, docket entry 95;

    b) the Judgments against Neewra Inc., Rednihom Inc., and Aref Hassan Abul Inc., docket entry 167 and against Arween Singh Sahni and Sabharwal Chandra Kumar, docket entry 183;

    c) the Messkoub Declaration, docket entry 67;

    d) the Court's Decision and Order of March 27, 2008, docket entry 155;

    e) the Pinto Declaration, docket entry 130;

    f) the Ghirardani Declaration, docket entries 72-77;

    g) the Zakaria Declaration, docket entry 129;

    h) JSS Answer, docket entry 158;

    i) HLC Answer, docket entry 159;

    j) Parker Answer, docket entry 160;

k) the Court's Memorandum and Order of August 1, 2006, docket entry 84;

l) the Court's Decision and Order of March 27, 2008, docket entry 155;

m) the JSS Declaration, docket entry 68;

n) the Kanal Declaration, docket entry 63;

o) the Hansen Declaration, docket entry 65;

p) the RICO Statement, docket entry 145;

q) the Court's Memorandum and Order of September 23, 2008, docket entry 176;

r) the Court's Memorandum and Order of March 6, 2009, docket entry 178;

s) the Pretrial Order, docket entry 188;

t) any other Declarations filed in this action on behalf of Maersk.

3. During discovery, Defendant Parker produced a bank record purporting to show the establishment of a bank account in his name at Al Ahli Bank of Kuwait which shows receipt by him of the funds that Maersk had posted in the Kuwaiti Court to secure the release of the M/V ALVA MAERSK. A copy of this document is attached hereto as Ex. 1.

4. During discovery, Defendant Parker produced a document purporting to be a copy of his business card for Blue Bird. A copy of this document is attached hereto as Ex. 2.

Dated: New York, New York
March 31, 2009

_____
Lawrence J. Kahn

KAHN EXHIBIT 1

Case 1:05-cv-04356-CM   Document 192   Filed 03/31/09   Page 4 of 7



البنك الأهلي الكويتي ش.م.ك.
## AL AHLI BANK OF KUWAIT K.S.C.

Account Number : 0603-689457-001          PARKAR DAWOOD TAJUDDIN
Account Type   : CURRENT ACCOUNT
Currency       : KWD
Date of Request: 20 August 2008
From Date      : 31 March 2005
To Date        : 31 May 2005

Statement of Account

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| | Brought Forward Balance | | | .000 |
| 12 Apr 2005 | CASH DEPOSIT | | 1,000.000 | 1,000.000 |
| 09 May 2005 | CLG.CHQ DEPOSIT 86041 - CENTRAL BANK | | 578,385.700 | 579,385.700 |
| 15 May 2005 | CASHIER ORDER ISSUED 0600118200 0600118200 | 57,838.570 | | 521,547.130 |
| 15 May 2005 | COM-CSHR ORDER ISSUE 0600 HO34 00035 150505 124625 | 5.000 | | 521,542.130 |
| 13 May 2005 | COM-TT ISSUE | 3.000 | | 521,539.130 |
| 18 May 2005 | TELEX TRANSFER BR06002005001459 | 500,547.130 | | 20,992.000 |
| 18 May 2005 | ACCOUNT TRANSFER To Ac 0600-515586-001 | 15,000.000 | | 5,992.000 |
| 18 May 2005 | COM-ACCOUNT TRANSFER | .500 | | 5,991.500 |
| | Turnover | 573,394.200 | 579,385.700 | |
| | Carried Forward Balance | | | 5,991.500 |

000096

Page 1 of 1

AL AHLI BANK OF KUWAIT K.S.C.

**KAHN EXHIBIT 2**

Case 1:05-cv-04356-CM   Document 192   Filed 03/31/09   Page 6 of 7




**D.T. PARKAR**
General Manager
WATER TREATMENT SERVICES

## BLUE BIRD CO. W.L.L.

Ph.: 24 23 494 - 24 42 873         P.O, Box : 26908 Safat
Fax: (965) 24 09 138              13130 Safat Kuwait
E-mial: bluebird@kuwait.net - bluebirdcompany@yahoo.com