UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
MAERSK, INC., and A.P. MOLLER-MAERSK, A/S    :

               Plaintiffs,    :

     -against-    :
                                                                                                 05 CIV 4356 (CM)
NEEWRA, INC, REDNIHOM, INC., AREF HASSAN ABUL
INC., ARWEEN SINGH SAHNI a/k/a ARWEEN SAHNI
SINGH, a/k/a ARWEEN SAHNI a/k/a ARWEEN SINGH a/k/a    :
ABUL SABAH a/k/a AREF HASSAN ABUL, MOHINDER    :
SINGH SAHNI a/k/a MOHINDER SAHNI SINGH a/k/a    NOTICE OF
MOHINDER SAHNI a/k/a MOHINDER SINGH a/k/a    :    MOTION
MOHINDER SINGH SAHANI a/k/a MOHINDER SAHANI
a/k/a MOHINDER SAHANI SINGH, a/k/a JOGINDER SINGH :
SAHNI, JOGINDER SINGH SAHNI, a/k/a JOGINGER SINGH
SAHNI a/k/a JOGINDER SAHNI SINGH a/k/a JOGINGER    :
SAHNI SINGH a/k/a JOGINDER SINGH a/k/a JOGINDER
SAHNI a/k/a JOGINGER SINGH a/k/a JOGINGER SAHNI,    :
SABHARWAL CHANDRA KUMAR a/k/a SABHARWAL K.
CHANDRA, MANDEEP SINGH SAHNI a/k/a MOHINDER    :
SINGH a/k/a MOHINDER SAHNI a/k/a MOHINDER SINGH
SAHANI, HELP LINE COLLECTION CO. W.L.L., PARKER   :
DAWOOD TAJUDDIN TAJUDIS ISMAIL PARKER,
SARDAR TRADERS EST., SARDAR INTERNATIONAL    :
TRADING CO., AL TAMASOK AL ARABI EST., JOHN DOE
1-100 (fictitious) and JOHN DOE INC.1-100 (fictitious)    :

               Defendants.    :
-----------------------------------------------------------------------------x

       PLEASE TAKE NOTICE that upon defendants' Statement Pursuant to Rule 56.1

of the Local Civil Rules of this Court, dated March 30, 2009, and upon the Declaration of

Harry H. Wise, III, Esq., dated March 30, 2009, and the exhibits annexed thereto,

defendants Joginder Singh Sahni (sued herein as "Joginder Singh Sahni a/k/a Joginger

Singh Sahni a/k/a Joginder Sahni Singh a/k/a Joginder Singh a/k/a Joginder Sahni a/k/a

Joginger Singh a/k/a Joginger Sahni"), Dawood Tajuddin Parkar (sued herein as "Parker

1

Dawood Tajuddin Tajudis Ismail Parker"), and Help Line Collection Co. hereby move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment dismissing this action, as against them, on the grounds that plaintiffs have no evidence that these defendants participated in any conspiracy to defraud or that they did anything else that would render them liable to plaintiffs, or, alternatively, for dismissal on the grounds that this Court lacks personal jurisdiction over these defendants.

Dated: New York, N.Y.
       March 30, 2009

                                      /s/ Harry H. Wise, III
                                      HARRY H. WISE, III (HW6841)
                                      *Attorney for Defendants Joginder*
                                      *Singh Sahni, Dawood Tajuddin*
                                      *Parkar, Help Line Collection Co.*
                                      *Sardar Traders Est., and Sardar*
                                      *International Trading Co., W.L.L.*
                                      500 Fifth Avenue, suite 1650
                                      New York, N.Y. 10110
                                      (212) 810-2430, ex. 302
                                      (212) 810-2427 (fax)
                                      hwiselaw@aol.com

To:

Freehill Hogan & Mahar, LLP
  *Attorneys for Plaintiffs*
80 Pine Street
New York, N.Y. 1005

Raymond A. Connell, Esq. LLP
  *Attorneys for Defendant Mohinder Singh Sahani*
132 Nassau Street, Suite 900
New York, N.Y. 10038