UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MAERSK, INC., and A.P. MOLLER-MAERSK, A/S

                Plaintiffs,

      -against-

                                                                                                 05 CIV 4356 (CM)

NEEWRA, INC, REDNIHOM, INC., AREF HASSAN ABUL
INC., ARWEEN SINGH SAHNI a/k/a ARWEEN SAHNI
SINGH, a/k/a ARWEEN SAHNI a/k/a ARWEEN SINGH a/k/a
ABUL SABAH a/k/a AREF HASSAN ABUL, MOHINDER
SINGH SAHNI a/k/a MOHINDER SAHNI SINGH a/k/a
MOHINDER SAHNI a/k/a MOHINDER SINGH a/k/a
MOHINDER SINGH SAHANI a/k/a MOHINDER SAHANI
a/k/a MOHINDER SAHANI SINGH, a/k/a JOGINDER SINGH
SAHNI, JOGINDER SINGH SAHNI, a/k/a JOGINGER SINGH
SAHNI a/k/a JOGINDER SAHNI SINGH a/k/a JOGINGER
SAHNI SINGH a/k/a JOGINGER SINGH a/k/a JOGINDER
SAHNI a/k/a JOGINGER SINGH a/k/a JOGINGER SAHNI,
SABHARWAL CHANDRA KUMAR a/k/a SABHARWAL K.
CHANDRA, MANDEEP SINGH SAHNI a/k/a MOHINDER
SINGH a/k/a MOHINDER SAHNI a/k/a MOHINDER SINGH
SAHANI, HELP LINE COLLECTION CO. W.L.L., PARKER
DAWOOD TAJUDDIN TAJUDIS ISMAIL PARKER,
SARDAR TRADERS EST., SARDAR INTERNATIONAL
TRADING CO., AL TAMASOK AL ARABI EST., JOHN DOE
1-100 (fictitious) and JOHN DOE INC.1-100 (fictitious)

                Defendants.
------------------------------------------------------------------------x

                DEFENDANTS' STATEMENT PURSUANT
                <u>TO LOCAL CIVIL RULE 56.1</u>

      Defendants Joginder Singh Sahni, Dawood Tajuddin Parkar, and Help Line Collection Co., W.L.L., for their Statement pursuant to Local Civil Rule 56.1, allege that there is no genuine issue to be tried with respect to the following facts:

1

1. There is no competent relevant evidence in this case tending to prove that defendant Joginder Singh Sahni participated in any conspiracy to defraud plaintiffs.

2. There is no competent relevant evidence in this case tending to prove that defendant Dawood Tajuddin Parkar participated in any conspiracy to defraud plaintiffs.

3. There is no competent relevant evidence in this case tending to prove that defendant Help Line Collection Co. participated in any conspiracy to defraud plaintiffs.

Dated: New York, N.Y.
March 30, 2009

HARRY H. WISE, III (HW6841)
*Attorney for Defendants Joginder
Singh Sahni, Dawood Tajuddin
Parkar, Help Line Collection Co.
Sardar Traders Est., and Sardar
International Trading Co., W.L.L.*
500 Fifth Avenue, suite 1650
New York, N.Y. 10110
(212) 810-2430, ex. 302
(212) 810-2427 (fax)
hwiselaw@aol.com