503-99/EEL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
Maersk, Inc. and A.P. Moller-Maersk A/S
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Eric E. Lenck
Lawrence J. Kahn

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MAERSK, INC. and A.P. MOLLER-MAERSK A/S,

                                       Plaintiffs,                     05 CIV 4356 (CM)

              -against-

NEEWRA, INC., REDNIHOM, INC., AREF HASSAN ABUL
INC., ARWEEN SINGH SAHNI a/k/a ARWEEN SAHNI SINGH    **NOTICE OF**
a/k/a ARWEEN SAHNI a/k/a ARWEEN SINGH a/k/a ABUL    **MOTION**
SABAH a/k/a AREF HASSAN ABUL, MOHINDER SINGH
SAHNI a/k/a MOHINDER SAHNI SINGH a/k/a MOHINDER
SAHNI a/k/a MOHINDER SINGH a/k/a MOHINDER SINGH
SAHANI a/k/a MOHINDER SAHANI a/k/a MOHINDER
SAHANI SINGH a/k/a JOGINDER SINGH SAHNI, JOGINDER
SINGH SAHNI a/k/a JOGINGER SINGH SAHNI a/k/a
JOGINDER SAHNI SINGH a/k/a JOGINGER SAHNI SINGH
a/k/a JOGINDER SINGH a/k/a JOGINDER SAHNI a/k/a
JOGINGER SINGH a/k/a JOGINGER SAHNI, SABHARWAL
CHANDRA KUMAR a/k/a SABHARWAL K. CHANDRA,
MANDEEP SINGH SAHNI a/k/a MOHINDER SINGH a/k/a
MOHINDER SAHNI a/k/a MOHINDER SINGH SAHNI a/k/a
MOHINDER SAHANI a/k/a MOHINDER SINGH SAHANI,
HELP LINE COLLECTION CO. W.L.L., PARKER DAWOOD
TAJUDDIN TAJUDIS ISMAIL PARKER, SARDAR TRADERS
EST., SARDAR INTERNATIONAL TRADING CO., AL
TAMASOK AL ARABI EST.,

                                       Defendants.
------------------------------------------------------------------------x
SIRS:

        PLEASE TAKE NOTICE that Plaintiffs A.P. Moller-Maersk A/S and Maersk,

Inc. ("Maersk"), by their attorneys Freehill Hogan & Mahar, LLP, upon the annexed

NYDOCS1/345954.1

Affirmation of Eric E. Lenck, the Declaration of Ahmed Zakaria, the Supplemental Rule 56.1 Statement, and the accompanying Memorandum of Law, WILL MOVE THIS COURT, before the Honorable Colleen McMahon, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 21-B, New York, New York, at a time and date to be established by the Court, for summary judgment against Defendants Joginder and Parkar for conspiracy to defraud Maersk on the Neewra shipment.

PLEASE TAKE FURTHER NOTICE that pursuant to the agreed Schedule so ordered by Judge McMahon, opposing papers, if any, are to be served no later than March 1, 2010, and that reply papers, if any, are to be served no later than March 15, 2010.

Dated: New York, New York
February 12, 2010

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
Maersk, Inc. and A.P. Moller-Maersk A/S

By: _____
Eric E. Lenck
Lawrence J. Kahn
80 Pine Street
New York, NY  10005
(212) 425-1900
(212) 425-1901 (fax)

TO: Harry H. Wise, III, Esq.
Law Offices of Harry H. Wise, III
*Attorneys for Defendants Joginder Singh Sahni, Parker Dawood and Help Line Collection Co. W.L.L.*
250 West 57th Street, Suite 1316
New York, NY  10107

NYDOCS1/345954.1