UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MAERSK, INC., and A.P. MOLLER-MAERSK, A/S       :

                Plaintiffs,                                   :

   -against-                                                      :     05 CIV 4356 (CM)

NEEWRA, INC, REDNIHOM, INC., AREF HASSAN ABUL
INC., ARWEEN SINGH SAHNI a/k/a ARWEEN SAHNI       :
SINGH, a/k/a ARWEEN SAHNI a/k/a ARWEEN SINGH a/k/a
ABUL SABAH a/k/a AREF HASSAN ABUL, MOHINDER       :
SINGH SAHNI a/k/a MOHINDER SAHNI SINGH a/k/a           NOTICE OF
MOHINDER SAHNI a/k/a MOHINDER SINGH a/k/a         :     MOTION
MOHINDER SINGH SAHANI a/k/a MOHINDER SAHANI
a/k/a MOHINDER SAHANI SINGH, a/k/a JOGINDER SINGH :
SAHNI, JOGINDER SINGH SAHNI, a/k/a JOGINGER SINGH
SAHNI a/k/a JOGINDER SAHNI SINGH a/k/a JOGINGER   :
SAHNI SINGH a/k/a JOGINDER SINGH a/k/a JOGINDER
SAHNI a/k/a JOGINGER SINGH a/k/a JOGINGER SAHNI,  :
SABHARWAL CHANDRA KUMAR a/k/a SABHARWAL K.
CHANDRA, MANDEEP SINGH SAHNI a/k/a MOHINDER       :
SINGH a/k/a MOHINDER SAHNI a/k/a MOHINDER SINGH
SAHANI, HELP LINE COLLECTION CO. W.L.L., PARKER   :
DAWOOD TAJUDDIN TAJUDIS ISMAIL PARKER,
SARDAR TRADERS EST., SARDAR INTERNATIONAL         :
TRADING CO., AL TAMASOK AL ARABI EST., JOHN DOE
1-100 (fictitious) and JOHN DOE INC.1-100 (fictitious)  :

                Defendants.                                   :
------------------------------------------------------------------------x

       PLEASE TAKE NOTICE that upon defendants' Statement Pursuant to Rule 56.1 of the Local Civil Rules of this Court, dated March 15, 2010, and upon the Declarations of Abdul Rehman al-Humaidan, Esq., executed on March 11, 2010, and of Saleh Ahmed Hassan, Esq., executed on March 14, 2010, and the exhibits annexed thereto, defendants Joginder Singh Sahni (sued herein as "Joginder Singh Sahni a/k/a Joginger Singh Sahni a/k/a Joginder Sahni Singh a/k/a Joginder Singh a/k/a Joginder Sahni a/k/a Joginger

1

Singh a/k/a Joginger Sahni"), and Dawood Tajuddin Parkar (sued herein as "Parker Dawood Tajuddin Tajudis Ismail Parker"), hereby move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment dismissing this action, as against them, on the grounds of, as regards Mr. Parkar, *res judicata,* and, as regards Mr. Sahni, collateral estoppel, based on decisions of the courts of Kuwait.

Dated: New York, N.Y.
      March 15, 2010

                                                /s/ Harry H. Wise, III
                                        HARRY H. WISE, III (HW6841)
                                        *Attorney for Defendants Joginder*
                                        *Singh Sahni, Dawood Tajuddin*
                                        *Parker, Help Line Collection Co.*
                                        *Sardar Traders Est., and Sardar*
                                        *International Trading Co., W.L.L.*
                                        250 West 57th Street, Suite 1316
                                        New York, N.Y. 10107
                                        (212) 810-2430, ex. 302
                                        (212) 810-2427 (fax)
                                        hwiselaw@aol.com

To:

Freehill Hogan & Mahar, LLP
  *Attorneys for Plaintiffs*
80 Pine Street
New York, N.Y. 10005