503-99/EEL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
Maersk, Inc. and A.P. Moller-Maersk A/S,
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Eric E. Lenck
Lawrence J. Kahn

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---x

MAERSK, INC. and A.P. MOLLER-MAERSK A/S,

Plaintiffs,

-against-

NEEWRA, INC., REDNIHOM, INC., AREF HASSAN ABUL INC., ARWEEN SINGH SAHNI a/k/a ARWEEN SAHNI SINGH a/k/a ARWEEN SAHNI a/k/a ARWEEN SINGH a/k/a ABUL SABAH a/k/a AREF HASSAN ABUL, MOHINDER SINGH SAHNI a/k/a MOHINDER SAHNI SINGH a/k/a MOHINDER SAHNI a/k/a MOHINDER SINGH a/k/a MOHINDER SINGH SAHANI a/k/a MOHINDER SAHANI a/k/a MOHINDER SAHANI SINGH a/k/a JOGINDER SINGH SAHNI, JOGINDER SINGH SAHNI a/k/a JOGINGER SINGH SAHNI a/k/a JOGINDER SAHNI SINGH a/k/a JOGINGER SAHNI SINGH a/k/a JOGINDER SINGH a/k/a JOGINDER SAHNI a/k/a JOGINGER SINGH a/k/a JOGINGER SAHNI, SABHARWAL CHANDRA KUMAR a/k/a SABHARWAL K. CHANDRA, MANDEEP SINGH SAHNI a/k/a MOHINDER SINGH a/k/a MOHINDER SAHNI a/k/a MOHINDER SINGH SAHNI a/k/a MOHINDER SAHANI a/k/a MOHINDER SINGH SAHANI, HELP LINE COLLECTION CO. W.L.L., PARKER DAWOOD TAJUDDIN TAJUDIS ISMAIL PARKER, SARDAR TRADERS EST., SARDAR INTERNATIONAL TRADING CO., AL TAMASOK AL ARABI EST.,

Defendants.

---x

**05 CIV 4356 (CM)**

**SUPPLEMENTAL AFFIRMATION OF ERIC E. LENCK**

ERIC E. LENCK, an attorney duly admitted to this Court, hereby declares under penalty of perjury:

1. I am a partner in the law firm of Freehill Hogan & Mahar LLP, attorneys for the Plaintiffs herein. I am the attorney principally responsible for this case and, as such, am fully familiar with the facts herein.

2. This Supplemental Affirmation is submitted in opposition to the motion for summary judgment of Defendants Joginder and Parkar and in reply to their opposition to Maersk's motion for summary judgment.

3. Attached as Exhibit A is an extract from a recent Martindale-Hubbell International Law Directory describing the law firm of Al-Sarraf & Al-Ruwayeh and the qualifications of its attorneys.

4. Attached as Exhibit B is a recent profile of this law firm issued by LexisNexis relating to the law firm of Al-Sarraf & Al-Ruwayeh. I understand that the law firm has just recently changed its name to Al-Ruwayeh & Partners, but retains almost all the same personnel.

Dated: New York, New York
April 14, 2010

Eric E. Lenck

# EXHIBIT A

# MARTINDALE-HUBBELL® INTERNATIONAL LAW DIRECTORY

– I –

## EUROPE, ASIA, AUSTRALASIA MIDDLE EAST, AFRICA

PROFESSIONAL BIOGRAPHIES

LexisNexis®

WORLD HEADQUARTERS
121 Chanlon Road
New Providence, NJ 07974
U.S.A.
Phone: +1 908 771 7777
Fax: +1 908 771 7792

INTERNATIONAL OFFICE
Halsbury House
35 Chancery Lane
London, WC2A 1EL, United Kingdom
Phone: +44 (0)20 7347 3700
Fax: +44 0(20) 7347 3701

