503-99/LJK/EEL
FREEHILL HOGAN & MAHAR LLP
Attorney for Plaintiffs
Maersk, Inc. and A.P. Moller-Maersk A/S
80 Pine Street
New York, NY 1900
(212 425-1900/(212) 425-1901 fax
Eric E. Lenck
Lawrence J. Kahn

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MAERSK, INC. and A.P. MOLLER-MAERSK A/S,

                        Plaintiff,
  -against-

NEEWRA, INC., REDNIHOM, INC., AREF HASSAN
ABUL INC., ARWEEN SINGH SAHNI a/k/a ARWEEN
SAHNI SINGH a/k/a ARWEEN SAHNI a/k/a ARWEEN
SINGH a/k/a ABUL SABAH a/k/a AREF HASSAN
ABUL, MOHINDER SINGH SAHNI a/k/a MOHINDER
SAHNI SINGH a/k/a MOHINDER SAHNI a/k/a
MOHINDER SINGH a/k/a MOHINDER SINGH
SAHANI a/k/a MOHINDER SAHANI a/k/a MOHINDER
SAHANI SINGH a/k/a JOGINDER SINGH SAHNI,
JOGINDER SINGH SAHNI a/k/a JOGINGER SINGH
SAHNI a/k/a JOGINDER SAHNI SINGH a/k/a
JOGINGER SAHNI SINGH a/k/a JOGINDER SINGH
a/k/a JOGINDER SAHNI a/k/a JOGINGER SINGH a/k/a
JOGINGER SAHNI, SABHARWAL CHANDRA
KUMAR a/k/a SABHARWAL K. CHANDRA,
MANDEEP SINGH SAHNI a/k/a MOHINDER SINGH
a/k/a MOHINDER SAHNI a/k/a MOHINDER SINGH
SAHNI a/k/a MOHINDER SAHANI a/k/a MOHINDER
SINGH SAHANI, HELP LINE COLLECTION CO.
W.L.L., PARKER DAWOOD TAJUDDIN TAJUDIS
ISMAIL PARKER, SARDAR TRADERS EST.,
SARDAR INTERNATIONAL TRADING CO., AL
TAMASOK AL ARABI EST.,

                        Defendants.
------------------------------------------------------------------x

05 Civ. 4356 (CM)

DECLARATION OF
AHMED AL-RUWAYEH

AHMED AL-RUWAYEH, pursuant to 28 U.S.C. §1746 hereby declares and says the following under penalty of perjury:

1. I am an attorney and senior partner in the firm Al-Ruwayeh and Partners located at the Salhiya Commercial Complex in Kuwait. This firm was established in 1977 and is one of the largest law firms in Kuwait. We also have offices in Bahrain and associated offices in London, Hong Kong, Guangzhou, Paris, Piraeus, Shanghai and Singapore.

2. I have a law degree from Kuwait University and am admitted to the bar in Kuwait. Through my education and years of experience practicing law in Kuwait, I am fully familiar with Kuwaiti law, Kuwaiti legal procedure and the Kuwaiti court system. My areas of practice include commercial law, civil litigation and commercial litigation. I speak English and Arabic.

3. I have read the Declaration of my partner Ahmed Zakaria dated 10 February 2010 and his Supplemental Declaration dated April 14, 2010. While I am not familiar with the specific facts relating to the dispute involving Neewra, Inc. and Maersk Kuwait/Mohammad Saleh Behbehani and Co., W.L.L., I have reviewed in particular the statements by Ahmed Zakaria relating to Kuwaiti law, Kuwaiti legal procedures and the Kuwaiti court system. I agree that his comments on this subject are correct and an accurate reflection of the Kuwaiti legal system.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: Kuwait, Kuwait
14 April 2010

By: _____
Amhed Al-Ruwayeh