UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MAERSK, INC., and A.P. MOLLER-MAERSK, A/S

    Plaintiffs,

-against-

NEEWRA, INC, REDNIHOM, INC., AREF HASSAN ABUL INC., ARWEEN SINGH SAHNI a/k/a ARWEEN SAHNI SINGH, a/k/a ARWEEN SAHNI a/k/a ARWEEN SINGH a/k/a ABUL SABAH a/k/a AREF HASSAN ABUL, MOHINDER SINGH SAHNI a/k/a MOHINDER SAHNI SINGH a/k/a MOHINDER SAHNI a/k/a MOHINDER SINGH a/k/a MOHINDER SINGH SAHANI a/k/a MOHINDER SAHANI a/k/a MOHINDER SAHANI SINGH, a/k/a JOGINDER SINGH SAHNI, JOGINDER SINGH SAHNI, a/k/a JOGINGER SINGH SAHNI a/k/a JOGINDER SAHNI SINGH a/k/a JOGINGER SAHNI SINGH a/k/a JOGINDER SINGH a/k/a JOGINDER SAHNI a/k/a JOGINGER SINGH a/k/a JOGINGER SAHNI, SABHARWAL CHANDRA KUMAR a/k/a SABHARWAL K. CHANDRA, MANDEEP SINGH SAHNI a/k/a MOHINDER SINGH a/k/a MOHINDER SAHNI a/k/a MOHINDER SINGH SAHANI, HELP LINE COLLECTION CO. W.L.L., PARKER DAWOOD TAJUDDIN TAJUDIS ISMAIL PARKER, SARDAR TRADERS EST., SARDAR INTERNATIONAL TRADING CO., AL TAMASOK AL ARABI EST., JOHN DOE 1-100 (fictitious) and JOHN DOE INC.1-100 (fictitious)

    Defendants.
------------------------------------------------------------------x

05 CIV 4356 (CM)

NOTICE OF APPEAL

   NOTICE IS HEREBY GIVEN that defendant Joginder Singh Sahni, sued herein as "Joginder Singh Sahni a/k/a Joginger Singh Sahni a/k/a Joginder Sahni Singh a/k/a Joginger Sahni Singh a/k/a Joginder Singh a/k/a Joginder Sahni a/k/a Joginger Singh a/k/a Joginger Sahni," defendant Dawood Tajuddin Parkar, sued herein as "Parker Dawood Tajuddin Tajudis Ismail Parker," and defendant Help Line Collection Co. W.L.L., hereby appeal to the United States Court of Appeals for the Second Circuit from

1

the judgment entered against them in this case on September 13, 2010, upon a grant of summary judgment, and from each and every part thereof.

Dated: October 1, 2010

/s/ Harry H. Wise, III

Harry H. Wise, III (hw6841)
*Attorney for Defendants Joginder
Singh Sahni, Dawood Tajuddin Parkar,
and Help Line Collection Co. W.L.L.*
250 W. 57th Street, suite 1316
New York, N.Y. 10107
(212) 810-2430, ex. 302
(212) 810-2427 (fax)

To:

Eric E. Lenck, Esq.
Freehill Hogan & Mahar LLP
80 Pine Street
New York, N.Y. 10005

*Attorneys for Plaintiff*