N.Y.S.D. Case #
05-cv-4356(CM)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 24th day of January, two thousand twelve.

---

Maersk, Inc., A.P. Moller-Maersk A/S,

    Plaintiffs - Appellees,

v.

Joginder Singh Sahni, AKA Joginger Singh Sahni,
AKA Joginder Sahni Singh, AKA Joginger Sahni Singh,
AKA Joginder Singh, AKA Joginger Sahni,
Help Line Collection Co. W.L.L., Dawood Tajuddin Parkar,

    Defendants - Appellants,

---

STATEMENT OF COSTS
Docket No.: 10-3987

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 24, 2012

IT IS HEREBY ORDERED that costs are taxed in the amount of $292.87 in favor of Appellees Maersk, Inc. and A.P. Moller-Maersk A/S.

    For The Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

DOCKETED AS #12,0114
A JUDGMENT
ON
1/24/12

CERTIFIED COPY ISSUED ON 01/24/2012