Email: intl-info@martindale.com • www.martindale.com • www.lawyers.com

*AL-HEKOOK ADVOCATES & LEGAL CONSULTANTS, Kuwait—Continued*

*FIRM PROFILE: The firm was established and duly registered in 1991. Offering a wide range of legal services, AL-HEKOOK has been well known for its successful involvement in settling major disputes locally, regionally and internationally. It is a distinguished law firm in the Arabian Gulf providing high calibre legal services and consultations for national and multinational companies in the Gulf, international clients and individuals. It also has praiseworthy contributions to local and international seminars and conferences. AL-HEKOOK is a leading law firm in that it has an international legal translation division, providing a wide range of quality translation and interpreting services at competitive rates.*

**MESHAAL AL-NEMESH,** born Kuwait, 1965; admitted, 1991, Kuwait. *Education:* University of Alexandria, Egypt (LL.B., 1991). Faculty of Law. *Member:* International Bar Association; Kuwait Society of Lawyers. ***LANGUAGES:*** Arabic and English. ***PRACTICE AREAS:*** Construction and Engineering; Financial Services Law; Labour Law; Marine Transport; Insurance; Litigation; Administrative; Admiralty Law; Oil and Gas; Oil and Gas Law; Corporate Law; Incorporation; Mergers and Acquisitions; Commercial Law; Civil Law; Criminal Law; Islamic Law; Family Law. ***Email:*** meshaal@alhekook.com

**NEDAL AL-HUMAIDAN,** born Kuwait, 1967; admitted, 1990, Kuwait. *Education:* University of Kuwait (LL.B., 1990). Faculty of Law, University of Kuwait. *Member:* International Bar Association; Kuwait Society of Lawyers. ***LANGUAGES:*** Arabic and English. ***PRACTICE AREAS:*** Intellectual Property; Trademarks and Patent Registration; Agencies and Franchise Rights; Insurance; Corporate Law; Government Contracts; Family Law. ***Email:*** nedal@alhekook.com

**ROSHDY ABO SAMRA,** born Egypt, 1959; admitted, 1981, Egypt. *Education:* Mansourah University (Law Degree, 1981). *Member:* Egyptian Bar Association. ***LANGUAGES:*** Arabic and English. ***PRACTICE AREAS:*** Agencies and Franchise Rights; Bankruptcy; Banking; International Investment; Trademarks and Patent Registration; Commercial Law; Drafting and Studying Contracts; Establishing Companies; Bidding; Commercial Companies and Establishments. ***Email:*** info@alhekook.com

**AISHA A. AL-NEMESH,** born Kuwait; (admission pending). *Education:* University of Kuwait, Faculty of Law. *Member:* Kuwait Society of Lawyers. ***LANGUAGES:*** Arabic and English. ***PRACTICE AREAS:*** Financial Services Law; Labour Law; Insurance; Litigation; Administrative; Admiralty Law; Corporate Law; Incorporation; Mergers and Acquisitions; Civil Law; Islamic Law; Commercial Law. ***Email:*** info@alhekook.com

**IMAN M. HIJAZI,** born Lebanon; (admission pending). *Education:* Lebanese University, Faculty of Law. (International Division). ***LANGUAGES:*** Arabic, English and French. ***PRACTICE AREAS:*** International Law; Financial Services Law; Corporate Law; Incorporation; Mergers and Acquisitions; Civil Law; Commercial Law; Agencies and Franchise Rights; Joint Ventures. ***Email:*** iman@alhekook.com

**BALKHIS G. BANU,** born Tamil Nadu, India; admitted, 1993, Chennai,Tamil Nadu, India. *Education:* University of Madras (B.L., 1993; M.L., International and Comparative Constitutional Law, 1995; Diploma in Criminology and Forensic Science, 2003); Madurai Kamaraj University (M.B.A., 2004). *Member:* Bar Council of Tamil Nadu, Chennai, India.; Madras High Court Advocates Association. ***LANGUAGES:*** English, French, Arabic, Hindi, Urdu, Tamil and Telugu.

An elite of twelve professional paralegal and secretarial staff, adminsitrators and linguists also support the team.

## AL-SARRAF & AL-RUWAYEH

In association with Stephenson Harwood, London and Elham Ali Hassan & Associates, Bahrain

*Established in 1977*

*SALHIYA COMMERCIAL COMPLEX*
*GATE 1, 3RD FLOOR*
*P.O. BOX 1448 SAFAT*
**KUWAIT 13015, KUWAIT**
*Telephone: +965-2400061; 2; 3*
*Telefax: +965-2400064*
*Email: asar@asarlegal.com*
*URL: http://www.asarlegal.com*

*Offices:* Bahrain.

*Other Associated Offices:* London, Hong Kong, Guangzhou, Paris, Piraeus, Shanghai, Singapore.

*Corporate and Commercial, International Banking and Finance, Islamic Finance, Franchising, Construction, Securities, Taxation, Commercial Litigation and Arbitration, Capital Markets, Intellectual Property, Government Contracts, Foreign Investment, Real Estate, Insurance, Maritime and Shipping, International Trade, Oil and Gas, Projects and Privatization, Agencies and Distributorships, Private Client Services, Offset, Mergers and Acquisition.*

*FIRM PROFILE: Al Sarraf & Al Ruwayeh was founded in 1977 by Hameed Al Sarraf and is the largest law firm in Kuwait and one of the largest in the Middle East. Al Sarraf & Al Ruwayeh operates in association with Stephenson Harwood, a London-based international law firm with around 70 partners and more than 500 staff worldwide. The Firm has extensive connections throughout the Gulf region and abroad and an in-depth knowledge of all aspects of local affairs. The Firm provides a comprehensive range of legal services and is qualified to assist its clients on the vast majority of legal issues they are likely to encounter in Kuwait and overseas. Al Sarraf & Al Ruwayeh's clients include Kuwaiti public and private sector organizations, and major international companies from all parts of the world. The Firm has a large department of internationally trained and experienced lawyers dedicated to advising clients on international commercial and litigation matters.*

*(This Listing Continued)*

*MEMBERS OF THE FIRM*

**HAMEED AL-SARRAF.** *Education:* Kuwait University (LL.B.). ***LANGUAGES:*** English and Arabic. ***PRACTICE AREAS:*** Finance Law; Commercial Law; Litigation. ***Email:*** hsarraf@asarlegal.com

**AHMED AL-RUWAYEH.** *Education:* Kuwait University (LL.B.). ***LANGUAGES:*** English and Arabic. ***PRACTICE AREAS:*** Commercial law; Real Estate; Civil Litigation; Commercial Litigation. ***Email:*** aruwayeh@asarlegal.com

**SAM HABBAS.** *Education:* University of Santa Clara (B.A., with honors); Boston College Law School (J.D.). ***LANGUAGES:*** English. ***PRACTICE AREAS:*** Commercial Law; International Business Transactions; International Arbitration; Construction Law; Banking; Finance. ***Email:*** shabbas@asarlegal.com

**AHMED BARAKAT,** admitted, 1981, Egypt; 1990, New York. *Education:* New York University (LL.M., in International Law and Business Transactions, 1984); Cairo University (LL.B., with honors, 1981). *Member:* New York Bar Association; Egypt Bar. ***LANGUAGES:*** English and Arabic. ***PRACTICE AREAS:*** Litigation; International Arbitration; Commercial and Corporate Law; Banking and Investment; Construction; Intellectual Property; Islamic Law; Shipping; Admiralty and Maritime Law. ***Email:*** abarakat@asarlegal.com

**ROBERT J. LITTLE,** admitted, 1993, Ontario and Saskatchewan. *Education:* University of Saskatchewan (LL.B.). *Member:* Law Society of Upper Canada (Ontario); Law Society of Saskatchewan. ***LANGUAGES:*** English. ***PRACTICE AREAS:*** Commercial Law; International Transactions; Banking and Capital Markets; Finance; Partnerships; Joint Ventures; Agency and Distributorships; Corporate Law; Litigation. ***Email:*** rlittle@asarlegal.com

**AHMED ZAKARIA,** admitted, 1986, Egypt. *Education:* Cario University (LL.B., 1986); Institute de Droit des affaires International-Cairo (LL.M., 1992); Columbia University (LL.M., 1994). ***LANGUAGES:*** English, French and Arabic. ***PRACTICE AREAS:*** Banking Law; Business Law; Litigation; Construction Law. ***Email:*** azakaria@asarlegal.com

**HOSSAM ABDULLAH,** admitted, 1992, Egypt. *Education:* Cairo University (LL.B., 1992); Manchester University (LL.M., 1996). *Member:* Egypt Bar. ***LANGUAGES:*** English and Arabic. ***PRACTICE AREAS:*** Commercial Law; International Transactions; Banking; Capital Markets; Finance; Partnerships; Joint Ventures; Agency and Distributorships; Corporate Law; Litigation; Construction Law; Arbitration; Islamic Law. ***Email:*** hossam@asarlegal.com

*SENIOR ASSOCIATES*

**PAUL DAY,** admitted, 1993, Saskatchewan. *Education:* University of Saskatchewan (LL.B.). ***LANGUAGES:*** English. ***PRACTICE AREAS:*** Commercial Law; International Transactions; Partnerships; Joint Ventures; Agency and Distributorships; Corporate Law.

**KENTON J. GRAY,** admitted, 1997, Saskatchewan (Not admitted in Kuwait). *Education:* University of Saskatchewan (Bachelor of Commerce; LL.B.). ***LANGUAGES:*** English. ***PRACTICE AREAS:*** Commercial Law; International Transactions; Partnerships; Banking Law; Securities; Joint Ventures; Agency and Distributorships; Corporate Law. ***Email:*** kgray@asarlegal.com

**IBRAHIM SATTOUT,** admitted, 1994, Beirut. *Education:* St. Joseph University, Beirut, Lebanon (LLB in Lebanese Law); Paris II University, France (LLB. in French Law and DEA (LLM) in Private International Law and International Trade Law). ***LANGUAGES:*** English, French, Arabic. ***PRACTICE AREAS:*** Finance; Securities; International Litigation; Banking Law. ***Email:*** isattout@asarlegal.com

*ASSOCIATES*

**HUDHAIRAM H. RASHIDI.** *Education:* Kuwait University (Graduation, 1990). *Member:* Kuwait Lawyers Association. ***LANGUAGES:*** Arabic. ***PRACTICE AREAS:*** Civil Litigation; Criminal Litigation; Commercial Litigation. ***Email:*** asar@asarlegal.com

**SAFWAT FAHMI,** born 1928; (admission pending). *Education:* Ain Shams University, Cairo (1954). *Member:* Egyptian Bar Association. ***LANGUAGES:*** Arabic. ***PRACTICE AREAS:*** Criminal Litigation; Commercial Litigation; Civil Litigation.

**HISHAM M. AL QURA'AN.** *Education:* Applied Science University, Amman - Jordan (LL.B.). ***LANGUAGES:*** English and Arabic. ***PRACTICE AREAS:*** Commercial Litigation; Dispute Resolution. ***Email:*** halquraan@asarlegal.com

**MS EDLYN FRANCES V. VERZOLA,** admitted, 1993, Philippines (Not admitted in Kuwait). *Education:* University of the Philippines (B.A., Mass Communications, 1988; LL.B., 1993). ***LANGUAGES:*** English and Tagalog. ***PRACTICE AREAS:*** Corporate Law; Agency and Distributorships; Banking; Intellectual Property; Insurance. ***Email:*** everzola@asarlegal.com

**DAVID WALKER,** admitted, 2001, Michigan (Not admitted in Kuwait). *Education:* University of Detroit Mercy (J.D., 2001); University College of London (LL.M., International Business Law, 2002). ***LANGUAGES:*** English. ***PRACTICE AREAS:*** Corporate Law; Commercial Transactions; Securities. ***Email:*** dwalker@asarlegal.com

**MOHAMMED ABUL WAFA HAFEZ.** *Education:* Ain Shams University, Egypt (LL.B., 1989). *Member:* Egyptian Bar Association. ***LANGUAGES:*** English, Arabic. ***PRACTICE AREAS:*** Corporate Commercial Law; Regulatory Law. ***Email:*** mabulwafa@asarlegal.com

**IMAD EL-SAYED.** *Education:* University of Michigan at Ann Arbor (with honors, 1998); Boston College Law School (Juris Doctrate, 2003). *Member:* State Bar of Michigan. ***LANGUAGES:*** English. ***PRACTICE AREAS:*** Corporate Commercial Law; International Mergers and Acquisitions; Securities. ***Email:*** ielsayed@asarlegal.com

**JOHN CUNHA,** admitted, 2000, South Africa, High Court of South Africa (Not admitted in Kuwait). *Education:* University of the Free State (B. Proc. 2000); University of the Free State in collaboration with De Paul University, Chicago, USA (MBA, 2002); University

*(This Listing Continued)*

Case 1:05-cv-04356-CM Document 236 Filed 04/15/10 Page 6 of 8

LANGUAGES: Law; Litigation.

LANGUAGES: ate; Civil Litiga-

honors); Boston AS: Commercial onstruction Law;

cation: New York Cairo University gypt Bar. LAN- national Arbitra- ction; Intellectual nail: abarakat@

lucation: Univer- Ontario); Law So- Commercial Law; rships; Joint Ven- rlittle@asarlegal.

niversity (LL.B., Columbia Univer- CTICE AREAS: karia@asarlegal.

niversity (LL.B., UAGES: English ictions; Banking; ibutorships; Cor- mail: hossam@

of Saskatchewan aw; International Corporate Law.

Kuwait). Educa- GUAGES: En- s; Partnerships; Corporate Law.

seph University, 3. in French Law le Law). LAN- curities; Interna-

duation, 1990). TICE AREAS: asar@asarlegal.

ams University, ic. PRACTICE

, Amman - Jor- S: Commercial

Not admitted in ications, 1988; AS: Corporate urance. Email:

ait). Education: LL.M., Interna- AS: Corporate

iversity, Egypt nglish, Arabic. Law. Email:

r (with honors, Bar of Michi- cial Law; Inter- l.com

ica (Not admit- niversity of the 02); University

of Stellenbosch (Masters Degree in International Trade Law, 2006). *LANGUAGES:* English, Portuguese, Afrikaans. *PRACTICE AREAS:* Banks and Banking; Security Law; Company Law; Mergers and Acquisitions. *Email:* jcunha@asarlegal.com

*MOHAMMAD AL-RUWAYEH,* (admission pending). *Education:* Kuwait University (Law Degree, 1999). *LANGUAGES:* English, Arabic. *PRACTICE AREAS:* Commercial Litigation; Civil Litigation.

*MS UMERA ALI,* born 1979; admitted, 2002, England and Pakistan (Not admitted in Kuwait). *Education:* University of Kent, Canterbury, UK. *Member:* Bar of England and Wales. *LANGUAGES:* English, Urdu. *PRACTICE AREAS:* Commercial Law; Finance; Corporate Governance; Banking.

*MS RIZA ISMAIL,* born 1973; admitted, 2002, Malaysia (Not admitted in Kuwait). *Education:* University of New South Wales; Australia International Islamic University, Malaysia. *LANGUAGES:* English, Malay. *PRACTICE AREAS:* Islamic Finance; Mergers and Acquisitions; Securities.

*ALI ASGHAR SHEIKH,* born 1977; (admission pending). *Education:* The University of Salford, United Kingdom (B.A., Hons., 2000); Wayne State University, Detroit (2002). *Member:* Bar of England and Wales. *LANGUAGES:* English, Urdu, Punjabi. *PRACTICE AREAS:* Corporate Law; Commercial Law.

*OF COUNSEL*

*KARINA HAUM,* admitted, 1987, New York (Not admitted in Kuwait). *Education:* University of California, Irvine (Bachelors Degree, 1982); University of California at Los Angeles (Juris Doctorate, 1985); New York University (LLM, Taxation, 1987). *LANGUAGES:* German, English, French. *PRACTICE AREAS:* International Taxation; Mergers and Acquisitions; Private Equity; Cross Border Transactions.

Languages: English, Arabic, French, Tagalog, Afrikaans, Malay, Indonesian and Hindi.

## AL-TWAIJRI AND PARTNERS LAW FIRM (TLF)

*Established in 1989*

*KUWAIT AIRWAYS BUILDING, AL-SHUHADA'A STREET*
*FIRST AND SECOND FLOOR*
*P.O. BOX 863, SAFAT CODE: 13009*
**KUWAIT, KUWAIT**
*Telephone: +965 240 2175, Ext. 123*
*Fax: +965 240 2176*
*Email: information@twaijri.com*
*URL: http://www.twaijri.com*

*Bahrain Office:* Diplomatic Area, Diplomat Tower, Building No. 315, Street No. 1705, Block 317, 9th Floor. Office No. (901-902-903), Kingdom of Bahrain.

*Postal Address:* P.O. Box 10327, Diplomatic - Kingdom of Bahrain. Telephone: +973 17 514448. Fax: +973 17 514442.

*Banking, Finance, Investments, Natural Resources, Agency and Distributorships, Project Finance, International Trade, Franchising, Insurance Law, Joint Ventures, Regulatory Law, Taxation, Labor and Employment, Admiralty and Maritime Law, Intellectual Property, Patents, Trademarks, Privatization, Arbitration, Alternative Dispute Resolution, Criminal Law.*

*FIRM PROFILE: Al-Twaijri and Partners Law Firm (TLF), is one of the leading and largest law firms in the Gulf (GCC region) with 95 legal professionals. TLF is headquartered in Kuwait with branch office in the Kingdom of Bahrain. TLF capabilities and resources are placed under the disposal of our local and international clients who are doing business or intend to do business in the Arab Gulf (GCC region) in general and Kuwaiti and Bahraini markets in particular.*

*TLF witnessed very good growth in 2006, we are the first Kuwaiti law firm to establish and office in Bahrain. TLF differentiates itself from other local and regional firms by the breadth of its services, capabilities, and to some degree its strength in the oil producing markets - the Gulf region (GCC). This achievement is added to TLF becoming the first and only law firm to be awarded international Quality Management System Certification ISO 9001:2000.*

*TLF's next strategic goal for 2007 is to seek opportunities of entering into cooperation / alliance / association with reputable international law firm, preferably British or American firm interested to expand or enter the Gulf markets. In today's global economy, TLF commitment is to continuously reinvent itself to provide legal services that meet clients' needs, including international and cross-border transactions. TLF recognize that global reach is key to growth and success. For additional information please visit www.twaijri.com.*

*Law Firm Affiliation: International Standard Organization (ISO) - Geneva, IBA, ABA, International Association for Commercial Collectors, U.S.A. Chambers and Partners Global, International Criminal Defense Attorneys Association - Canada and the Netherlands. Union Internationale Advocates, Arab Lawyers Union - Cairo, Egypt, Middle East Association - London. International Chamber of Commerce - France. Swiss/Arab Chamber of Commerce - Geneva. German/Arab Chamber of Commerce (Ghorfa). FIDIC, The International Federation of Consulting Engineers - Geneva. GCC Commercial Arbitration Center - Bahrain. Commercial Arbitration Center - Chamber of Commerce - Kuwait. MEED Projects - London.*

*MANAGING PARTNER*

*MR. MOHAMMED S. AL-TWAIJRI,* born Kuwait, 1951; admitted, 1989, Kuwait. *Education:* Kuwait University (Bachelor Degree, Business Administration); University of Southern California, USA (Master Degree, Public Administration); Cairo University, Egypt (Degree License of Law). Author: Employment and Labor Law in Kuwait and the GCC countries and Arab Republic of Egypt (Comparative Studies) Volume I: Civil and Commercial Procedural Laws and Judgments (Volume One); Civil and Commercial Procedural Laws and Judgments (Volume Two); Legal Corridors (Real Cases); Judgment rendered by the Kuwait Court of Cassation. *Member:* Registered Arbitrator at Kuwait Commercial Arbitration Center and Gulf Commercial Arbitration Center; ABA; Kuwaiti Bar Association; Arab Ba[r] Association; IBA. *LANGUAGES:* Arabic, English. *PRACTICE AREAS:* Contracts; Commercial Law; Arbitration; Natural Resources.

*PARTNERS*

*MR. FAISAL M. AL-TWAIJRI,* born Kuwait, 2003; admitted, 2003, Kuwait. *Education:* Cairo University, Egypt (License of Law, 2002). *Member:* Kuwait Bar Association. *LANGUAGES:* Arabic. *PRACTICE AREAS:* Civil Law; Commercial Law; Enforcement; Alternative Dispute Resolution.

*MR. ABDUL KAREEM S. AL-TWAIJRI,* born Kuwait, 1976. *Education:* Cairo University, Egypt (License of Law, 1999). Author: Participated in authoring commentary boo[k] on procedural and enforcement law in the Kingdom of Bahrain. *Member:* Kuwaiti Bar Association. *LANGUAGES:* Arabic, English. *PRACTICE AREAS:* Alternative Dispute Resolution; Investments; Company Law; Intellectual Property.

*MR. M. AL NOOR,* born Canada, 1968. *Education:* Concordia University, Cana[da] (B.A., International Relations, 1994; Diploma of International Business and Trade, 1994); University of Buckingham, UK (LL.B., Hons., 1997). Author: Guide to Multinationals a[nd] International Companies: Doing Business in Kuwait, 2006; Globalization Affect & Fr[ee] Market Trends; Foreign Direct Investments in Kuwait, International Bar Association (IBA) Section on Business Law, 2005; Germany's Competitive Advantage to Kuwait Business[es], Kuwait Times, 2005; Islamic Banks Law, IBA Section on Business Law, January 2004; H[u]man Rights: The Promotion of Women and Children Rights and Education, 2004; Gulf C[o]operation Council: GCC Customs Union: IBA Section on Business Law Arab Regional F[o]rum News, 2003; The Progress of Rule of Law in developing Arab world, 2003. *Member:* IBA; FIDIC; ABA; UIA. (Chief of International, Strategic Business Development and M[ar]keting, CMO; Geo-Strategist: Kuwait, Iraq and Gulf Markets - GCC). *LANGUAGES:* English, Arabic and basic French. *PRACTICE AREAS:* Business Law; International Trad[e]; Agency and Distributorship; Franchising; Trusts and Estates; Company Law; Investmen[ts]; Natural Resources; Project Finance; Commercial Law; Real Estate.

## ABDULLAH KH. AL-AYOUB & ASSOCIATES

Attorneys & Counselors at Law
*Established in 1982*

*AL-SOUK AL-KABIR REAL ESTATE BUILDING*
*BLOCK B, NINTH FLOOR, FAHAD AL-SALEM STREET*
*P.O. BOX 1714*
**SAFAT 13018, KUWAIT**
*Telephone: +965 2464321/2/3; 2469944/5; 2405032/3*
*Fax: +965 2466591; 2434711*
*Email: alayoub@al-ayoub.org*
*URL: http://www.al-ayoub.org*

*Affiliated Office:* Bahrain, Egypt, Iran, Lebanon, Oman, Qatar, Saudi Arabia, United Ara[b] Emirates, United Kingdom, United States of America.

*Corporate and Commercial, Litigation, International Arbitration, Intellectual Property, Pro[ject] Finance, Banking and Investments, Public Sector Procurements, Tax, Commercial Agencies [and] Distributorships, Franchising, Oil and Gas, Cross Border Transactions, Labour Law.*

*FIRM PROFILE: Established in 1982, Abdullah Kh. Al-Ayoub & Associates is a modern firm with traditional values, practicing in wide range of disciplines. The firm is an associati[on of] lawyers from various international backgrounds specializing in Middle Eastern laws. The [firm] is ideally placed to understand the needs of foreign companies, individuals and other entiti[es] they do business in the Middle East. The firm is currently one of the largest law firms in Ku[wait] and one of the few that have an established reputation in the international field.*

*Throughout its 20-year history, the firm has been involved regularly in high profile and hi[ghly] complex transactions, litigation and arbitration involving multinational corporations, finan[cial] institutions, agencies and private clients based in the United States, Europe, Asia and the Mi[ddle] East.*

*Through years of dedication and excellent performance, the firm has emerged as one o[f the] leading law firms in Kuwait and the Middle East. The clients of Abdullah Kh. Al-Ayoub & [As]sociates are among the world's most prestigious corporations resident in North America [Eu]rope and Asia. The firm also provides legal services as an expert on Middle Eastern la[w to] numerous US and English law firms in transactional matters, arbitration and litigation. [A de]tailed list of clients may be obtained upon request.*

*The firm offers expertise in all major areas of commercial law, including corporate law, i[nter]national business transactions, oil and gas, international trade, maritime law, intellectual [prop]erty, taxation, labour law, insurance law, banking and finance, litigation and commercial [arbi]tration. Keeping in line with international trends in business and finance, particularly th[e] the Middle East, the firm seeks to expand its activities in areas of Islamic law, banking [and] finance.*

*In February 2000, the firm had the honour of being selected as the exclusive member in K[uwait] of Lex Mundi, the world's leading association of independent law firms having more tha[n] members from various countries. On April 18, 2002 the firm became an exclusive memb[er in] Kuwait of the International Business Law Consortium based in Salzburg, Austria. In Feb[ruary] 2003, the firm became a member of the International Trademark Association. In July 200[...] firm became the exclusive member for Kuwait of Counsel-Alliance.*

*LAW FIRM ALLIANCES/ASSOCIATIONS:* **LEX MUNDI**

*FOUNDER AND MANAGING PARTNER*

**ABDULLAH KH. AL-AYOUB,** born Kuwait, July 17, 1947; admitted, 1978, Ku[wait]; admitted to practice before all courts in Kuwait including the Court of Cassation. *Educ[ation]:* Kuwait University (LL.B., 1975); University College London. District Attorney of K[uwait], 1975-1978. Assistant on the Faculty of Law, Kuwait University, 1976. Founded Law f[irm]...

(This Listing Continued)

(This Listing Continued)

# EXHIBIT B



Print Close Window

# Al-Sarraf & Al-Ruwayeh

**Al-Sarraf & Al-Ruwayeh**

In association with Stephenson Harwood, London

**Size of Organization:** 28
**Year Established:** 1977
**Main Office:** Kuwait, Kuwait
**Web Site:** http://www.asarlegal.com

Telephone: +965-22400061; +965-22922700
Telefax: +965-22400064

**Send Email**

**Profile Visibility** [i]
**#3,547 in weekly profile views out of 235,699 total law firms Overall**

Al-Sarraf & Al-Ruwayeh (ASAR) is a corporate/commercial law firm established in 1977. It is the leading international law firm in Kuwait and one of the top tier firms in the Middle East with strong connections in each of the Gulf Cooperation Council countries. The Firm has extensive connections throughout the greater Gulf region and beyond and has an in-depth knowledge of all aspects of Kuwaiti local affairs. The Firm provides a comprehensive range of legal services and is qualified to assist its clients on the vast majority of legal issues they are likely to encounter in Kuwait and overseas. The Firm has also participated in and played a prominent role in significant recent legal developments in Kuwait.

ASAR's clients include Kuwaiti public and private sector organizations and major international companies from all parts of the world. The Firm has a large department of internationally trained and experienced lawyers dedicated to advising clients on international commercial and litigation matters. It serves as counsel for many local and international public and private-sector agencies and businesses, as well as for select families and individuals.

Stephenson Harwood, with whom ASAR has had a relationship since 1991, is an international law firm based in London with 75 partners and more than 500 staff worldwide. The goal of the association is to ensure that clients receive only the highest quality of legal services in Kuwait and abroad.

In 2006, the Firm established an office in Bahrain. This office has enabled ASAR to better serve its international clients' needs for high quality legal services in the region, particularly in the areas of banking, conventional finance, Islamic finance, investment, privatization, mergers & acquisitions, transactional work and dispute resolution.

People
Offices

*Source: Martindale-Hubbell*

Print Close Window